# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

United States of America ex rel.
The Tarbell Group, LLC,

Plaintiff

v.

American Academy of Environmental
Engineers and Scientists Inc.,
American College of Medical Genetics and
Genomics,
American College of Nurse-Midwives,
Amvets Valley Memorial Home Inc.,
The Bar Association of Frederick County Inc.,
Bowie Lodge No. 2309 Benevolent &
Protective Order of Elks,
CPA Management Systems Inc. dba Inpact
Americas,
Calverton Swimming Club Inc.,
Camp Springs Lodge No. 2332 Benevolent &
Protective Order of Elks,
Cattail Creek Country Club,
Country Club Estates Recreational Association,
Crisfield Area Chamber of Commerce Inc.,
Crofton Swim & Tennis Club Inc.,
Cross-Roads Sportsman's Club Inc.,
Darnestown Swim & Racquet Club Inc.,
Deep Creek Lake Sailing Association,
EPS Industry Alliance Inc.,
Elkton Lodge No. 851 Loyal Order of Moose,
Essex Lodge No. 1866 Benevolent & Protective
Order of Elks,
Evitts Creek Land & Improvement Company,
Franklin Knolls Swimming Pool Association
Inc.,
Grand Lodge of Ancient Free & Accepted
Masons of Maryland,
The Great Frederick Fair Inc.,
The Greater Catonsville Chamber of Commerce
Inc.,
Greater Ocean City Golf Association,
Harford County Electrical Contractors
Association,



**FILED UNDER SEAL PURSUANT TO
31 U.S.C. § 3730(b)(2)**

Case no.  **ELH 25 CV 0915**

Howard County Iron Bridge Hounds Inc.,
Institute of Hazardous Materials Management,
Inteleos,
International College of Dentists—United States
    of America Chapter,
International Lyme and Associated Diseases
    Society Inc.,
Internet Commerce Association,
Intersocietal Accreditation Commission Inc.,
Iota Phi Theta Fraternity Inc.,
Marine Trades Association of Maryland,
Maryland State Dental Association Inc.,
Maryland Watermen's Association Inc.,
Mechanicsville Lodge No. 495 Loyal Order of
    Moose,
Medical and Chirurgical Faculty of Maryland,
National Association of Credit Management
    Inc.,
National Association of Presort Mailers,
National Association of Real Estate Brokers
    Inc.,
National Steeplechase Association Inc.,
Naval Academy Golf Association,
The Owls Club Inc. 4002,
Pepsi-Cola Bottlers Association,
Perry Hall Swimming Club Inc.,
Pointer Ridge Swim & Racquet Club Inc.,
Prince Georges Chamber of Commerce,
Prospect Plantation West Homeowners'
    Association dba Prospect Bay Country Club,
Reisterstown-Owings Mills-Glyndon Chamber
    of Commerce,
Robin Hood Swim Club,
Rose Hill Cemetery of Hagerstown,
Salisbury Lodge No. 817 Benevolent &
    Protective Order of Elks,
Shadows Private Social Club Inc.,
Southern Maryland Dental Society Inc.,
Thomas Pangborn Lodge No. 88 Fraternal
    Order of Police,
Towson Lodge No. 469 Benevolent &
    Protective Order of Elks,
Trinity Memorial Gardens Inc.,
Visit Annapolis & Anne Arundel County Inc.,
Washington-Rockville Lodge No. 15
    Benevolent & Protective Order of Elks,

2

West Arundel Swim Club Inc.,
West Laurel Swim Club Inc.,
West River Sailing Club Inc.,
Westminster Lodge No. 1381 Loyal Order of
    Moose,
Wheaton-Kensington Chamber of Commerce
    Inc.,
Wicomico Yacht Club Inc.,
Wing Chun Way, and
Woodholme Country Club Inc.,

    Defendants

## COMPLAINT

### Nature of the Case

1.    Relator The Tarbell Group, LLC, brings this action for itself and the United States under the False Claims Act, 31 U.S.C. §§ 3729-3733, to recover funds illegally obtained by the defendants under federal COVID-19 relief laws.

### Jurisdiction and Venue

2.    The Court has jurisdiction of, and is the appropriate venue for, this matter because it arises under a federal law, because the United States is a plaintiff, and because in this judicial district each defendant can be found, resides, transacts business in, or committed an act proscribed by the False Claims Act. 28 U.S.C. §§ 1331, 1345; 31 U.S.C. § 3732(a).

