*United States of America ex rel. The Tarbell Group, LLC v. American Academy of Environmental Engineers and Scientists Inc., et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| American Academy of Environmental Engineers and Scientists Inc. | 501(c)(6) | 4998677803 | 1st | 12/27/2020 | 5/29/2020 | $59,282.00 | 5/24/2021 | $59,861.83 |
| American Academy of Environmental Engineers and Scientists Inc. | 501(c)(6) | 9246598505 | 2nd | 12/27/2020 | 3/12/2021 | $59,678.00 | 9/22/2021 | $59,985.38 |
| American College of Medical Genetics and Genomics | 501(c)(6) | 8211657302 | 1st | 12/27/2020 | 5/1/2020 | $643,467.00 | 3/10/2021 | $648,738.14 |
| American College of Nurse-Midwives | 501(c)(6) | 4619497700 | 1st | 12/27/2020 | 5/1/2020 | $325,686.00 | 6/2/2021 | $329,165.93 |
| American College of Nurse-Midwives | 501(c)(6) | 8871918408 | 2nd | 12/27/2020 | 2/14/2021 | $359,040.00 | 3/7/2022 | $362,699.26 |
| Amvets Valley Memorial Home Inc. | 501(c)(2) | 7250157107 | 1st | 3/11/2021 | 4/14/2020 | $22,650.00 | 12/31/2020 | $22,811.70 |
| Amvets Valley Memorial Home Inc. | 501(c)(2) | 8016708610 | 2nd | 3/11/2021 | 3/24/2021 | $22,115.29 | 6/30/2021 | $22,169.96 |
| The Bar Association of Frederick County Inc. | 501(c)(6) | 5147767203 | 1st | 12/27/2020 | 4/27/2020 | $6,000.00 | 5/6/2021 | $6,060.67 |
| Bowie Lodge No. 2309 Benevolent & Protective Order of Elks | 501(c)(8) | 2887647302 | 1st | 3/11/2021 | 4/29/2020 | $14,400.00 | 3/10/2021 | $12,303.36 |
| Bowie Lodge No. 2309 Benevolent & Protective Order of Elks | 501(c)(8) | 4250318807 | 2nd | 3/11/2021 | 4/16/2021 | $10,000.00 | 9/27/2021 | $10,043.61 |

*United States of America ex rel. The Tarbell Group, LLC v. American Academy of Environmental Engineers and Scientists Inc., et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| CPA Management Systems Inc. dba Inpact Americas | 501(c)(6) | 3096067303 | 1st | 12/27/2020 | 4/29/2020 | $36,200.00 | 1/23/2023 | $34,944.78 |
| CPA Management Systems Inc. dba Inpact Americas | 501(c)(6) | 1626008400 | 2nd | 12/27/2020 | 2/2/2021 | $34,990.00 | 10/25/2021 | $35,242.71 |
| Calverton Swimming Club Inc. | 501(c)(7) | 5110368204 | 1st | 3/11/2021 | 8/7/2020 | $55,768.00 | 7/29/2021 | $56,302.44 |
| Camp Springs Lodge No. 2332 Benevolent & Protective Order of Elks | 501(c)(8) | 7378467301 | 1st | 3/11/2021 | 4/30/2020 | $26,505.00 | 1/12/2021 | $26,680.23 |
| Camp Springs Lodge No. 2332 Benevolent & Protective Order of Elks | 501(c)(8) | 2772468804 | 2nd | 3/11/2021 | 4/13/2021 | $15,113.55 | 6/7/2022 | $15,286.52 |
| Cattail Creek Country Club | 501(c)(7) | 7235147106 | 1st | 3/11/2021 | 4/14/2020 | $638,877.00 | 1/14/2021 | $643,585.44 |
| Cattail Creek Country Club | 501(c)(7) | 4266698309 | 2nd | 3/11/2021 | 1/23/2021 | $610,242.00 | 4/28/2022 | $617,865.85 |
| Country Club Estates Recreational Association | 501(c)(7) | 7727048408 | 1st | 3/11/2021 | 2/12/2021 | $14,979.00 | 9/15/2021 | $15,061.08 |
| Crisfield Area Chamber of Commerce Inc. | 501(c)(6) | 3166937910 | 1st | 12/27/2020 | 6/13/2020 | $10,248.00 | 9/27/2021 | $10,377.71 |
| Crisfield Area Chamber of Commerce Inc. | 501(c)(6) | 1616608508 | 2nd | 12/27/2020 | 2/19/2021 | $9,855.00 | 3/9/2022 | $9,956.79 |
| Crofton Swim & Tennis Club Inc. | 501(c)(7) | 3967728205 | 1st | 3/11/2021 | 8/5/2020 | $18,247.00 | 5/11/2021 | $18,382.98 |
| Cross-Roads Sportsman's Club Inc. | 501(c)(7) | 4999967210 | 1st | 3/11/2021 | 4/27/2020 | $10,100.00 | 2/25/2021 | $10,183.89 |

