FILED ENTERED
LOGGED RECEIVED
MAY 30 2025
AT ...
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

United States of America ex rel.
The Tarbell Group, LLC,

Plaintiff

v.

American Academy of Environmental
Engineers and Scientists, Inc., et al.,

Defendants

**FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)**

Case no. ELH-25-cv-915

**CERTIFICATE OF SERVICE**

I certify that I served the complaint herein on the United States Government on May 28, 2025, by certified mail to the following recipients:

Attorney General Pamela Bondi
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

Kelly O. Hayes
United States Attorney for the
District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, MD 21201

Respectfully submitted,

Bruce Ellis Fein

Bruce Ellis Fein
Law Office of Bruce Ellis Fein, PLLC
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator*