# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

THE TARBELL GROUP, LLC      \*

     \*

      **Plaintiff,**      \*

     \*      **Civ. No. MJM-25-915**

     **v.**      \*

     \*

**AMERICAN ACADEMY OF ENVIRONMENTAL**      \*
**ENGINEERS AND SCIENTISTS INC., et al,**      \*

     \*

      **Defendants.**      \*

     \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

The court file reflecting that no document has been filed in this matter for more than nine months, it is, this <u>17th</u> day of <u> February </u>, 2026,

ORDERED that the parties show good cause within 14 days of the date of this Order why the case should not be dismissed without prejudice pursuant to Local Rule 103.8(b) and Fed. R. Civ. P. 41(b).

The Clerk SHALL SEND a copy of this Order to counsel for Plaintiff and to Assistant United States Attorney Thomas F. Corcoran, Chief of the Civil Division for the United States Attorney's Office, District of Maryland.

 

              _____/S/_____

              Matthew J. Maddox
              United States District Judge