**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **THE TARBELL GROUP, LLC** | * |
| | * |
| **Plaintiff,** | * |
| | *  **Civ. No. MJM-25-915** |
| **v.** | * |
| | * |
| **AMERICAN ACADEMY OF ENVIRONMENTAL** | * |
| **ENGINEERS AND SCIENTISTS INC., et al.,** | * |
| | * |
| **Defendants.** | * |
| | * |

\* \* \* \* \* \* \* \* \* \*

## ORDER

After close to one year of inactivity in this qui tam action, this Court entered an Order to Show Cause on February 17, 2026, directing the United States and relator The Tarbell Group, LLC to show cause within 14 days why the case should not be dismissed. ECF No. 3. Similar Orders to Show Cause were entered in two other qui tam actions involving the same relator. *See* Civ. Nos. 25-912 & 25-916. The Tarbell Group, LLC filed responses in each of those cases but did not file a response in the instant case. The relator will be given a final opportunity to respond. If it fails to file a timely response, this case will be dismissed pursuant to Local Rule 103.8(b) and Fed. R. Civ. P. 41(b).

Accordingly, it is this 5th day of March, 2026, by the United States District Court for the District of Maryland, hereby ORDERED that The Tarbell Group, LLC show good cause within seven (7) days of the date of this Order why the case should not be dismissed.

The Clerk SHALL SEND a copy of this Order to counsel for The Tarbell Group, LLC.

_____/S/_____
Matthew J. Maddox
United States District Judge