

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

MAR 1 3 2026

AT BALTIMORE
CLERK, U S DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

United States of America ex rel.
The Tarbell Group, LLC,

      Plaintiff

      v.

American Academy of Environmental
Engineers and Scientists, Inc., et al.,

      Defendants

**FILED UNDER SEAL PURSUANT TO**
**31 U.S.C. § 3730(b)(2)**

Civ. no. MJM-25-cv-915

## RELATOR'S RESPONSE TO SHOW-CAUSE ORDERS

In response to the Court's show-cause order dated March 5, 2026 ("Order"), counsel for Plaintiff-Relator The Tarbell Group, LLC ("Relator") respectfully states that he received the Order yesterday, March 11, 2026. The Order referred to an earlier show-cause order dated February 17, 2026. Counsel for Relator has not received that order, and assures the Court that he did not willfully fail to respond to the same. In this regard, Relator's counsel notes that because the case is sealed, service is conducted via U.S. Postal Service mail rather than ECF.

In response to the Order, Relator submits that, unless the Government appears prior to the expiration of the Order's fourteen-day deadline, the Government should be deemed to have declined to intervene and Relator should be permitted to conduct the case pursuant to the False Claims Act ("Act"), 31 U.S.C. § 3730(b)(4)(B) & (c)(3), as the Court recently ordered in materially identical circumstances in civil case no. 25-916. In support thereof, Relator states as follows:

1.     As the docket should reflect, Relator served the Government on May 28, 2025. A copy of the certificate of service is attached hereto.

2. Following the Court's contemporaneous issuance of similar show-cause orders in two other qui tam cases filed by Relator, civil nos. 25-912 and 25-916, Relator left two telephone messages with the United States Attorney's Office in Baltimore in an attempt to identify and contact the Assistant United States Attorney assigned to the cases, and received no response.

3. Pursuant to the Act, the Government was required within sixty days to investigate the case and elect whether to intervene, or to seek an extension of time in which to conduct its investigation. 31 U.S.C. § 3730(a) & (b). Relator is not aware that the Government has not taken any such actions.

4. Under the Act, if the Government declines to intervene, the relator may conduct the action. 31 U.S.C. § 3730(b)(4)(B) & (c)(3).

5. The Government has not intervened, its 60-day deadline to do so expired long ago, and it has sought no extensions.

6. The same situation recently arose in civil action no. 25-916. In that case, the Court granted the same relief Relator requests here.

WHEREFORE, Relator respectfully requests that the Court enter an order unsealing and authorizing Relator to conduct the action in accordance with section 3730(b)(4)(B) and (c)(3) of the Act.

Respectfully submitted,

/s/

Bruce Ellis Fein
Bruce Ellis Fein, PLLC
P.O. Box 506, Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator*

March 12, 2026

FILED \_\_\_\_ ENTERED
LOGGED SLS RECEIVED

MAR 1 3 2026

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY \_\_\_\_\_ DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

United States of America ex rel.
The Tarbell Group, LLC,

    Plaintiff

    v.

American Academy of Environmental
Engineers and Scientists, Inc., et al.,

    Defendants

**FILED UNDER SEAL PURSUANT TO
31 U.S.C. § 3730(b)(2)**

Case no. ELH-25-cv-915

### CERTIFICATE OF SERVICE

I certify that I served the complaint herein on the United States Government on May 28,

2025, by certified mail to the following recipients:

Attorney General Pamela Bondi
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

Kelly O. Hayes
United States Attorney for the
  District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, MD 21201

Respectfully submitted,

*Bruce Ellis Fein*

Bruce Ellis Fein
Law Office of Bruce Ellis Fein, PLLC
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

MAR 1 3 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

United States of America ex rel.
The Tarbell Group, LLC,

    Plaintiff

      v.

American Academy of Environmental
Engineers and Scientists, Inc., et al.,

    Defendants

**FILED UNDER SEAL PURSUANT TO
31 U.S.C. § 3730(b)(2)**

Civ. no. MJM-25-cv-915

## CERTIFICATE OF SERVICE

I certify that I served the foregoing Relator's Response to Show-Cause Orders on the

United States Government on this 12th day of March, 2026, by first-class mail, postage prepaid,

to the following recipients:

Attorney General of the United States
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

Kelly O. Hayes
United States Attorney for the
  District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, MD 21201

Respectfully submitted,

/s/

Bruce Ellis Fein
Bruce Ellis Fein, PLLC
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator*