**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **THE TARBELL GROUP, LLC** | \* |
| | \* |
| **Plaintiff,** | \* |
| | \*   **Civ. No. MJM-25-915** |
| **v.** | \* |
| | \* |
| **AMERICAN ACADEMY OF ENVIRONMENTAL** | \* |
| **ENGINEERS AND SCIENTISTS INC., et al.,** | \* |
| | \* |
| **Defendants.** | \* |
| | \* |

\* \* \* \* \* \* \* \* \* \*

## ORDER

In consideration of relator The Tarbell Group, LLC's response to the Show-Cause Order, and the failure of the United States to file a timely response to this action pursuant to 31 U.S.C. § 3730(b)(4), it is this 17th day of March, 2026, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. This matter is UNSEALED;

2. The Tarbell Group, LLC shall conduct this action pursuant to 31 U.S.C. § 3730(c)(3);

3. The Tarbell Group, LLC shall submit summons for issuance and shall serve process upon the defendants; and

4. The Clerk SHALL SEND a copy of this Order to counsel for The Tarbell Group, LLC and to counsel for the United States.

_____/S/_____
Matthew J. Maddox
United States District Judge