# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

THE TARBELL GROUP, LLC     *

    *

    Plaintiff,     *

    *   Civ. No. MJM-25-915

  v.     *

    *

AMERICAN ACADEMY OF   *

ENVIRONMENTAL ENGINEERS AND   *

SCIENTISTS INC., et al.,   *

    *

    Defendants.     *

    *

    *   *   *   *   *   *   *   *   *   *


THE TARBELL GROUP, LLC     *

    *

    Plaintiff,     *

    *   Civ. No. MJM-25-916

  v.     *

    *

BARRELVILLE OUTDOOR CLUB, et al.,   *

    *

    Defendants.     *

    *

    *   *   *   *   *   *   *   *   *   *

## ORDER

In March 2026, the Court entered Orders in the above-captioned matters unsealing each case; providing that The Tarbell Group, LLC shall conduct each case pursuant to 31 U.S.C. § 3730(c)(3); and directing The Tarbell Group, LLC to submit summons for issuance and to serve process upon each defendant. Federal Rule of Civil Procedure 4(m) provides a 90-day period in which a defendant must be served process. Local Rule 103.8(a) (D. Md. 2025) provides that the Court may enter an order directing a plaintiff to show cause why its claim should not be dismissed

for failure to effect timely service of process. To date, Plaintiff has not submitted any summons for issuance in this matter and has filed no proof of service.

Accordingly, it is, this 26th day of June , 2026, hereby ORDERED that The Tarbell Group, LLC show good cause within 14 days of the date of this Order why the above-captioned civil actions should not be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

The Clerk SHALL SEND a copy of this Order to counsel for The Tarbell Group, LLC.

_____/S/_____
Matthew J. Maddox
United States District Judge