## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

United States of America ex rel.
    The Tarbell Group, LLC,

        Plaintiff

            v.

American Academy of Environmental
    Engineers and Scientists Inc.,
American College of Medical Genetics and
    Genomics,
American College of Nurse-Midwives,
Amvets Valley Memorial Home Inc.,
The Bar Association of Frederick County Inc.,
Bowie Lodge No. 2309 Benevolent &
    Protective Order of Elks,
CPA Management Systems Inc. dba Inpact
    Americas,
Calverton Swimming Club Inc.,
Camp Springs Lodge No. 2332 Benevolent &
    Protective Order of Elks,
Cattail Creek Country Club,
Country Club Estates Recreational Association,
Crisfield Area Chamber of Commerce Inc.,
Crofton Swim & Tennis Club Inc.,
Cross-Roads Sportsman's Club Inc.,
Darnestown Swim & Racquet Club Inc.,
Deep Creek Lake Sailing Association,
EPS Industry Alliance Inc.,
Elkton Lodge No. 851 Loyal Order of Moose,
Essex Lodge No. 1866 Benevolent & Protective
    Order of Elks,
Evitts Creek Land & Improvement Company,
Franklin Knolls Swimming Pool Association
    Inc.,
Grand Lodge of Ancient Free & Accepted
    Masons of Maryland,
The Great Frederick Fair Inc.,
The Greater Catonsville Chamber of Commerce
    Inc.,
Greater Ocean City Golf Association,
Harford County Electrical Contractors
    Association,

~~FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)~~

~~Case~~Civ. no. MJM-25-cv-915

Howard County Iron Bridge Hounds Inc.,
Institute of Hazardous Materials Management,
Inteleos,
International College of Dentists—United States
    of America Chapter,
International Lyme and Associated Diseases
    Society Inc.,
Internet Commerce Association,
Intersocietal Accreditation Commission Inc.,
Iota Phi Theta Fraternity Inc.,
Marine Trades Association of Maryland,
Maryland State Dental Association Inc.,
Maryland Watermen's Association Inc.,
Mechanicsville Lodge No. 495 Loyal Order of
    Moose,
Medical and Chirurgical Faculty of Maryland,
National Association of Credit Management
    Inc.,
National Association of Presort Mailers,
National Association of Real Estate Brokers
    Inc.,
National Steeplechase Association Inc.,
Naval Academy Golf Association,
The Owls Club Inc. 4002,
Pepsi-Cola Bottlers Association,
Perry Hall Swimming Club Inc.,
Pointer Ridge Swim & Racquet Club Inc.,
Prince Georges Chamber of Commerce,
Prospect Plantation West Homeowners'
    Association dba Prospect Bay Country Club,
Reisterstown-Owings Mills-Glyndon Chamber
    of Commerce,
Robin Hood Swim Club,
Rose Hill Cemetery of Hagerstown,
Salisbury Lodge No. 817 Benevolent &
    Protective Order of Elks,
Shadows Private Social Club Inc.,
Southern Maryland Dental Society Inc.,
Thomas Pangborn Lodge No. 88 Fraternal
    Order of Police,
Towson Lodge No. 469 Benevolent &
    Protective Order of Elks,
Trinity Memorial Gardens Inc.,
Visit Annapolis & Anne Arundel County Inc.,
Washington-Rockville Lodge No. 15
    Benevolent & Protective Order of Elks,

2

West Arundel Swim Club Inc.,
West Laurel Swim Club Inc.,
West River Sailing Club Inc.,
Westminster Lodge No. 1381 Loyal Order of
    Moose,
Wheaton-Kensington Chamber of Commerce
    Inc.,
Wicomico Yacht Club Inc.,
Wing Chun Way, and
Woodholme Country Club Inc., and
Unknown John or Jane Does,

      Defendants

## FIRST AMENDED COMPLAINT

### Nature of the Case

1.       Relator The Tarbell Group, LLC, brings this action for itself and the United States under the False Claims Act, 31 U.S.C. §§ 3729-3733, to recover funds illegally obtained by the defendants under federal COVID-19 relief laws.

### Jurisdiction and Venue

2.       The Court has jurisdiction of, and is the appropriate venue for, this matter because it arises under a federal law, because the United States is a plaintiff, and because in this judicial district each defendant can be found, resides, transacts business in, or committed an act proscribed by the False Claims Act. 28 U.S.C. §§ 1331, 1345; 31 U.S.C. § 3732(a).

### Parties—Relator

3.       Relator The Tarbell Group, LLC, is a limited liability company located in and organized under the laws of the Commonwealth of Virginia.

### Parties—501(c)(2) Defendants

4.       Defendant Amvets Valley Memorial Home Inc. is an entity exempt from taxation under section 501(c)(2) of the Internal Revenue Code, 26 U.S.C. § 501(c)(2) ("Tax-Exempt

3

501(c)(2) Organization"). On the loan application(s) at issue herein, this defendant gave its address as P.O. Box 275, Middletown, MD.

## Parties—501(c)(5) Defendants

5.      Defendant The Great Frederick Fair Inc. is an entity exempt from taxation under section 501(c)(5) of the Internal Revenue Code, 26 U.S.C. § 501(c)(5) ("Tax-Exempt 501(c)(5) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 797 East Patrick Street, P.O. Box 604, Frederick, MD.

6.      Defendant Maryland Watermen's Association Inc. is a Tax-Exempt 501(c)(5) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1805A Virginia Street, Annapolis, MD.

## Parties—501(c)(6) Defendants

7.      Defendant American Academy of Environmental Engineers and Scientists Inc. is an entity exempt from taxation under section 501(c)(6) of the Internal Revenue Code, 26 U.S.C. § 501(c)(6) ("Tax-Exempt 501(c)(6) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 147 Old Solomons Island Road, Annapolis, MD.

8.      Defendant American College of Medical Genetics and Genomics is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 7101 Wisconsin Avenue, Suite 1101, Bethesda, MD.

9.      Defendant American College of Nurse-Midwives is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 8403 Colesville Road, Suite 1550, Silver Spring, MD.

10.      Defendant The Bar Association of Frederick County Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 9949 Birchwood Lane, Frederick, MD.

11.     Defendant CPA Management Systems Inc. dba Inpact Americas is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 2412 Cobblestone Way, Frederick, MD.

12.     Defendant Crisfield Area Chamber of Commerce Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 906 West Main Street, Crisfield, MD.

13.     Defendant EPS Industry Alliance Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1298 Cronson Boulevard, Crofton, MD.

14.     Defendant The Greater Catonsville Chamber of Commerce Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 757 Frederick Road, Suite #102, Catonsville, MD.

15.     Defendant Greater Ocean City Golf Association is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 9748 Stephen Decatur Highway, #105, Ocean City, MD.

16.     Defendant Harford County Electrical Contractors Association is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 401 Thomas Run Road, Bel Air, MD.

17.     Defendant Institute of Hazardous Materials Management is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 9210 Corporate Boulevard, [Suite] 470, Rockville, MD.

18. Defendant Inteleos is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1401 Rockville Pike, Suite 600, Rockville, MD.

19. Defendant International College of Dentists—United States of America Chapter is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 610 Professional Drive, Suite 201, Gaithersburg, MD.

20. Defendant International Lyme and Associated Diseases Society Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 2 Wisconsin Circle, Suite 700, Chevy Chase, MD.

21. Defendant Internet Commerce Association is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 2 Research Place, Suite 310, Rockville, MD.

22. Defendant Intersocietal Accreditation Commission Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 6021 University Boulevard, Suite 500, Ellicott City, MD.

23. Defendant Marine Trades Association of Maryland is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 7076 Bembe Beach Road, #5, Annapolis, MD.

24. Defendant Maryland State Dental Association Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 8901 Herrmann Drive, Columbia, MD.

25.    Defendant Medical and Chirurgical Faculty of Maryland is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1211 Cathedral Street, Baltimore, MD.

26.    Defendant National Association of Credit Management Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 8840 Columbia 100 Parkway, Columbia, MD.

27.    Defendant National Association of Presort Mailers is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 2012 Quay Village Court, Apartment 102, Annapolis, MD.

28.    Defendant National Association of Real Estate Brokers Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 9831 Greenbelt Road, Suite 309, Lanham, MD.

29.    Defendant National Steeplechase Association Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 400 Fair Hill Drive, Elkton, MD.

30.    Defendant Pepsi-Cola Bottlers Association is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1910 Towne Centre Boulevard, Suite 250, Annapolis, MD.

31.    Defendant Prince Georges Chamber of Commerce is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 4640 Forbes Boulevard, Lanham, MD.

32.     Defendant Reisterstown-Owings Mills-Glyndon Chamber of Commerce is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 6 Bayshire Court, Owings Mills, MD.

33.     Defendant Southern Maryland Dental Society Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 4920 Niagara Road, College Park, MD.

34.     Defendant Visit Annapolis & Anne Arundel County Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 26 West Street, Annapolis, MD.

35.     Defendant Wheaton-Kensington Chamber of Commerce Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 2401 Blueridge Avenue, Suite 101, Silver Spring, MD.