### Parties—Relator

3.    Relator The Tarbell Group, LLC, is a limited liability company located in and organized under the laws of the Commonwealth of Virginia.

### Parties—501(c)(2) Defendants

4.    Defendant Amvets Valley Memorial Home Inc. is an entity exempt from taxation under section 501(c)(2) of the Internal Revenue Code, 26 U.S.C. § 501(c)(2) ("Tax-Exempt

3

501(c)(2) Organization"). On the loan application(s) at issue herein, this defendant gave its address as P.O. Box 275, Middletown, MD.

## Parties—501(c)(5) Defendants

5.      Defendant The Great Frederick Fair Inc. is an entity exempt from taxation under section 501(c)(5) of the Internal Revenue Code, 26 U.S.C. § 501(c)(5) ("Tax-Exempt 501(c)(5) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 797 East Patrick Street, P.O. Box 604, Frederick, MD.

6.      Defendant Maryland Watermen's Association Inc. is a Tax-Exempt 501(c)(5) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1805A Virginia Street, Annapolis, MD.

## Parties—501(c)(6) Defendants

7.      Defendant American Academy of Environmental Engineers and Scientists Inc. is an entity exempt from taxation under section 501(c)(6) of the Internal Revenue Code, 26 U.S.C. § 501(c)(6) ("Tax-Exempt 501(c)(6) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 147 Old Solomons Island Road, Annapolis, MD.

8.      Defendant American College of Medical Genetics and Genomics is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 7101 Wisconsin Avenue, Suite 1101, Bethesda, MD.

9.      Defendant American College of Nurse-Midwives is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 8403 Colesville Road, Suite 1550, Silver Spring, MD.

10.      Defendant The Bar Association of Frederick County Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 9949 Birchwood Lane, Frederick, MD.

4

11.     Defendant CPA Management Systems Inc. dba Inpact Americas is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 2412 Cobblestone Way, Frederick, MD.

12.     Defendant Crisfield Area Chamber of Commerce Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 906 West Main Street, Crisfield, MD.

13.     Defendant EPS Industry Alliance Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1298 Cronson Boulevard, Crofton, MD.

14.     Defendant The Greater Catonsville Chamber of Commerce Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 757 Frederick Road, Suite #102, Catonsville, MD.

15.     Defendant Greater Ocean City Golf Association is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 9748 Stephen Decatur Highway, #105, Ocean City, MD.

16.     Defendant Harford County Electrical Contractors Association is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 401 Thomas Run Road, Bel Air, MD.

17.     Defendant Institute of Hazardous Materials Management is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 9210 Corporate Boulevard, [Suite] 470, Rockville, MD.

18.     Defendant Inteleos is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1401 Rockville Pike, Suite 600, Rockville, MD.

19.     Defendant International College of Dentists—United States of America Chapter is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 610 Professional Drive, Suite 201, Gaithersburg, MD.

20.     Defendant International Lyme and Associated Diseases Society Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 2 Wisconsin Circle, Suite 700, Chevy Chase, MD.

21.     Defendant Internet Commerce Association is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 2 Research Place, Suite 310, Rockville, MD.

22.     Defendant Intersocietal Accreditation Commission Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 6021 University Boulevard, Suite 500, Ellicott City, MD.

23.     Defendant Marine Trades Association of Maryland is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 7076 Bembe Beach Road, #5, Annapolis, MD.

24.     Defendant Maryland State Dental Association Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 8901 Herrmann Drive, Columbia, MD.

25.    Defendant Medical and Chirurgical Faculty of Maryland is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1211 Cathedral Street, Baltimore, MD.

26.    Defendant National Association of Credit Management Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 8840 Columbia 100 Parkway, Columbia, MD.

27.    Defendant National Association of Presort Mailers is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 2012 Quay Village Court, Apartment 102, Annapolis, MD.

28.    Defendant National Association of Real Estate Brokers Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 9831 Greenbelt Road, Suite 309, Lanham, MD.

29.    Defendant National Steeplechase Association Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 400 Fair Hill Drive, Elkton, MD.

30.    Defendant Pepsi-Cola Bottlers Association is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1910 Towne Centre Boulevard, Suite 250, Annapolis, MD.

31.    Defendant Prince Georges Chamber of Commerce is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 4640 Forbes Boulevard, Lanham, MD.

32.    Defendant Reisterstown-Owings Mills-Glyndon Chamber of Commerce is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 6 Bayshire Court, Owings Mills, MD.

33.    Defendant Southern Maryland Dental Society Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 4920 Niagara Road, College Park, MD.