2

*United States of America ex rel. The Tarbell Group, LLC v. American Academy of Environmental Engineers and Scientists Inc., et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| Darnestown Swim & Racquet Club Inc. | 501(c)(7) | 7094357802 | 1st | 3/11/2021 | 6/3/2020 | $48,800.00 | 1/14/2021 | $49,068.40 |
| Darnestown Swim & Racquet Club Inc. | 501(c)(7) | 9507588501 | 2nd | 3/11/2021 | 3/12/2021 | $45,346.00 | 10/4/2021 | $45,591.62 |
| Deep Creek Lake Sailing Association | 501(c)(7) | 1120117209 | 1st | 3/11/2021 | 4/15/2020 | $12,600.00 | 11/12/2020 | $12,671.05 |
| Deep Creek Lake Sailing Association | 501(c)(7) | 2396378306 | 2nd | 3/11/2021 | 1/20/2021 | $10,305.45 | 7/2/2021 | $10,349.82 |
| EPS Industry Alliance Inc. | 501(c)(6) | 5165428010 | 1st | 12/27/2020 | 6/27/2020 | $94,338.45 | 5/3/2021 | $95,137.71 |
| Elkton Lodge No. 851 Loyal Order of Moose | 501(c)(8) | 5279588402 | 1st | 3/11/2021 | 2/8/2021 | $8,650.00 | 10/6/2021 | $8,706.71 |
| Essex Lodge No. 1866 Benevolent & Protective Order of Elks | 501(c)(8) | 4163918409 | 1st | 3/11/2021 | 2/6/2021 | $7,735.00 | 10/6/2021 | $7,784.63 |
| Evitts Creek Land & Improvement Company | 501(c)(7) | 4622777201 | 1st | 3/11/2021 | 4/27/2020 | $126,900.00 | 7/19/2021 | $128,443.95 |
| Evitts Creek Land & Improvement Company | 501(c)(7) | 7209008309 | 2nd | 3/11/2021 | 1/28/2021 | $126,900.00 | 9/1/2021 | $127,636.73 |
| Franklin Knolls Swimming Pool Association Inc. | 501(c)(7) | 4946988110 | 1st | 3/11/2021 | 7/17/2020 | $21,000.00 | 3/10/2021 | $21,133.48 |
| Grand Lodge of Ancient Free & Accepted Masons of Maryland | 501(c)(8) | 5074587010 | 1st | 3/11/2021 | 4/5/2020 | $220,000.00 | 2/19/2021 | $220,450.61 |
| The Great Frederick Fair Inc. | 501(c)(5) | 9647547005 | 1st | 3/11/2021 | 4/9/2020 | $108,300.00 | 3/11/2021 | $109,295.76 |