## Parties—501(c)(7) Defendants

36.     Defendant Calverton Swimming Club Inc. is an entity exempt from taxation under section 501(c)(7) of the Internal Revenue Code, 26 U.S.C. § 501(c)(7) ("Tax-Exempt 501(c)(7) Organization"). On the loan application(s) at issue herein, this defendant gave its address as P.O. Box 171, Beltsville, MD.

37.     Defendant Cattail Creek Country Club is a Tax-Exempt 501(c)(7) Organization. It is also a private club or business which limits the number of its memberships for reasons other than capacity (a "Private Club"). Defendant is a member-owned club: its memberships are tiered between golf and social categories, and only golf members and their guests may play its course; and it is designated "Private" in the Maryland State Golf Association and GolfPass directories. On the loan application(s) at issue herein, this defendant gave its address as 3600 Cattail Creek Drive, Glenwood, MD.

38.     Defendant Country Club Estates Recreational Association is a Tax-Exempt 501(c)(7) Organization and Private Club. On information and belief, Defendant limits the number of its memberships for reasons other than capacity: it is a member-governed club serving the Country Club Estates community, with tiered membership categories carrying voting privileges, a written application requirement administered by a designated membership coordinator, and guest access only in a member's company. On the loan application(s) at issue herein, this defendant gave its address as 1 Paul Marr Drive, Glen Burnie, MD.

39.     Defendant Crofton Swim & Tennis Club Inc. is a Tax-Exempt 501(c)(7) Organization and Private Club. Membership in Defendant requires the purchase of a membership bond available only in limited number and only as existing bonds are relinquished, and is restricted to residents of the "Crofton Triangle" area of Crofton — criteria unrelated to the capacity of Defendant's facilities. On the loan application(s) at issue herein, this defendant gave its address as 1719 Reynolds Street, Crofton, MD.

40.     Defendant Cross-Roads Sportsman's Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 12516 Naves Crossroads, Cumberland, MD.

41.     Defendant Darnestown Swim & Racquet Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 15004 P.O. Box 3574, Gaithersburg, MD.

42.     Defendant Deep Creek Lake Sailing Association is a Tax-Exempt 501(c)(7) Organization and Private Club. Under Defendant's membership process, an applicant must be sponsored by a voting member, endorsed by three additional voting members, complete a participation requirement, and be presented by Defendant's membership chairperson to its board

for approval; new members are admitted only "based on available openings," and Defendant at times maintains a waiting list; and Defendant maintains reciprocal arrangements with other private clubs. On the loan application(s) at issue herein, this defendant gave its address as 317 East Oak Street, Suite 1, Oakland, MD.

43.     Defendant Evitts Creek Land & Improvement Company is a Tax-Exempt 501(c)(7) Organization. and Private Club. Defendant's mission is to provide a golf course, food and beverage services, a swimming pool, and a driving range to a private membership; its Cumberland Country Club is a private club with memberships tiered by age, geography, and amenity access; and it is designated "Private" in the Maryland State Golf Association directory. On the loan application(s) at issue herein, this defendant gave its address as 10200 Country Club Road, Cumberland, MD.

44.     Defendant Franklin Knolls Swimming Pool Association Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 820 East Franklin Avenue, Silver Spring, MD.

45.     Defendant Howard County Iron Bridge Hounds Inc. is a Tax-Exempt 501(c)(7) Organization. and Private Club. Defendant is a foxhunting club recognized by the Masters of Foxhounds Association since 1985: it operates on a subscription model with tiered full-hunting, junior, social, and affiliate memberships carrying voting rights and members-only privileges, and non-members may ride only as capping guests by permission of Defendant's masters. On the loan application(s) at issue herein, this defendant gave its address as 18821 Windsor Forest Road, Mount Airy, MD.

46.     Defendant Iota Phi Theta Fraternity Inc. is a Tax-Exempt 501(c)(7) Organization. and Private Club. Defendant restricts membership to collegiate men pursuing a baccalaureate degree who have completed at least one grading period with a minimum 2.5 cumulative grade-

10

point average, who complete a fraternity-controlled application and background-check process, and who are accepted by a chapter and complete Defendant's membership intake and development process before initiation — selection criteria unrelated to capacity. On the loan application(s) at issue herein, this defendant gave its address as 1600 North Calvert Street, Baltimore, MD.

47.    Defendant Naval Academy Golf Association is a Tax-Exempt 501(c)(7) Organization, and Private Club. Defendant operates a private golf course whose membership eligibility is restricted by affiliation — to active-duty and retired military personnel, Naval Academy faculty, staff, and supporting personnel, alumni, and a limited class of associate civilians — with applications verified by a membership committee and initiation fees for alumni and civilian members; and it is designated "Private" in the Maryland State Golf Association directory. On the loan application(s) at issue herein, this defendant gave its address as 64 Greenbury Point Road, Annapolis, MD.

48.    Defendant Perry Hall Swimming Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 4100 Cliffvale Road, Perry Hall, MD.

49.    Defendant Pointer Ridge Swim & Racquet Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 16505 Poole Lane, Bowie, MD.

50.    Defendant Prospect Plantation West Homeowners' Association dba Prospect Bay Country Club is a Tax-Exempt 501(c)(7) Organization, and Private Club. Defendant is a private social club; its memberships are tiered by category, with full club membership conveyed only with the purchase of a lot in the private Prospect Bay West residential community; by its own policy it is a private establishment and all guests must be accompanied by a member; and it is designated

11

"Private" in the Maryland State Golf Association directory. On the loan application(s) at issue herein, this defendant gave its address as 311A Prospect Bay Drive West, Grasonville, MD.

51. Defendant Robin Hood Swim Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1301 Atwood Road, Silver Spring, MD.

52. Defendant Shadows Private Social Club Inc. is a Tax-Exempt 501(c)(7) Organization, and Private Club. Defendant is, as its corporate name states, a private social club: admission is by membership only, through a selective membership process producing a vetted members-only community, and non-members may not attend its events. On the loan application(s) at issue herein, this defendant gave its address as 7272 Mandan Road, Greenbelt, MD.

53. Defendant West Arundel Swim Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 259 Old Line Avenue, Laurel, MD.

54. Defendant West Laurel Swim Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 7203 Brooklyn Bridge Road, Laurel, MD.

55. Defendant West River Sailing Club Inc. is a Tax-Exempt 501(c)(7) Organization, and Private Club. On information and belief, Defendant limits the number of its memberships for reasons other than capacity: it is a members-only sailing club with tiered, age-based membership categories, including a provisional tier, member work obligations, and members-only facilities and governance. On the loan application(s) at issue herein, this defendant gave its address as 4800 Riverside Drive, Galesville, MD.

56. Defendant Wicomico Yacht Club Inc. is a Tax-Exempt 501(c)(7) Organization- and Private Club. Defendant is a private club and is designated "PRIVATE" in national marina directories; it maintains a designated membership officer and reciprocal arrangements with other private yacht clubs; and, on information and belief, it admits full, associate, and honorary members only upon application, sponsorship or vouching by existing members, and approval by Defendant's board or membership committee. On the loan application(s) at issue herein, this defendant gave its address as 3346 Yacht Club Road, Eden, MD.

57. Defendant Wing Chun Way is a Tax-Exempt 501(c)(7) Organization- and Private Club. Defendant operates a members-only martial-arts club: every prospective member must complete a mandatory introductory training cycle, after which membership is extended only by invitation, with full membership conferred only on students Defendant accepts; and visitors are admitted by appointment only. On the loan application(s) at issue herein, this defendant gave its address as 714 Pershing Drive, Silver Spring, MD.

58. Defendant Woodholme Country Club Inc. is a Tax-Exempt 501(c)(7) Organization- and Private Club. Defendant is a club founded in 1926 whose membership requires payment of an initiation fee and is tiered between golf and social/tennis categories; its course and facilities are reserved for members and their guests — "[p]lay is limited to members at this private facility," per the PGA of America directory — and it is designated "Private" in the Maryland State Golf Association directory. On the loan application(s) at issue herein, this defendant gave its address as 300 Woodholme Avenue, Pikesville, MD.

**Parties—501(c)(8) Defendants**

59. Defendant Bowie Lodge No. 2309 Benevolent & Protective Order of Elks is an entity exempt from taxation under section 501(c)(8) of the Internal Revenue Code, 26 U.S.C. § 501(c)(8) ("Tax-Exempt 501(c)(8) Organization").") and Private Club. Under the Benevolent and

13

Protective Order of Elks' uniform national rules, every applicant for membership in Defendant must be an American citizen at least 21 years of age who believes in God and is of good character, must be sponsored by a member in good standing and vouched for by two additional Elk references, must submit to an interview and investigation by the lodge's investigating committee, and is admitted only upon a favorable vote of the lodge's membership. On the loan application(s) at issue herein, this defendant gave its address as 1506 Defense Highway, Gambrills, MD.

60.    Defendant Camp Springs Lodge No. 2332 Benevolent & Protective Order of Elks is a Tax-Exempt 501(c)(8) Organization. and Private Club. Under the Benevolent and Protective Order of Elks' uniform national rules, every applicant for membership in Defendant must be an American citizen at least 21 years of age who believes in God and is of good character, must be sponsored by a member in good standing and vouched for by two additional Elk references, must submit to an interview and investigation by the lodge's investigating committee, and is admitted only upon a favorable vote of the lodge's membership. On the loan application(s) at issue herein, this defendant gave its address as 7350 Temple Hill Road, Temple Hills, MD.