34.    Defendant Visit Annapolis & Anne Arundel County Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 26 West Street, Annapolis, MD.

35.    Defendant Wheaton-Kensington Chamber of Commerce Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 2401 Blueridge Avenue, Suite 101, Silver Spring, MD.

## Parties—501(c)(7) Defendants

36.    Defendant Calverton Swimming Club Inc. is an entity exempt from taxation under section 501(c)(7) of the Internal Revenue Code, 26 U.S.C. § 501(c)(7) ("Tax-Exempt 501(c)(7) Organization"). On the loan application(s) at issue herein, this defendant gave its address as P.O. Box 171, Beltsville, MD.

37.    Defendant Cattail Creek Country Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 3600 Cattail Creek Drive, Glenwood, MD.

38.    Defendant Country Club Estates Recreational Association is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1 Paul Marr Drive, Glen Burnie, MD.

8

39. Defendant Crofton Swim & Tennis Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1719 Reynolds Street, Crofton, MD.

40. Defendant Cross-Roads Sportsman's Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 12516 Naves Crossroads, Cumberland, MD.

41. Defendant Darnestown Swim & Racquet Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 15004 P.O. Box 3574, Gaithersburg, MD.

42. Defendant Deep Creek Lake Sailing Association is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 317 East Oak Street, Suite 1, Oakland, MD.

43. Defendant Evitts Creek Land & Improvement Company is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 10200 Country Club Road, Cumberland, MD.

44. Defendant Franklin Knolls Swimming Pool Association Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 820 East Franklin Avenue, Silver Spring, MD.

45. Defendant Howard County Iron Bridge Hounds Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 18821 Windsor Forest Road, Mount Airy, MD.

46.    Defendant Iota Phi Theta Fraternity Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1600 North Calvert Street, Baltimore, MD.

47.    Defendant Naval Academy Golf Association is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 64 Greenbury Point Road, Annapolis, MD.

48.    Defendant Perry Hall Swimming Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 4100 Cliffvale Road, Perry Hall, MD.

49.    Defendant Pointer Ridge Swim & Racquet Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 16505 Poole Lane, Bowie, MD.

50.    Defendant Prospect Plantation West Homeowners' Association dba Prospect Bay Country Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 311A Prospect Bay Drive West, Grasonville, MD.

51.    Defendant Robin Hood Swim Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1301 Atwood Road, Silver Spring, MD.

52.    Defendant Shadows Private Social Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 7272 Mandan Road, Greenbelt, MD.

10

53.     Defendant West Arundel Swim Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 259 Old Line Avenue, Laurel, MD.

54.     Defendant West Laurel Swim Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 7203 Brooklyn Bridge Road, Laurel, MD.

55.     Defendant West River Sailing Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 4800 Riverside Drive, Galesville, MD.

56.     Defendant Wicomico Yacht Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 3346 Yacht Club Road, Eden, MD.

57.     Defendant Wing Chun Way is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 714 Pershing Drive, Silver Spring, MD.

58.     Defendant Woodholme Country Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 300 Woodholme Avenue, Pikesville, MD.

### Parties—501(c)(8) Defendants

59.     Defendant Bowie Lodge No. 2309 Benevolent & Protective Order of Elks is an entity exempt from taxation under section 501(c)(8) of the Internal Revenue Code, 26 U.S.C. § 501(c)(8) ("Tax-Exempt 501(c)(8) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 1506 Defense Highway, Gambrills, MD.

60.    Defendant Camp Springs Lodge No. 2332 Benevolent & Protective Order of Elks is a Tax-Exempt 501(c)(8) Organization. On the loan application(s) at issue herein, this defendant gave its address as 7350 Temple Hill Road, Temple Hills, MD.

61.    Defendant Elkton Lodge No. 851 Loyal Order of Moose is a Tax-Exempt 501(c)(8) Organization. On the loan application(s) at issue herein, this defendant gave its address as 71 Cherry Hill Road, Elkton, MD.

62.    Defendant Essex Lodge No. 1866 Benevolent & Protective Order of Elks is a Tax-Exempt 501(c)(8) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1007 East Homberg Avenue, Baltimore, MD.

63.    Defendant Grand Lodge of Ancient Free & Accepted Masons of Maryland is a Tax-Exempt 501(c)(8) Organization. On the loan application(s) at issue herein, this defendant gave its address as 304 International Circle, Cockeysville, MD.