*United States of America ex rel. The Tarbell Group, LLC v. American Academy of Environmental Engineers and Scientists Inc., et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| The Great Frederick Fair Inc. | 501(c)(5) | 7874088409 | 2nd | 3/11/2021 | 2/12/2021 | $105,725.00 | 8/27/2021 | $106,280.06 |
| The Greater Catonsville Chamber of Commerce Inc. | 501(c)(6) | 3990217305 | 1st | 12/27/2020 | 4/29/2020 | $17,375.00 | 2/9/2021 | $17,462.04 |
| The Greater Catonsville Chamber of Commerce Inc. | 501(c)(6) | 2360418510 | 2nd | 12/27/2020 | 2/20/2021 | $17,385.00 | 11/1/2021 | $17,504.76 |
| Greater Ocean City Golf Association | 501(c)(6) | 3340527302 | 1st | 12/27/2020 | 4/29/2020 | $26,575.00 | 2/16/2021 | $26,779.59 |
| Greater Ocean City Golf Association | 501(c)(6) | 8981718310 | 2nd | 12/27/2020 | 1/30/2021 | $26,575.00 | 7/14/2021 | $26,692.22 |
| Harford County Electrical Contractors Association | 501(c)(6) | 4850197108 | 1st | 12/27/2020 | 4/13/2020 | $41,505.00 | 3/5/2021 | $41,858.65 |
| Howard County Iron Bridge Hounds Inc. | 501(c)(7) | 5782347009 | 1st | 3/11/2021 | 4/6/2020 | $14,900.00 | 2/19/2021 | $15,022.87 |
| Howard County Iron Bridge Hounds Inc. | 501(c)(7) | 2984268500 | 2nd | 3/11/2021 | 2/22/2021 | $12,940.00 | 10/20/2021 | $13,021.54 |
| Institute of Hazardous Materials Management | 501(c)(6) | 5019317410 | 1st | 12/27/2020 | 5/11/2020 | $123,000.00 | 12/14/2020 | $123,717.78 |
| Inteleos | 501(c)(6) | 8546357101 | 1st | 12/27/2020 | 4/15/2020 | $1,698,690.00 | 4/29/2021 | $1,667,920.28 |
| International College of Dentists—United States of America Chapter | 501(c)(6) | 9018167202 | 1st | 12/27/2020 | 4/28/2020 | $75,500.00 | 12/15/2020 | $75,963.34 |
| International College of Dentists—United States of America Chapter | 501(c)(6) | 1511238508 | 2nd | 12/27/2020 | 2/19/2021 | $86,200.00 | 8/11/2021 | $86,542.44 |

4

*United States of America ex rel. The Tarbell Group, LLC v. American Academy of Environmental Engineers and Scientists Inc., et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| International Lyme and Associated Diseases Society Inc. | 501(c)(6) | 3606677201 | 1st | 12/27/2020 | 4/27/2020 | $53,029.90 | 4/20/2021 | $53,545.47 |
| International Lyme and Associated Diseases Society Inc. | 501(c)(6) | 3690268510 | 2nd | 12/27/2020 | 2/24/2021 | $59,568.39 | 11/26/2021 | $60,016.81 |
| Internet Commerce Association | 501(c)(6) | 9264147300 | 1st | 12/27/2020 | 5/1/2020 | $9,542.00 | 4/15/2021 | $9,632.98 |
| Intersocietal Accreditation Commission Inc. | 501(c)(6) | 6098827401 | 1st | 12/27/2020 | 5/13/2020 | $723,485.00 | 1/14/2021 | $728,083.59 |
| Iota Phi Theta Fraternity Inc. | 501(c)(7) | 4505708210 | 1st | 3/11/2021 | 8/6/2020 | $21,685.00 | 5/20/2021 | $21,853.13 |
| Marine Trades Association of Maryland | 501(c)(6) | 3819207400 | 1st | 12/27/2020 | 5/8/2020 | $29,055.00 | 5/6/2021 | $29,340.71 |
| Maryland State Dental Association Inc. | 501(c)(6) | 1333507103 | 1st | 12/27/2020 | 4/10/2020 | $137,337.00 | Unknown | Unknown |
| Maryland Watermen's Association Inc. | 501(c)(5) | 9508187810 | 1st | 3/11/2021 | 6/8/2020 | $16,417.00 | 1/28/2021 | $16,520.00 |
| Mechanicsville Lodge No. 495 Loyal Order of Moose | 501(c)(8) | 1991537408 | 1st | 3/11/2021 | 5/5/2020 | $46,437.00 | 3/10/2021 | $46,827.58 |
| Medical and Chirurgical Faculty of Maryland | 501(c)(6) | 3996147200 | 1st | 12/27/2020 | 4/27/2020 | $549,637.00 | 1/7/2021 | $553,356.46 |
| National Association of Credit Management Inc. | 501(c)(6) | 5619347706 | 1st | 12/27/2020 | 5/1/2020 | $545,530.00 | 1/12/2022 | $554,736.75 |
| National Association of Credit Management Inc. | 501(c)(6) | 2838888707 | 2nd | 12/27/2020 | 3/30/2021 | $498,300.00 | 2/25/2022 | $502,736.92 |