61.    Defendant Elkton Lodge No. 851 Loyal Order of Moose is a Tax-Exempt 501(c)(8) Organization. and Private Club. Under Moose International's uniform national application, every applicant for membership in Defendant must be sponsored by an existing member, must be at least 21 years of age, must profess a belief in a Supreme Being, and must be of good moral character, and his membership is conditioned upon the approval of the Application Review Committee and a favorable vote of the membership. On the loan application(s) at issue herein, this defendant gave its address as 71 Cherry Hill Road, Elkton, MD.

62.    Defendant Essex Lodge No. 1866 Benevolent & Protective Order of Elks is a Tax-Exempt 501(c)(8) Organization. and Private Club. Under the Benevolent and Protective Order of

14

Elks' uniform national rules, every applicant for membership in Defendant must be an American citizen at least 21 years of age who believes in God and is of good character, must be sponsored by a member in good standing and vouched for by two additional Elk references, must submit to an interview and investigation by the lodge's investigating committee, and is admitted only upon a favorable vote of the lodge's membership. On the loan application(s) at issue herein, this defendant gave its address as 1007 East Homberg Avenue, Baltimore, MD.

63.    Defendant Grand Lodge of Ancient Free & Accepted Masons of Maryland is a Tax-Exempt 501(c)(8) Organization and Private Club. Under Defendant's uniform rules, every applicant for Masonic membership must submit a written petition on Defendant's prescribed form declaring his belief in the existence of a Supreme Being; must be a man of good moral character at least 18 years of age who has resided in Maryland for twelve months; must be recommended in writing by two members of the lodge petitioned; must submit to an investigation by a committee of three Master Masons; and is admitted only upon a favorable ballot of the lodge's membership. On the loan application(s) at issue herein, this defendant gave its address as 304 International Circle, Cockeysville, MD.

64.    Defendant Mechanicsville Lodge No. 495 Loyal Order of Moose is a Tax-Exempt 501(c)(8) Organization and Private Club. Under Moose International's uniform national application, every applicant for membership in Defendant must be sponsored by an existing member, must be at least 21 years of age, must profess a belief in a Supreme Being, and must be of good moral character, and his membership is conditioned upon the approval of the Application Review Committee and a favorable vote of the membership. On the loan application(s) at issue herein, this defendant gave its address as 27636 Mechanicsville Road, Mechanicsville, MD.

15

65.     Defendant Salisbury Lodge No. 817 Benevolent & Protective Order of Elks is a Tax-Exempt 501(c)(8) Organization. and Private Club. Under the Benevolent and Protective Order of Elks' uniform national rules, every applicant for membership in Defendant must be an American citizen at least 21 years of age who believes in God and is of good character, must be sponsored by a member in good standing and vouched for by two additional Elk references, must submit to an interview and investigation by the lodge's investigating committee, and is admitted only upon a favorable vote of the lodge's membership. On the loan application(s) at issue herein, this defendant gave its address as 401 Church Hill Avenue, Salisbury, MD.

66.     Defendant Thomas Pangborn Lodge No. 88 Fraternal Order of Police is a Tax-Exempt 501(c)(8) Organization. and Private Club. Under the Fraternal Order of Police's national constitution, membership in Defendant is limited to regularly appointed or elected, full-time employed law enforcement officers and, at the lodge's option, retired officers — an occupational restriction unrelated to capacity. On the loan application(s) at issue herein, this defendant gave its address as P.O. Box 647, Hagerstown, MD.

67.     Defendant Towson Lodge No. 469 Benevolent & Protective Order of Elks is a Tax-Exempt 501(c)(8) Organization. and Private Club. Under the Benevolent and Protective Order of Elks' uniform national rules, every applicant for membership in Defendant must be an American citizen at least 21 years of age who believes in God and is of good character, must be sponsored by a member in good standing and vouched for by two additional Elk references, must submit to an interview and investigation by the lodge's investigating committee, and is admitted only upon a favorable vote of the lodge's membership. On the loan application(s) at issue herein, this defendant gave its address as 4 West Pennsylvania Avenue, Towson, MD.

16

68.     Defendant Washington-Rockville Lodge No. 15 Benevolent & Protective Order of Elks is a Tax-Exempt 501(c)(8) Organization. and Private Club. Under the Benevolent and Protective Order of Elks' uniform national rules, every applicant for membership in Defendant must be an American citizen at least 21 years of age who believes in God and is of good character, must be sponsored by a member in good standing and vouched for by two additional Elk references, must submit to an interview and investigation by the lodge's investigating committee, and is admitted only upon a favorable vote of the lodge's membership. On the loan application(s) at issue herein, this defendant gave its address as 5 Taft Court, Rockville, MD.

69.     Defendant Westminster Lodge No. 1381 Loyal Order of Moose is a Tax-Exempt 501(c)(8) Organization. and Private Club. Under Moose International's uniform national application, every applicant for membership in Defendant must be sponsored by an existing member, must be at least 21 years of age, must profess a belief in a Supreme Being, and must be of good moral character, and his membership is conditioned upon the approval of the Application Review Committee and a favorable vote of the membership. On the loan application(s) at issue herein, this defendant gave its address as 309 Buena Vista Drive, Westminster, MD.

## Parties—501(c)(10) Defendant

70.     Defendant The Owls Club Inc. 4002 is an entity exempt from taxation under section 501(c)(10) of the Internal Revenue Code, 26 U.S.C. § 501(c)(10) ("Tax-Exempt 501(c)(10) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 316 South Jefferson Street, Frederick, MD.

## Parties—501(c)(13) Defendants

71.     Defendant Rose Hill Cemetery of Hagerstown is an entity exempt from taxation under section 501(c)(13) of the Internal Revenue Code, 26 U.S.C. § 501(c)(13) ("Tax-Exempt

17

501(c)(13) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 600 South Potomac Street, Hagerstown, MD.

72.    Defendant Trinity Memorial Gardens Inc. is a Tax-Exempt 501(c)(13) Organization. On the loan application(s) at issue herein, this defendant gave its address as 3221 Mattawoman Beantown Road, Waldorf, MD.

## Parties—Individual Defendants

73.    Defendants Unknown John or Jane Does were at all relevant times directors, officers, employees, or otherwise agents by and through whom Defendants respectively acted.

## Background

73.74.  To provide economic relief and stimulate the economy during the COVID-19 pandemic, Congress in 2020 enacted the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. 116-136, amended by, inter alia, the Paycheck Protection Program Flexibility Act of 2020, Pub. L. 116-142 and the American Rescue Plan Act of 2021, Pub. L. 117-2 (2021) (together with implementing regulations, referred to herein as the "PPP Program"). The PPP Program effectively transferred money from the federal government to eligible recipients via the United States Small Business Administration ("SBA"). The transfers took the form of private loans guaranteed, forgiven and reimbursed by SBA ("PPP Loans").

74.75.  PPP Loan recipients could receive up to two loans, one in each of two tranches, each called a "draw," i.e., first-draw and second-draw PPP Loans.

75.76.  A recipient could receive a second-draw loan only after having obtained a first-draw loan.

76.77.  As a condition of receiving PPP Loans and forgiveness thereof, each applicant was required to certify its eligibility under the PPP Program.

18

78.    To receive a PPP Loan, each applicant was required to complete, sign, and submit to a participating lender a borrower application form prescribed by SBA. On that form, the applicant was required to certify, among other things, that it was eligible to receive a PPP Loan under the rules in effect at the time of the application. Such certification was material to, and a prerequisite of, the approval and disbursement of each PPP Loan and SBA's guarantee thereof. But for such certification, an applicant could not and would not receive a PPP Loan.

79.    To obtain forgiveness of a PPP Loan, each borrower was likewise required to complete, sign, and submit to its lender a forgiveness application form prescribed by SBA. On that form, the borrower was required to certify, among other things, its compliance with the requirements of the PPP Program, including its eligibility rules, and the truth and accuracy of the information provided. Each forgiveness application form advised the borrower that SBA could direct the lender to disapprove the application if SBA determined that the borrower was ineligible for its PPP Loan. Such certifications were material to, and a prerequisite of, forgiveness of each PPP Loan. But for such certifications, a borrower could not and would not obtain forgiveness.

77.80.  The PPP Program excluded Tax-Exempt 501(c)(2) Organizations from eligibility until March 11, 2021.

78.81.  The PPP Program excluded Tax-Exempt 501(c)(5) Organizations from eligibility until March 11, 2021.

79.82.  The PPP Program excluded Tax-Exempt 501(c)(6) Organizations from eligibility until December 27, 2020.

80.83.  The PPP Program excluded Tax-Exempt 501(c)(7) Organizations from eligibility until March 11, 2021.

81.84.  The PPP Program excluded Tax-Exempt 501(c)(8) Organizations from eligibility until March 11, 2021.

82.85.  The PPP Program excluded Tax-Exempt 501(c)(10) Organizations from eligibility until March 11, 2021.

83.86.  The PPP Program excluded Tax-Exempt 501(c)(13) Organizations from eligibility until March 11, 2021.

87.    Defendants eachThe PPP Program at all times excluded Private Clubs from eligibility.

84.88.  Each institutional defendant, by and through the individual defendants who acted on its behalf, applied for and received one or more PPP Loans for which they wereit was legally ineligible.