64.    Defendant Mechanicsville Lodge No. 495 Loyal Order of Moose is a Tax-Exempt 501(c)(8) Organization. On the loan application(s) at issue herein, this defendant gave its address as 27636 Mechanicsville Road, Mechanicsville, MD.

65.    Defendant Salisbury Lodge No. 817 Benevolent & Protective Order of Elks is a Tax-Exempt 501(c)(8) Organization. On the loan application(s) at issue herein, this defendant gave its address as 401 Church Hill Avenue, Salisbury, MD.

66.    Defendant Thomas Pangborn Lodge No. 88 Fraternal Order of Police is a Tax-Exempt 501(c)(8) Organization. On the loan application(s) at issue herein, this defendant gave its address as P.O. Box 647, Hagerstown, MD.

67.     Defendant Towson Lodge No. 469 Benevolent & Protective Order of Elks is a Tax-Exempt 501(c)(8) Organization. On the loan application(s) at issue herein, this defendant gave its address as 4 West Pennsylvania Avenue, Towson, MD.

68.     Defendant Washington-Rockville Lodge No. 15 Benevolent & Protective Order of Elks is a Tax-Exempt 501(c)(8) Organization. On the loan application(s) at issue herein, this defendant gave its address as 5 Taft Court, Rockville, MD.

69.     Defendant Westminster Lodge No. 1381 Loyal Order of Moose is a Tax-Exempt 501(c)(8) Organization. On the loan application(s) at issue herein, this defendant gave its address as 309 Buena Vista Drive, Westminster, MD.

## Parties—501(c)(10) Defendant

70.     Defendant The Owls Club Inc. 4002 is an entity exempt from taxation under section 501(c)(10) of the Internal Revenue Code, 26 U.S.C. § 501(c)(10) ("Tax-Exempt 501(c)(10) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 316 South Jefferson Street, Frederick, MD.

## Parties—501(c)(13) Defendants

71.     Defendant Rose Hill Cemetery of Hagerstown is an entity exempt from taxation under section 501(c)(13) of the Internal Revenue Code, 26 U.S.C. § 501(c)(13) ("Tax-Exempt 501(c)(13) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 600 South Potomac Street, Hagerstown, MD.

72.     Defendant Trinity Memorial Gardens Inc. is a Tax-Exempt 501(c)(13) Organization. On the loan application(s) at issue herein, this defendant gave its address as 3221 Mattawoman Beantown Road, Waldorf, MD.

## Background

73. To provide economic relief and stimulate the economy during the COVID-19 pandemic, Congress in 2020 enacted the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. 116-136, amended by, inter alia, the Paycheck Protection Program Flexibility Act of 2020, Pub. L. 116-142 and the American Rescue Plan Act of 2021, Pub. L. 117-2 (2021) (together with implementing regulations, referred to herein as the "PPP Program"). The PPP Program effectively transferred money from the federal government to eligible recipients via the United States Small Business Administration ("SBA"). The transfers took the form of private loans guaranteed, forgiven and reimbursed by SBA ("PPP Loans").

74. PPP Loan recipients could receive up to two loans, one in each of two tranches, each called a "draw," i.e., first-draw and second-draw PPP Loans.

75. A recipient could receive a second-draw loan only after having obtained a first-draw loan.

76. As a condition of receiving PPP Loans and forgiveness thereof, each applicant was required to certify its eligibility under the PPP Program.

77. The PPP Program excluded Tax-Exempt 501(c)(2) Organizations from eligibility until March 11, 2021.

78. The PPP Program excluded Tax-Exempt 501(c)(5) Organizations from eligibility until March 11, 2021.

79. The PPP Program excluded Tax-Exempt 501(c)(6) Organizations from eligibility until December 27, 2020.

80. The PPP Program excluded Tax-Exempt 501(c)(7) Organizations from eligibility until March 11, 2021.

14

81. The PPP Program excluded Tax-Exempt 501(c)(8) Organizations from eligibility until March 11, 2021.

82. The PPP Program excluded Tax-Exempt 501(c)(10) Organizations from eligibility until March 11, 2021.

83. The PPP Program excluded Tax-Exempt 501(c)(13) Organizations from eligibility until March 11, 2021.

84. Defendants each applied for and received PPP Loans for which they were legally ineligible.

85. Some defendants also applied for and received second PPP Loans for which they were ineligible as "fruit of the poisonous tree," because receipt of a first-draw loan was a prerequisite to receive a second-draw loan.

### PPP Loans

86. Defendants received approval for, and forgiveness of, their PPP Loans on the dates and in the amounts shown on the table attached hereto, despite being legally ineligible for the same.