5

*United States of America ex rel. The Tarbell Group, LLC v. American Academy of Environmental Engineers and Scientists Inc., et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| National Association of Presort Mailers | 501(c)(6) | 4577237410 | 1st | 12/27/2020 | 5/9/2020 | $38,955.00 | 1/14/2021 | $39,215.41 |
| National Association of Presort Mailers | 501(c)(6) | 9446698505 | 2nd | 12/27/2020 | 3/12/2021 | - $38,955.00 | 8/11/2021 | $39,112.95 |
| National Association of Real Estate Brokers Inc. | 501(c)(6) | 7510197301 | 1st | 12/27/2020 | 4/30/2020 | $77,997.00 | 12/30/2020 | $78,514.13 |
| National Association of Real Estate Brokers Inc. | 501(c)(6) | 5799448410 | 2nd | 12/27/2020 | 2/9/2021 | $77,997.00 | 8/18/2021 | $78,398.74 |
| National Steeplechase Association Inc. | 501(c)(6) | 8250547100 | 1st | 12/27/2020 | 4/15/2020 | $48,900.00 | 2/24/2021 | $49,311.30 |
| National Steeplechase Association Inc. | 501(c)(6) | 7895068402 | 2nd | 12/27/2020 | 2/12/2021 | $53,484.69 | 12/16/2021 | $53,918.43 |
| Naval Academy Golf Association | 501(c)(7) | 2171877807 | 1st | 3/11/2021 | 5/22/2020 | $260,500.00 | 4/14/2021 | $262,815.56 |
| The Owls Club Inc. 4002 | 501(c)(10) | 8402898401 | 2nd | 3/11/2021 | 2/13/2021 | $53,012.50 | 3/3/2022 | $53,558.82 |
| Pepsi-Cola Bottlers Association | 501(c)(6) | 2611997704 | 1st | 12/27/2020 | 5/1/2020 | $30,832.00 | 1/6/2021 | $31,040.99 |
| Perry Hall Swimming Club Inc. | 501(c)(7) | 8491918101 | 1st | 3/11/2021 | 7/26/2020 | $20,183.00 | Unknown | Unknown |
| Pointer Ridge Swim & Racquet Club Inc. | 501(c)(7) | 5860578305 | 1st | 3/11/2021 | 1/26/2021 | $30,000.00 | 10/14/2021 | $30,215.00 |
| Prince Georges Chamber of Commerce | 501(c)(6) | 3879267409 | 1st | 12/27/2020 | 5/8/2020 | $54,790.00 | 4/26/2021 | $55,310.51 |

*United States of America ex rel. The Tarbell Group, LLC v. American Academy of Environmental Engineers and Scientists Inc., et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|------|------|----------|------|---------------|---------------|-------------|------------------|-----------------|
| Prospect Plantation West Homeowners' Association dba Prospect Bay Country Club | 501(c)(7) | 3968427204 | 1st | 3/11/2021 | 4/27/2020 | $350,300.00 | 3/1/2021 | $353,188.78 |
| Prospect Plantation West Homeowners' Association dba Prospect Bay Country Club | 501(c)(7) | 4830748400 | 2nd | 3/11/2021 | 2/7/2021 | $359,861.00 | 9/15/2021 | $361,921.57 |
| Reisterstown-Owings Mills-Glyndon Chamber of Commerce | 501(c)(6) | 4547417807 | 1st | 12/27/2020 | 5/28/2020 | $10,000.00 | 4/14/2021 | $10,081.67 |
| Reisterstown-Owings Mills-Glyndon Chamber of Commerce | 501(c)(6) | 1393068503 | 2nd | 12/27/2020 | 2/18/2021 | $9,046.79 | 8/6/2021 | $9,085.70 |
| Robin Hood Swim Club | 501(c)(7) | 3556288003 | 1st | 3/11/2021 | 6/24/2020 | $14,026.00 | Unknown | Unknown |
| Rose Hill Cemetery of Hagerstown | 501(c)(13) | 9435087105 | 1st | 3/11/2021 | 4/15/2020 | $65,680.00 | 8/23/2021 | $66,564.86 |
| Salisbury Lodge No. 817 Benevolent & Protective Order of Elks | 501(c)(8) | 7777418410 | 1st | 3/11/2021 | 2/12/2021 | $45,000.00 | 8/24/2021 | $45,231.78 |
| Shadows Private Social Club Inc. | 501(c)(7) | 8055477402 | 1st | 3/11/2021 | 5/18/2020 | $217,445.00 | Unknown | Unknown |
| Southern Maryland Dental Society Inc. | 501(c)(6) | 3892097803 | 1st | 12/27/2020 | 5/27/2020 | $25,344.00 | 4/15/2021 | $25,566.89 |
| Southern Maryland Dental Society Inc. | 501(c)(6) | 8963168307 | 2nd | 12/27/2020 | 1/30/2021 | $25,344.00 | 8/16/2021 | $25,476.62 |