89.    Each Private Club defendant, by and through the individual defendants who acted on their behalf, applied for and received one or more PPP Loans for which it was legally ineligible as a Private Club.

85.90.  Some defendants, by and through the individual defendants who acted on their behalf, also applied for and received second PPP Loans for which they were ineligible as "fruit of the poisonous tree," because receipt of a first-draw loan was a prerequisite to receive a second-draw loan.

**PPP Loans**

86.91.  Defendants received approval for, and forgiveness of, their PPP Loans on the dates and in the amounts shown on the table attached hereto, despite being legally ineligible for the same.

**First Cause of Action**
**False Claims Act, 31 U.S.C. § 3729**
**PPP Loan(s(a)(1)(A) and (B)**

**First-Draw PPP Loan Applications**
**(Against All Institutional Defendants Except The Owls Club Inc. 4002, and Unknown John or Jane Does)**

87.92.  Relator repeats and realleges each of the foregoing paragraphs.

88.93.  Each defendant was ineligible to receive its except The Owls Club Inc. 4002, which received only a second-draw PPP Loan(s) at the time it , applied for and received approval for a first-draw PPP Loan, which SBA approved on the date and in the sameamount shown for that loan on the table attached hereto.

94.    Each defendant On its application form for its first-draw PPP Loan, each such defendant other than Country Club Estates Recreational Association, Elkton Lodge No. 851 Loyal Order of Moose, Essex Lodge No. 1866 Benevolent & Protective Order of Elks, Pointer Ridge Swim & Racquet Club Inc., Salisbury Lodge No. 817 Benevolent & Protective Order of Elks, and West Arundel Swim Club Inc. certified that "The Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) implementing the Paycheck Protection Program . . ."

95.    Defendants Country Club Estates Recreational Association, Elkton Lodge No. 851 Loyal Order of Moose, Essex Lodge No. 1866 Benevolent & Protective Order of Elks, Pointer Ridge Swim & Racquet Club Inc., Salisbury Lodge No. 817 Benevolent & Protective Order of Elks, and West Arundel Swim Club Inc., which applied for their first-draw PPP Loans on or about early 2021, each certified on their application forms: "The Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) and the Department of the Treasury (Treasury) implementing the Paycheck Protection Program . . ."

96.    Each such certification was required as a material prerequisite to receive a PPP Loan.

21

97. Each such certification was false and known by the certifying defendant and the individual defendants acting on its behalf to be false within the meaning of the False Claims Act. Each such defendant was ineligible for its first-draw PPP Loan because it was exempt from taxation under a subsection of section 501(c) of the Internal Revenue Code that was excluded from PPP eligibility until after the date on which SBA approved the loan, as shown on the table attached hereto.

89. By making the foregoing false certifications, each such defendant and the individual defendants acting on its behalf did knowingly present, or cause orto be presented, a false or fraudulent claim for payment or approval, to the injury of the United States, by falsely certifying that it was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

90. Each defendant did knowingly make, use, or cause to be made or use, a false record or statement material to a false or fraudulent claim, to the injury of the United States, by falsely certifying that it was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

91.98. Each defendantand did knowingly make, use, or cause to be made or used, a false record or statement material to, or did knowingly conceal, or did knowingly and improperly avoid or decrease, an obligation to pay or transmit money or property to the United States government, by falsely certifying that it was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same a false claim, in violation of 31 U.S.C. § 3729(a)(1)(A) and (B), to the injury of the United States.

**Second Cause of Action**
**False Claims Act, 31 U.S.C. § 3729**
**Fruit of the Poisonous Tree(a)(1)(A) and (B)**
**Second-Draw PPP Loan Applications**
**(Against the Defendants Listed Below and Unknown John or Jane Does)**

92.99. Relator repeats and realleges each of the foregoing paragraphs.

22

93.100.        The following defendants applied for and received second-draw PPP Loans for, which they were ineligible due to their failure lawfully to obtain first-draw PPP LoansSBA approved on the dates and in the amounts shown on the table attached hereto:

    a.    American Academy of Environmental Engineers and Scientists Inc.

    b.    American College of Nurse-Midwives

    c.    Amvets Valley Memorial Home Inc.

    d.    Bowie Lodge No. 2309 Benevolent & Protective Order of Elks

    e.    CPA Management Systems Inc. dba Inpact Americas

    f.    Camp Springs Lodge No. 2332 Benevolent & Protective Order of Elks

    gg.    Cattail Creek Country Club

    h.    Crisfield Area Chamber of Commerce Inc.

    hi.    Darnestown Swim & Racquet Club Inc.

    ij.    Deep Creek Lake Sailing Association

    k.    Evitts Creek Land & Improvement Company

    l.    The Great Frederick Fair Inc.

    m.    The Greater Catonsville Chamber of Commerce Inc.

    jn.    Greater Ocean City Golf Association

    ko.    Howard County Iron Bridge Hounds Inc.

    p.    International College of Dentists—United States of America Chapter

    lq.    International Lyme and Associated Diseases Society Inc.

    mr.    National Association of Credit Management Inc.

    ns.    National Association of Presort Mailers

    ot.    National Association of Real Estate Brokers Inc.

23

pu.    National Steeplechase Association Inc.

qv.    The Owls Club Inc. 4002

w.    Prospect Plantation West Homeowners' Association dba Prospect Bay Country Club

x.    Reisterstown-Owings Mills-Glyndon Chamber of Commerce

ry.    Southern Maryland Dental Society Inc.

sz.    Towson Lodge No. 469 Benevolent & Protective Order of Elks

aa.    Washington-Rockville Lodge No. 15 Benevolent & Protective Order of Elks

tab.    West Laurel Swim Club Inc.

ac.    Wicomico Yacht Club Inc.

Because ad.    Wing Chun Way

ae.    Woodholme Country Club Inc.

101.    On its application form for its second-draw PPP Loan, each of these defendants received theircertified: "The Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) and the Department of the Treasury (Treasury) implementing Second Draw Paycheck Protection Program Loans . . ."

102.    Each such certification was required as a material prerequisite to receive a PPP Loan.

94.103.    Each such certification was false and known by the certifying defendant and the individual defendants acting on its behalf to be false within the meaning of the False Claims Act. Each of these defendants except The Owls Club Inc. 4002 was ineligible for its second-draw

PPP Loan because its first-draw PPP ~~Loans via fraud and under false pretenses, their second-draw PPP Loans constituted~~Loan had been unlawfully obtained and receipt of a first-draw loan was a prerequisite to receive a second-draw loan, rendering the second-draw PPP Loan unlawful as "fruit of the poisonous tree~~" and~~ ." Defendants Cattail Creek Country Club, Deep Creek Lake Sailing Association, Evitts Creek Land & Improvement Company, Howard County Iron Bridge Hounds Inc., Prospect Plantation West Homeowners' Association dba Prospect Bay Country Club, The Great Frederick Fair Inc., The Owls Club Inc. 4002, Towson Lodge No. 469 Benevolent & Protective Order of Elks, West Laurel Swim Club Inc., Wing Chun Way, and Woodholme Country Club Inc. were ~~unlawfully obtained~~also ineligible because each was exempt from taxation under a subsection of section 501(c) of the Internal Revenue Code that was excluded from PPP eligibility until after the date on which SBA approved the loan, as shown on the table attached hereto.

~~95.    Each~~By making the foregoing false certifications, each of these defendants and the individual defendants acting on its behalf did knowingly present, or cause ~~or~~to be presented, a false ~~or fraudulent~~ claim for payment or approval, ~~to the injury of the United States, by falsely certifying that it was eligible for a second-draw PPP Loan and forgiveness thereof and thereby receiving the same.~~

~~96.    Each of these defendants did knowingly make, use, or cause to be made or use, a false record or statement material to a false or fraudulent claim, to the injury of the United States, by falsely certifying that it was eligible for a second-draw PPP Loan and forgiveness thereof and thereby receiving the same.~~

104.    ~~Each of these defendants~~ and did knowingly make, use, or cause to be made or used, a false record or statement material to~~,~~ a false claim, in violation of 31 U.S.C. § 3729(a)(1)(A) and (B), to the injury of the United States.