### First Cause of Action
### False Claims Act, 31 U.S.C. § 3729
### PPP Loan(s)

87. Relator repeats and realleges each of the foregoing paragraphs.

88. Each defendant was ineligible to receive its PPP Loan(s) at the time it applied and received approval for the same.

89. Each defendant did knowingly present, or cause or be presented, a false or fraudulent claim for payment or approval, to the injury of the United States, by falsely certifying that it was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

15

90.     Each defendant did knowingly make, use, or cause to be made or use, a false record or statement material to a false or fraudulent claim, to the injury of the United States, by falsely certifying that it was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

91.     Each defendant did knowingly make, use, or cause to be made or used, a false record or statement material to, or did knowingly conceal, or did knowingly and improperly avoid or decrease, an obligation to pay or transmit money or property to the United States government, by falsely certifying that it was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

**Second Cause of Action**
**False Claims Act, 31 U.S.C. § 3729**
**Fruit of the Poisonous Tree**

92.     Relator repeats and realleges each of the foregoing paragraphs.

93.     The following defendants received second-draw PPP Loans for which they were ineligible due to their failure lawfully to obtain first-draw PPP Loans:

    a.     American Academy of Environmental Engineers and Scientists Inc.

    b.     American College of Nurse-Midwives

    c.     Amvets Valley Memorial Home Inc.

    d.     Bowie Lodge No. 2309 Benevolent & Protective Order of Elks

    e.     CPA Management Systems Inc. dba Inpact Americas

    f.     Camp Springs Lodge No. 2332 Benevolent & Protective Order of Elks

    g.     Crisfield Area Chamber of Commerce Inc.

    h.     Darnestown Swim & Racquet Club Inc.

    i.     The Greater Catonsville Chamber of Commerce Inc.

    j.     Greater Ocean City Golf Association

16

k.    International College of Dentists—United States of America Chapter

l.    International Lyme and Associated Diseases Society Inc.

m.    National Association of Credit Management Inc.

n.    National Association of Presort Mailers

o.    National Association of Real Estate Brokers Inc.

p.    National Steeplechase Association Inc.

q.    Reisterstown-Owings Mills-Glyndon Chamber of Commerce

r.    Southern Maryland Dental Society Inc.

s.    Washington-Rockville Lodge No. 15 Benevolent & Protective Order of Elks

t.    Wicomico Yacht Club Inc.

94.    Because these defendants received their first-draw PPP Loans via fraud and under false pretenses, their second-draw PPP Loans constituted "fruit of the poisonous tree" and were unlawfully obtained.

95.    Each of these defendants did knowingly present, or cause or be presented, a false or fraudulent claim for payment or approval, to the injury of the United States, by falsely certifying that it was eligible for a second-draw PPP Loan and forgiveness thereof and thereby receiving the same.

96.    Each of these defendants did knowingly make, use, or cause to be made or use, a false record or statement material to a false or fraudulent claim, to the injury of the United States, by falsely certifying that it was eligible for a second-draw PPP Loan and forgiveness thereof and thereby receiving the same.

97. Each of these defendants did knowingly make, use, or cause to be made or used, a false record or statement material to, or did knowingly conceal, or did knowingly and improperly avoid or decrease, an obligation to pay or transmit money or property to the United States government, by falsely certifying that it was eligible for a second-draw PPP Loan and forgiveness thereof and thereby receiving the same.

**Prayer for Relief**

98. WHEREFORE, Relator prays for the following relief against each defendant:

    a. A declaration that each defendant did violate the False Claims Act;

    b. An amount thrice the amount of PPP Loans and interest forgiven or otherwise not repaid with respect to each defendant, lending fees paid by SBA, foregone interest, and all other damages suffered by the United States government, plus civil penalties and applicable interest, under 31 U.S.C. § 3729(a)(1);

    c. The cost of this civil action, apportioned to each defendant respectively in proportion to its share of the aggregate damages recouped herein, under 31 U.S.C. § 3729(a)(3);

    d. An award to relator, including its reasonable expenses, attorneys' fees, and costs, under 31 U.S.C. § 3730(d)(1) or (2), as applicable; and

    e. Such other and further relief as may be just and proper.

**Demand for Jury Trial**

99. Relator demands a trial by jury.

Respectfully submitted,

*Bruce Ellis Fein*

**Law Office of Bruce Ellis Fein, PLLC**
Bruce Ellis Fein, Esq.
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator*

19