*United States of America ex rel. The Tarbell Group, LLC v. American Academy of Environmental Engineers and Scientists Inc., et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| Thomas Pangborn Lodge No. 88 Fraternal Order of Police | 501(c)(8) | 1471797401 | 1st | 3/11/2021 | 5/4/2020 | $14,165.00 | 12/22/2020 | $14,255.89 |
| Towson Lodge No. 469 Benevolent & Protective Order of Elks | 501(c)(8) | 6592538007 | 1st | 3/11/2021 | 6/30/2020 | $18,459.00 | 11/30/2020 | $15,891.37 |
| Towson Lodge No. 469 Benevolent & Protective Order of Elks | 501(c)(8) | 9308088305 | 2nd | 3/11/2021 | 1/30/2021 | $12,414.46 | 9/29/2021 | $12,495.50 |
| Trinity Memorial Gardens Inc. | 501(c)(13) | 6947557703 | 1st | 3/11/2021 | 5/1/2020 | $131,500.00 | 8/3/2021 | $133,158.36 |
| Visit Annapolis & Anne Arundel County Inc. | 501(c)(6) | 9398967000 | 1st | 12/27/2020 | 4/9/2020 | $2,500,000.00 | 5/12/2021 | $175,008.93 |
| Washington-Rockville Lodge No. 15 Benevolent & Protective Order of Elks | 501(c)(8) | 9008357305 | 1st | 3/11/2021 | 5/1/2020 | $34,700.00 | 4/22/2021 | $35,024.18 |
| Washington-Rockville Lodge No. 15 Benevolent & Protective Order of Elks | 501(c)(8) | 8191358707 | 2nd | 3/11/2021 | 4/7/2021 | $36,250.00 | 1/11/2022 | $36,499.28 |
| West Arundel Swim Club Inc. | 501(c)(7) | 4519918509 | 1st | 3/11/2021 | 2/26/2021 | $33,400.00 | 3/31/2022 | $33,761.83 |
| West Laurel Swim Club Inc. | 501(c)(7) | 1714737302 | 1st | 3/11/2021 | 4/28/2020 | $40,800.00 | 11/9/2020 | $41,006.27 |
| West Laurel Swim Club Inc. | 501(c)(7) | 2847678400 | 2nd | 3/11/2021 | 2/4/2021 | $40,800.00 | 9/17/2021 | $41,045.93 |
| West River Sailing Club Inc. | 501(c)(7) | 9254288103 | 1st | 3/11/2021 | 7/28/2020 | $14,500.00 | 7/9/2021 | $14,634.93 |

8

*United States of America ex rel. The Tarbell Group, LLC v. American Academy of Environmental Engineers and Scientists Inc., et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| Westminster Lodge No. 1381 Loyal Order of Moose | 501(c)(8) | 1543868002 | 1st | 3/11/2021 | 6/22/2020 | $17,200.00 | 4/7/2022 | $17,496.70 |
| Wheaton-Kensington Chamber of Commerce Inc. | 501(c)(6) | 9665747805 | 1st | 12/27/2020 | 6/9/2020 | $5,922.00 | 2/10/2021 | $5,950.79 |
| Wicomico Yacht Club Inc. | 501(c)(7) | 4414897110 | 1st | 3/11/2021 | 4/13/2020 | $35,000.00 | 6/9/2021 | $35,399.58 |
| Wicomico Yacht Club Inc. | 501(c)(7) | 3235448601 | 2nd | 3/11/2021 | 3/16/2021 | $32,999.00 | 2/17/2022 | $33,305.16 |
| Wing Chun Way | 501(c)(7) | 5886287107 | 1st | 3/11/2021 | 4/14/2020 | $6,875.00 | 4/8/2021 | $6,940.74 |
| Wing Chun Way | 501(c)(7) | 7620748308 | 2nd | 3/11/2021 | 1/28/2021 | $6,875.00 | 8/16/2021 | $6,910.79 |
| Woodholme Country Club Inc. | 501(c)(7) | 8366317310 | 1st | 3/11/2021 | 5/1/2020 | $750,200.00 | 1/20/2021 | $699,710.56 |
| Woodholme Country Club Inc. | 501(c)(7) | 9584058401 | 2nd | 3/11/2021 | 2/17/2021 | $695,000.00 | 4/20/2022 | $703,050.42 |

9