**Third Cause of Action**
**False Claims Act, 31 U.S.C. § 3729(a)(1)(A) and (B)**
**PPP Loan Applications of the Private Club Defendants**
**(Against the Private Club Defendants and Unknown John or Jane Does)**

105.    Relator repeats and realleges each of the foregoing paragraphs.

106.    The Private Club defendants are the following:

a.    Bowie Lodge No. 2309 Benevolent & Protective Order of Elks

b.    Camp Springs Lodge No. 2332 Benevolent & Protective Order of Elks

c.    Cattail Creek Country Club

d.    Country Club Estates Recreational Association

e.    Crofton Swim & Tennis Club Inc.

f.    Deep Creek Lake Sailing Association

g.    Elkton Lodge No. 851 Loyal Order of Moose

h.    Essex Lodge No. 1866 Benevolent & Protective Order of Elks

i.    Evitts Creek Land & Improvement Company

j.    Grand Lodge of Ancient Free & Accepted Masons of Maryland

k.    Howard County Iron Bridge Hounds Inc.

l.    Iota Phi Theta Fraternity Inc.

m.    Mechanicsville Lodge No. 495 Loyal Order of Moose

n.    Naval Academy Golf Association

o.    Prospect Plantation West Homeowners' Association dba Prospect Bay Country Club

p.    Salisbury Lodge No. 817 Benevolent & Protective Order of Elks

q.    Shadows Private Social Club Inc.

r.    Thomas Pangborn Lodge No. 88 Fraternal Order of Police

26

s.    Towson Lodge No. 469 Benevolent & Protective Order of Elks

t.    Washington-Rockville Lodge No. 15 Benevolent & Protective Order of Elks

u.    West River Sailing Club Inc.

v.    Westminster Lodge No. 1381 Loyal Order of Moose

w.    Wicomico Yacht Club Inc.

x.    Wing Chun Way

y.    Woodholme Country Club Inc.

107.    Each Private Club defendant applied for and received one or more PPP Loans, which SBA approved on the dates and in the amounts shown on the table attached hereto.

108.    On its application form for each PPP Loan it received, each Private Club defendant certified that "The Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) . . . ," as quoted more fully in the First and Second Causes of Action. Each such certification was required as a material prerequisite to receive a PPP Loan.

109.    Each such certification was false and known by the certifying Private Club defendant and the individual defendants acting on its behalf to be false within the meaning of the False Claims Act, because each Private Club defendant was a Private Club, which was at all times excluded from PPP eligibility.

110.    By making the foregoing false certifications, each Private Club defendant and the individual defendants acting on its behalf did knowingly present, or cause to be presented, a false claim for payment or approval, and did knowingly make, use, or cause to be made or used, a false

record or statement material to a false claim, in violation of 31 U.S.C. § 3729(a)(1)(A) and (B), to the injury of the United States.

**Fourth Cause of Action**
**False Claims Act, 31 U.S.C. § 3729(a)(1)(A), (B), and (G)**
**First-Draw PPP Loan Forgiveness Applications**
**(Against All Institutional Defendants Except Those Identified Below, and Unknown John or Jane Does)**

111.    Relator repeats and realleges each of the foregoing paragraphs.

112.    Each defendant identified in the First Cause of Action, except Defendants Maryland State Dental Association Inc., Perry Hall Swimming Club Inc., Robin Hood Swim Club, and Shadows Private Social Club Inc., applied for and obtained forgiveness of its first-draw PPP Loan by submitting a forgiveness application form to its lender. SBA forgave each such loan on the date and in the amount shown on the table attached hereto. The forgiveness status of the first-draw PPP Loans of the four excepted defendants is unknown to Relator, and those defendants are not included in this Count.

113.    On the forgiveness application forms for their first-draw PPP Loans, the following defendants each certified: "The Borrower has complied with all requirements in the Paycheck Protection Program Rules (Sections 7(a)(36), (7)(a)(37), and 7A of the Small Business Act, the PPP interim final rules, and guidance issued by SBA through the date of this application)":

      a.    American Academy of Environmental Engineers and Scientists Inc.

      b.    Bowie Lodge No. 2309 Benevolent & Protective Order of Elks

      c.    CPA Management Systems Inc. dba Inpact Americas

      d.    Calverton Swimming Club Inc.

      e.    Country Club Estates Recreational Association

      f.    Crisfield Area Chamber of Commerce Inc.

      g.    Crofton Swim & Tennis Club Inc.

28

h.      EPS Industry Alliance Inc.

i.      Elkton Lodge No. 851 Loyal Order of Moose

j.      Essex Lodge No. 1866 Benevolent & Protective Order of Elks

k.      Evitts Creek Land & Improvement Company

l.      Franklin Knolls Swimming Pool Association Inc.

m.      Harford County Electrical Contractors Association

n.      International Lyme and Associated Diseases Society Inc.

o.      Internet Commerce Association

p.      Iota Phi Theta Fraternity Inc.

q.      Marine Trades Association of Maryland

r.      Mechanicsville Lodge No. 495 Loyal Order of Moose

s.      Pointer Ridge Swim & Racquet Club Inc.

t.      Prince Georges Chamber of Commerce

u.      Reisterstown-Owings Mills-Glyndon Chamber of Commerce

v.      Rose Hill Cemetery of Hagerstown

w.      Salisbury Lodge No. 817 Benevolent & Protective Order of Elks

x.      Southern Maryland Dental Society Inc.

y.      The Bar Association of Frederick County Inc.

z.      The Great Frederick Fair Inc.

aa.      Trinity Memorial Gardens Inc.

ab.      Washington-Rockville Lodge No. 15 Benevolent & Protective Order of
         Elks

ac.      West Arundel Swim Club Inc.

29

ad.    West River Sailing Club Inc.

ae.    Westminster Lodge No. 1381 Loyal Order of Moose

af.    Wicomico Yacht Club Inc.

ag.    Wing Chun Way

114.    Each of the other defendants included in this Count certified on the forgiveness application form for its first-draw PPP Loan: "The information provided in this application and the information provided in all supporting documents and forms is true and correct in all material respects."

115.    Each forgiveness application form further advised the borrower that "SBA may direct a lender to disapprove the Borrower's loan forgiveness application if SBA determines that the Borrower was ineligible for the PPP loan."

116.    Each certification described above was required as a material prerequisite to obtain forgiveness of a PPP Loan.

117.    Each such certification was false and known by the certifying defendant and the individual defendants acting on its behalf to be false within the meaning of the False Claims Act, because each such defendant had been ineligible to receive its first-draw PPP Loan, as set forth in the First Cause of Action, and therefore was not entitled to forgiveness of that loan.

118.    By making the foregoing false certifications, each such defendant and the individual defendants acting on its behalf did knowingly present, or cause to be presented, a false claim for payment or approval; did knowingly make, use, or cause to be made or used, a false record or statement material to a false claim; and did knowingly conceal, or ~~did~~ knowingly and improperly avoid or decrease, an obligation to pay or transmit money or property to the United

30

States government, in violation of 31 U.S.C. § 3729(a)(1)(A), (B), and (G), to the injury of the United States.

**Fifth Cause of Action**
**False Claims Act, 31 U.S.C. § 3729(a)(1)(A), (B), and (G)**
**Second-Draw PPP Loan Forgiveness Applications**
**(Against the Defendants Listed in the Second Cause of Action and Unknown John or Jane Does)**

119.    Relator repeats and realleges each of the foregoing paragraphs.

120.    The defendants listed in the Second Cause of Action each applied for and obtained forgiveness of their second-draw PPP Loans by submitting forgiveness application forms to their lenders. SBA forgave each such loan on the date and in the amount shown on the table attached hereto.

121.    On the forgiveness application forms for their second-draw PPP Loans, Defendants American College of Nurse-Midwives, Cattail Creek Country Club, National Association of Credit Management Inc., Prospect Plantation West Homeowners' Association dba Prospect Bay Country Club, and Woodholme Country Club Inc. each certified: "The information provided in this application and the information provided in all supporting documents and forms is true and correct in all material respects."

122.    Each of the other defendants listed in the Second Cause of Action certified on the forgiveness application form for its second-draw PPP Loan: "The Borrower has complied with all requirements in the Paycheck Protection Program Rules (Sections 7(a)(36), (7)(a)(37), and 7A of the Small Business Act, the PPP interim final rules, and guidance issued by SBA through the date of this application)."

123.    Each forgiveness application form further advised the borrower that "SBA may direct a lender to disapprove the Borrower's loan forgiveness application if SBA determines that the Borrower was ineligible for the PPP loan."

124. Each certification described above was required as a material prerequisite to obtain forgiveness of a PPP Loan.

125. Each such certification was false and known by the certifying defendant and the individual defendants acting on its behalf to be false within the meaning of the False Claims Act, because each of these defendants had been ineligible to receive its second-draw PPP Loan, as set forth in the Second Cause of Action, and therefore was not entitled to forgiveness of that loan.

97.126. By making the foregoing false certifications, each of these defendants and the individual defendants acting on its behalf did knowingly present, or cause to be presented, a false claim for payment or approval; did knowingly make, use, or cause to be made or used, a false record or statement material to a false claim; and did knowingly conceal, or knowingly and improperly avoid or decrease, an obligation to pay or transmit money or property to the United States government, by falsely certifying that it was eligible for a second-draw PPP Loan and forgiveness thereof and thereby receiving the samein violation of 31 U.S.C. § 3729(a)(1)(A), (B), and (G), to the injury of the United States.

### Sixth Cause of Action
### False Claims Act, 31 U.S.C. § 3729(a)(1)(A), (B), and (G)
### PPP Loan Forgiveness Applications of the Private Club Defendants
### (Against the Private Club Defendants Identified Below and Unknown John or Jane Does)

127. Relator repeats and realleges each of the foregoing paragraphs.

128. Each Private Club defendant except Shadows Private Social Club Inc. applied for and obtained forgiveness of each of its PPP Loans by submitting forgiveness application forms to its lender. SBA forgave each such loan on the dates and in the amounts shown on the table attached hereto. The forgiveness status of the PPP Loan of Defendant Shadows Private Social Club Inc. is unknown to Relator, and that defendant is not included in this Count.

129. On the forgiveness application forms for the PPP Loans identified below, the following Private Club defendants each certified: "The Borrower has complied with all requirements in the Paycheck Protection Program Rules (Sections 7(a)(36), (7)(a)(37), and 7A of the Small Business Act, the PPP interim final rules, and guidance issued by SBA through the date of this application)":

a.    Bowie Lodge No. 2309 Benevolent & Protective Order of Elks (first- and second-draw)

b.    Camp Springs Lodge No. 2332 Benevolent & Protective Order of Elks (second-draw)

c.    Country Club Estates Recreational Association (first-draw)

d.    Crofton Swim & Tennis Club Inc. (first-draw)

e.    Deep Creek Lake Sailing Association (second-draw)

f.    Elkton Lodge No. 851 Loyal Order of Moose (first-draw)

g.    Essex Lodge No. 1866 Benevolent & Protective Order of Elks (first-draw)

h.    Evitts Creek Land & Improvement Company (first- and second-draw)

i.    Howard County Iron Bridge Hounds Inc. (second-draw)

j.    Iota Phi Theta Fraternity Inc. (first-draw)

k.    Mechanicsville Lodge No. 495 Loyal Order of Moose (first-draw)

l.    Salisbury Lodge No. 817 Benevolent & Protective Order of Elks (first-draw)

m.    Towson Lodge No. 469 Benevolent & Protective Order of Elks (second-draw)

33

n.      Washington-Rockville Lodge No. 15 Benevolent & Protective Order of Elks (first- and second-draw)

o.      West River Sailing Club Inc. (first-draw)

p.      Westminster Lodge No. 1381 Loyal Order of Moose (first-draw)

q.      Wicomico Yacht Club Inc. (first- and second-draw)

r.      Wing Chun Way (first- and second-draw)

130.    On the forgiveness application forms for the PPP Loans identified below, the following Private Club defendants each certified: "The information provided in this application and the information provided in all supporting documents and forms is true and correct in all material respects":

a.      Camp Springs Lodge No. 2332 Benevolent & Protective Order of Elks (first-draw)

b.      Cattail Creek Country Club (first- and second-draw)

c.      Deep Creek Lake Sailing Association (first-draw)

d.      Grand Lodge of Ancient Free & Accepted Masons of Maryland (first-draw)

e.      Howard County Iron Bridge Hounds Inc. (first-draw)

f.      Naval Academy Golf Association (first-draw)

g.      Prospect Plantation West Homeowners' Association dba Prospect Bay Country Club (first- and second-draw)

h.      Thomas Pangborn Lodge No. 88 Fraternal Order of Police (first-draw)

i.      Towson Lodge No. 469 Benevolent & Protective Order of Elks (first-draw)

j.      Woodholme Country Club Inc. (first- and second-draw)

34

131.    Each forgiveness application form further advised the borrower that "SBA may direct a lender to disapprove the Borrower's loan forgiveness application if SBA determines that the Borrower was ineligible for the PPP loan."

132.    Each certification described above was required as a material prerequisite to obtain forgiveness of a PPP Loan.

133.    Each such certification was false and known by the certifying Private Club defendant and the individual defendants acting on its behalf to be false within the meaning of the False Claims Act, because each Private Club defendant was a Private Club, which was at all times excluded from PPP eligibility, and therefore was neither entitled to receive nor entitled to forgiveness of any PPP Loan.

134.    By making the foregoing false certifications, each such Private Club defendant and the individual defendants acting on its behalf did knowingly present, or cause to be presented, a false claim for payment or approval; did knowingly make, use, or cause to be made or used, a false record or statement material to a false claim; and did knowingly conceal, or knowingly and improperly avoid or decrease, an obligation to pay or transmit money or property to the United States government, in violation of 31 U.S.C. § 3729(a)(1)(A), (B), and (G), to the injury of the United States.

**Prayer for Relief**

98.135.       WHEREFORE, Relator prays for the following relief against each defendant:

      a.    A declaration that each defendant did violate the False Claims Act;

      b.    An amount thrice the amount of PPP Loans and interest forgiven or otherwise not repaid with respect to each defendant, lending fees paid by SBA, foregone interest, and all other damages suffered by the United States

35

government, plus civil penalties and applicable interest, under 31 U.S.C. § 3729(a)(1);

c.   The cost of this civil action, apportioned to each defendant respectively in proportion to its share of the aggregate damages recouped herein, under 31 U.S.C. § 3729(a)(3);

d.   An award to relator, including its reasonable expenses, attorneys' fees, and costs, under 31 U.S.C. § 3730(d)(1) or (2), as applicable; and

e.   Such other and further relief as may be just and proper.

**Demand for Jury Trial**

99.136.      Relator demands a trial by jury.

Respectfully submitted,


Law Office of/s/ Bruce Ellis Fein, PLLC

Bruce Ellis Fein, Esq.
Bruce Ellis Fein PLLC
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator*

*United States of America ex rel. The Tarbell Group, LLC v. American Academy of Environmental Engineers and Scientists Inc., et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| American Academy of Environmental Engineers and Scientists Inc. | 501(c)(6) | 4998677803 | 1st | 12/27/2020 | 5/29/2020 | $59,282.00 | 5/24/2021 | $59,861.83 |
| American Academy of Environmental Engineers and Scientists Inc. | 501(c)(6) | 9246598505 | 2nd | 12/27/2020 | 3/12/2021 | $59,678.00 | 9/22/2021 | $59,985.38 |
| American College of Medical Genetics and Genomics | 501(c)(6) | 8211657302 | 1st | 12/27/2020 | 5/1/2020 | $643,467.00 | 3/10/2021 | $648,738.14 |
| American College of Nurse-Midwives | 501(c)(6) | 4619497700 | 1st | 12/27/2020 | 5/1/2020 | $325,686.00 | 6/2/2021 | $329,165.93 |
| American College of Nurse-Midwives | 501(c)(6) | 8871918408 | 2nd | 12/27/2020 | 2/14/2021 | $359,040.00 | 3/7/2022 | $362,699.26 |
| Amvets Valley Memorial Home Inc. | 501(c)(2) | 7250157107 | 1st | 3/11/2021 | 4/14/2020 | $22,650.00 | 12/31/2020 | $22,811.70 |
| Amvets Valley Memorial Home Inc. | 501(c)(2) | 8016708610 | 2nd | 3/11/2021 | 3/24/2021 | $22,115.29 | 6/30/2021 | $22,169.96 |
| The Bar Association of Frederick County Inc. | 501(c)(6) | 5147767203 | 1st | 12/27/2020 | 4/27/2020 | $6,000.00 | 5/6/2021 | $6,060.67 |
| Bowie Lodge No. 2309 Benevolent & Protective Order of Elks | 501(c)(8) | 2887647302 | 1st | ~~3/11/2021~~Never | 4/29/2020 | $14,400.00 | 3/10/2021 | $12,303.36 |
| Bowie Lodge No. 2309 Benevolent & Protective Order of Elks | 501(c)(8) | 4250318807 | 2nd | ~~3/11/2021~~Never | 4/16/2021 | $10,000.00 | 9/27/2021 | $10,043.61 |

1

*United States of America ex rel. The Tarbell Group, LLC v. American Academy of Environmental Engineers and Scientists Inc., et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| CPA Management Systems Inc. dba Inpact Americas | 501(c)(6) | 3096067303 | 1st | 12/27/2020 | 4/29/2020 | $36,200.00 | 1/23/2023 | $34,944.78 |
| CPA Management Systems Inc. dba Inpact Americas | 501(c)(6) | 1626008400 | 2nd | 12/27/2020 | 2/2/2021 | $34,990.00 | 10/25/2021 | $35,242.71 |
| Calverton Swimming Club Inc. | 501(c)(7) | 5110368204 | 1st | 3/11/2021 | 8/7/2020 | $55,768.00 | 7/29/2021 | $56,302.44 |
| Camp Springs Lodge No. 2332 Benevolent & Protective Order of Elks | 501(c)(8) | 7378467301 | 1st | ~~3/11/2021~~Never | 4/30/2020 | $26,505.00 | 1/12/2021 | $26,680.23 |
| Camp Springs Lodge No. 2332 Benevolent & Protective Order of Elks | 501(c)(8) | 2772468804 | 2nd | ~~3/11/2021~~Never | 4/13/2021 | $15,113.55 | 6/7/2022 | $15,286.52 |
| Cattail Creek Country Club | 501(c)(7) | 7235147106 | 1st | ~~3/11/2021~~Never | 4/14/2020 | $638,877.00 | 1/14/2021 | $643,585.44 |
| Cattail Creek Country Club | 501(c)(7) | 4266698309 | 2nd | ~~3/11/2021~~Never | 1/23/2021 | $610,242.00 | 4/28/2022 | $617,865.85 |
| Country Club Estates Recreational Association | 501(c)(7) | 7727048408 | 1st | ~~3/11/2021~~Never | 2/12/2021 | $14,979.00 | 9/15/2021 | $15,061.08 |
| Crisfield Area Chamber of Commerce Inc. | 501(c)(6) | 3166937910 | 1st | 12/27/2020 | 6/13/2020 | $10,248.00 | 9/27/2021 | $10,377.71 |
| Crisfield Area Chamber of Commerce Inc. | 501(c)(6) | 1616608508 | 2nd | 12/27/2020 | 2/19/2021 | $9,855.00 | 3/9/2022 | $9,956.79 |
| Crofton Swim & Tennis Club Inc. | 501(c)(7) | 3967728205 | 1st | ~~3/11/2021~~Never | 8/5/2020 | $18,247.00 | 5/11/2021 | $18,382.98 |
| Cross-Roads Sportsman's Club Inc. | 501(c)(7) | 4999967210 | 1st | 3/11/2021 | 4/27/2020 | $10,100.00 | 2/25/2021 | $10,183.89 |

2

*United States of America ex rel. The Tarbell Group, LLC v. American Academy of Environmental Engineers and Scientists Inc., et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| Darnestown Swim & Racquet Club Inc. | 501(c)(7) | 7094357802 | 1st | 3/11/2021 | 6/3/2020 | $48,800.00 | 1/14/2021 | $49,068.40 |
| Darnestown Swim & Racquet Club Inc. | 501(c)(7) | 9507588501 | 2nd | 3/11/2021 | 3/12/2021 | $45,346.00 | 10/4/2021 | $45,591.62 |
| Deep Creek Lake Sailing Association | 501(c)(7) | 1120117209 | 1st | ~~3/11/2021~~Never | 4/15/2020 | $12,600.00 | 11/12/2020 | $12,671.05 |
| Deep Creek Lake Sailing Association | 501(c)(7) | 2396378306 | 2nd | ~~3/11/2021~~Never | 1/20/2021 | $10,305.45 | 7/2/2021 | $10,349.82 |
| EPS Industry Alliance Inc. | 501(c)(6) | 5165428010 | 1st | 12/27/2020 | 6/27/2020 | $94,338.45 | 5/3/2021 | $95,137.71 |
| Elkton Lodge No. 851 Loyal Order of Moose | 501(c)(8) | 5279588402 | 1st | ~~3/11/2021~~Never | 2/8/2021 | $8,650.00 | 10/6/2021 | $8,706.71 |
| Essex Lodge No. 1866 Benevolent & Protective Order of Elks | 501(c)(8) | 4163918409 | 1st | ~~3/11/2021~~Never | 2/6/2021 | $7,735.00 | 10/6/2021 | $7,784.63 |
| Evitts Creek Land & Improvement Company | 501(c)(7) | 4622777201 | 1st | ~~3/11/2021~~Never | 4/27/2020 | $126,900.00 | 7/19/2021 | $128,443.95 |
| Evitts Creek Land & Improvement Company | 501(c)(7) | 7209008309 | 2nd | ~~3/11/2021~~Never | 1/28/2021 | $126,900.00 | 9/1/2021 | $127,636.73 |
| Franklin Knolls Swimming Pool Association Inc. | 501(c)(7) | 4946988110 | 1st | 3/11/2021 | 7/17/2020 | $21,000.00 | 3/10/2021 | $21,133.48 |
| Grand Lodge of Ancient Free & Accepted Masons of Maryland | 501(c)(8) | 5074587010 | 1st | ~~3/11/2021~~Never | 4/5/2020 | $220,000.00 | 2/19/2021 | $220,450.61 |
| The Great Frederick Fair Inc. | 501(c)(5) | 9647547005 | 1st | 3/11/2021 | 4/9/2020 | $108,300.00 | 3/11/2021 | $109,295.76 |

3

*United States of America ex rel. The Tarbell Group, LLC v. American Academy of Environmental Engineers and Scientists Inc., et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| The Great Frederick Fair Inc. | 501(c)(5) | 7874088409 | 2nd | 3/11/2021 | 2/12/2021 | $105,725.00 | 8/27/2021 | $106,280.06 |
| The Greater Catonsville Chamber of Commerce Inc. | 501(c)(6) | 3990217305 | 1st | 12/27/2020 | 4/29/2020 | $17,375.00 | 2/9/2021 | $17,462.04 |
| The Greater Catonsville Chamber of Commerce Inc. | 501(c)(6) | 2360418510 | 2nd | 12/27/2020 | 2/20/2021 | $17,385.00 | 11/1/2021 | $17,504.76 |
| Greater Ocean City Golf Association | 501(c)(6) | 3340527302 | 1st | 12/27/2020 | 4/29/2020 | $26,575.00 | 2/16/2021 | $26,779.59 |
| Greater Ocean City Golf Association | 501(c)(6) | 8981718310 | 2nd | 12/27/2020 | 1/30/2021 | $26,575.00 | 7/14/2021 | $26,692.22 |
| Harford County Electrical Contractors Association | 501(c)(6) | 4850197108 | 1st | 12/27/2020 | 4/13/2020 | $41,505.00 | 3/5/2021 | $41,858.65 |
| Howard County Iron Bridge Hounds Inc. | 501(c)(7) | 5782347009 | 1st | ~~3/11/2021~~Never | 4/6/2020 | $14,900.00 | 2/19/2021 | $15,022.87 |
| Howard County Iron Bridge Hounds Inc. | 501(c)(7) | 2984268500 | 2nd | ~~3/11/2021~~Never | 2/22/2021 | $12,940.00 | 10/20/2021 | $13,021.54 |
| Institute of Hazardous Materials Management | 501(c)(6) | 5019317410 | 1st | 12/27/2020 | 5/11/2020 | $123,000.00 | 12/14/2020 | $123,717.78 |
| Inteleos | 501(c)(6) | 8546357101 | 1st | 12/27/2020 | 4/15/2020 | $1,698,690.00 | 4/29/2021 | $1,667,920.28 |
| International College of Dentists—United States of America Chapter | 501(c)(6) | 9018167202 | 1st | 12/27/2020 | 4/28/2020 | $75,500.00 | 12/15/2020 | $75,963.34 |
| International College of Dentists—United States of America Chapter | 501(c)(6) | 1511238508 | 2nd | 12/27/2020 | 2/19/2021 | $86,200.00 | 8/11/2021 | $86,542.44 |

4

*United States of America ex rel. The Tarbell Group, LLC v. American Academy of Environmental Engineers and Scientists Inc., et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| International Lyme and Associated Diseases Society Inc. | 501(c)(6) | 3606677201 | 1st | 12/27/2020 | 4/27/2020 | $53,029.90 | 4/20/2021 | $53,545.47 |
| International Lyme and Associated Diseases Society Inc. | 501(c)(6) | 3690268510 | 2nd | 12/27/2020 | 2/24/2021 | $59,568.39 | 11/26/2021 | $60,016.81 |
| Internet Commerce Association | 501(c)(6) | 9264147300 | 1st | 12/27/2020 | 5/1/2020 | $9,542.00 | 4/15/2021 | $9,632.98 |
| Intersocietal Accreditation Commission Inc. | 501(c)(6) | 6098827401 | 1st | 12/27/2020 | 5/13/2020 | $723,485.00 | 1/14/2021 | $728,083.59 |
| Iota Phi Theta Fraternity Inc. | 501(c)(7) | 4505708210 | 1st | ~~3/11/2021~~Never | 8/6/2020 | $21,685.00 | 5/20/2021 | $21,853.13 |
| Marine Trades Association of Maryland | 501(c)(6) | 3819207400 | 1st | 12/27/2020 | 5/8/2020 | $29,055.00 | 5/6/2021 | $29,340.71 |
| Maryland State Dental Association Inc. | 501(c)(6) | 1333507103 | 1st | 12/27/2020 | 4/10/2020 | $137,337.00 | Unknown | Unknown |
| Maryland Watermen's Association Inc. | 501(c)(5) | 9508187810 | 1st | 3/11/2021 | 6/8/2020 | $16,417.00 | 1/28/2021 | $16,520.00 |
| Mechanicsville Lodge No. 495 Loyal Order of Moose | 501(c)(8) | 1991537408 | 1st | ~~3/11/2021~~Never | 5/5/2020 | $46,437.00 | 3/10/2021 | $46,827.58 |
| Medical and Chirurgical Faculty of Maryland | 501(c)(6) | 3996147200 | 1st | 12/27/2020 | 4/27/2020 | $549,637.00 | 1/7/2021 | $553,356.46 |
| National Association of Credit Management Inc. | 501(c)(6) | 5619347706 | 1st | 12/27/2020 | 5/1/2020 | $545,530.00 | 1/12/2022 | $554,736.75 |

5

*United States of America ex rel. The Tarbell Group, LLC v. American Academy of Environmental Engineers and Scientists Inc., et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| National Association of Credit Management Inc. | 501(c)(6) | 2838888707 | 2nd | 12/27/2020 | 3/30/2021 | $498,300.00 | 2/25/2022 | $502,736.92 |
| National Association of Presort Mailers | 501(c)(6) | 4577237410 | 1st | 12/27/2020 | 5/9/2020 | $38,955.00 | 1/14/2021 | $39,215.41 |
| National Association of Presort Mailers | 501(c)(6) | 9446698505 | 2nd | 12/27/2020 | 3/12/2021 | $38,955.00 | 8/11/2021 | $39,112.95 |
| National Association of Real Estate Brokers Inc. | 501(c)(6) | 7510197301 | 1st | 12/27/2020 | 4/30/2020 | $77,997.00 | 12/30/2020 | $78,514.13 |
| National Association of Real Estate Brokers Inc. | 501(c)(6) | 5799448410 | 2nd | 12/27/2020 | 2/9/2021 | $77,997.00 | 8/18/2021 | $78,398.74 |
| National Steeplechase Association Inc. | 501(c)(6) | 8250547100 | 1st | 12/27/2020 | 4/15/2020 | $48,900.00 | 2/24/2021 | $49,311.30 |
| National Steeplechase Association Inc. | 501(c)(6) | 7895068402 | 2nd | 12/27/2020 | 2/12/2021 | $53,484.69 | 12/16/2021 | $53,918.43 |
| Naval Academy Golf Association | 501(c)(7) | 2171877807 | 1st | 3/11/2021Never | 5/22/2020 | $260,500.00 | 4/14/2021 | $262,815.56 |
| The Owls Club Inc. 4002 | 501(c)(10) | 8402898401 | 2nd | 3/11/2021 | 2/13/2021 | $53,012.50 | 3/3/2022 | $53,558.82 |
| Pepsi-Cola Bottlers Association | 501(c)(6) | 2611997704 | 1st | 12/27/2020 | 5/1/2020 | $30,832.00 | 1/6/2021 | $31,040.99 |
| Perry Hall Swimming Club Inc. | 501(c)(7) | 8491918101 | 1st | 3/11/2021 | 7/26/2020 | $20,183.00 | Unknown | Unknown |
| Pointer Ridge Swim & Racquet Club Inc. | 501(c)(7) | 5860578305 | 1st | 3/11/2021 | 1/26/2021 | $30,000.00 | 10/14/2021 | $30,215.00 |

6

*United States of America ex rel. The Tarbell Group, LLC v. American Academy of Environmental Engineers and Scientists Inc., et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| Prince Georges Chamber of Commerce | 501(c)(6) | 3879267409 | 1st | 12/27/2020 | 5/8/2020 | $54,790.00 | 4/26/2021 | $55,310.51 |
| Prospect Plantation West Homeowners' Association dba Prospect Bay Country Club | 501(c)(7) | 3968427204 | 1st | 3/11/2021Never | 4/27/2020 | $350,300.00 | 3/1/2021 | $353,188.78 |
| Prospect Plantation West Homeowners' Association dba Prospect Bay Country Club | 501(c)(7) | 4830748400 | 2nd | 3/11/2021Never | 2/7/2021 | $359,861.00 | 9/15/2021 | $361,921.57 |
| Reisterstown-Owings Mills-Glyndon Chamber of Commerce | 501(c)(6) | 4547417807 | 1st | 12/27/2020 | 5/28/2020 | $10,000.00 | 4/14/2021 | $10,081.67 |
| Reisterstown-Owings Mills-Glyndon Chamber of Commerce | 501(c)(6) | 1393068503 | 2nd | 12/27/2020 | 2/18/2021 | $9,046.79 | 8/6/2021 | $9,085.70 |
| Robin Hood Swim Club | 501(c)(7) | 3556288003 | 1st | 3/11/2021 | 6/24/2020 | $14,026.00 | Unknown | Unknown |
| Rose Hill Cemetery of Hagerstown | 501(c)(13) | 9435087105 | 1st | 3/11/2021 | 4/15/2020 | $65,680.00 | 8/23/2021 | $66,564.86 |
| Salisbury Lodge No. 817 Benevolent & Protective Order of Elks | 501(c)(8) | 7777418410 | 1st | 3/11/2021Never | 2/12/2021 | $45,000.00 | 8/24/2021 | $45,231.78 |
| Shadows Private Social Club Inc. | 501(c)(7) | 8055477402 | 1st | 3/11/2021Never | 5/18/2020 | $217,445.00 | Unknown | Unknown |
| Southern Maryland Dental Society Inc. | 501(c)(6) | 3892097803 | 1st | 12/27/2020 | 5/27/2020 | $25,344.00 | 4/15/2021 | $25,566.89 |

7

*United States of America ex rel. The Tarbell Group, LLC v. American Academy of Environmental Engineers and Scientists Inc., et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| Southern Maryland Dental Society Inc. | 501(c)(6) | 8963168307 | 2nd | 12/27/2020 | 1/30/2021 | $25,344.00 | 8/16/2021 | $25,476.62 |
| Thomas Pangborn Lodge No. 88 Fraternal Order of Police | 501(c)(8) | 1471797401 | 1st | ~~3/11/2021~~Never | 5/4/2020 | $14,165.00 | 12/22/2020 | $14,255.89 |
| Towson Lodge No. 469 Benevolent & Protective Order of Elks | 501(c)(8) | 6592538007 | 1st | ~~3/11/2021~~Never | 6/30/2020 | $18,459.00 | 11/30/2020 | $15,891.37 |
| Towson Lodge No. 469 Benevolent & Protective Order of Elks | 501(c)(8) | 9308088305 | 2nd | ~~3/11/2021~~Never | 1/30/2021 | $12,414.46 | 9/29/2021 | $12,495.50 |
| Trinity Memorial Gardens Inc. | 501(c)(13) | 6947557703 | 1st | 3/11/2021 | 5/1/2020 | $131,500.00 | 8/3/2021 | $133,158.36 |
| Visit Annapolis & Anne Arundel County Inc. | 501(c)(6) | 9398967000 | 1st | 12/27/2020 | 4/9/2020 | $2,500,000.00 | 5/12/2021 | $175,008.93 |
| Washington-Rockville Lodge No. 15 Benevolent & Protective Order of Elks | 501(c)(8) | 9008357305 | 1st | ~~3/11/2021~~Never | 5/1/2020 | $34,700.00 | 4/22/2021 | $35,024.18 |
| Washington-Rockville Lodge No. 15 Benevolent & Protective Order of Elks | 501(c)(8) | 8191358707 | 2nd | ~~3/11/2021~~Never | 4/7/2021 | $36,250.00 | 1/11/2022 | $36,499.28 |
| West Arundel Swim Club Inc. | 501(c)(7) | 4519918509 | 1st | 3/11/2021 | 2/26/2021 | $33,400.00 | 3/31/2022 | $33,761.83 |
| West Laurel Swim Club Inc. | 501(c)(7) | 1714737302 | 1st | 3/11/2021 | 4/28/2020 | $40,800.00 | 11/9/2020 | $41,006.27 |
| West Laurel Swim Club Inc. | 501(c)(7) | 2847678400 | 2nd | 3/11/2021 | 2/4/2021 | $40,800.00 | 9/17/2021 | $41,045.93 |

8

*United States of America ex rel. The Tarbell Group, LLC v. American Academy of Environmental Engineers and Scientists Inc., et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| West River Sailing Club Inc. | 501(c)(7) | 9254288103 | 1st | 3/11/2021 Never | 7/28/2020 | $14,500.00 | 7/9/2021 | $14,634.93 |
| Westminster Lodge No. 1381 Loyal Order of Moose | 501(c)(8) | 1543868002 | 1st | 3/11/2021 Never | 6/22/2020 | $17,200.00 | 4/7/2022 | $17,496.70 |
| Wheaton-Kensington Chamber of Commerce Inc. | 501(c)(6) | 9665747805 | 1st | 12/27/2020 | 6/9/2020 | $5,922.00 | 2/10/2021 | $5,950.79 |
| Wicomico Yacht Club Inc. | 501(c)(7) | 4414897110 | 1st | 3/11/2021 Never | 4/13/2020 | $35,000.00 | 6/9/2021 | $35,399.58 |
| Wicomico Yacht Club Inc. | 501(c)(7) | 3235448601 | 2nd | 3/11/2021 Never | 3/16/2021 | $32,999.00 | 2/17/2022 | $33,305.16 |
| Wing Chun Way | 501(c)(7) | 5886287107 | 1st | 3/11/2021 Never | 4/14/2020 | $6,875.00 | 4/8/2021 | $6,940.74 |
| Wing Chun Way | 501(c)(7) | 7620748308 | 2nd | 3/11/2021 Never | 1/28/2021 | $6,875.00 | 8/16/2021 | $6,910.79 |
| Woodholme Country Club Inc. | 501(c)(7) | 8366317310 | 1st | 3/11/2021 Never | 5/1/2020 | $750,200.00 | 1/20/2021 | $699,710.56 |
| Woodholme Country Club Inc. | 501(c)(7) | 9584058401 | 2nd | 3/11/2021 Never | 2/17/2021 | $695,000.00 | 4/20/2022 | $703,050.42 |

9