**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| United States of America ex rel. The Tarbell Group, LLC, <br><br> Plaintiff <br><br> v. <br><br> American Academy of Environmental Engineers and Scientists, Inc., et al., <br><br> Defendants | Civ. no. MJM-25-cv-915 |

**RELATOR'S RESPONSE TO SHOW-CAUSE ORDER**

In response to the Court's show-cause order dated June 26, 2026 (ECF Doc. 7) ("Order"), regarding service of process, Plaintiff-Relator The Tarbell Group, LLC ("Relator") respectfully states as follows:

1.      On July 9, 2026, pursuant to Rule 15(a)(1)(A), Relator filed a First Amended Complaint (ECF Doc. 8), which is the operative pleading to be served on the defendants.

2.      Relator has begun the process of effecting service of process on the defendants.

3.      Relator has not requested the issuance of summonses because Relator will first request that each defendant waive service of process pursuant to Federal Rule of Civil Procedure 4(d). Each defendant "has a duty to avoid unnecessary expenses of serving the summons." Fed. R. Civ. P. 4(d)(1). Particularly given the number of defendants named in the First Amended Complaint, the waiver procedure will conserve the resources of the parties and the Court.

4.      Relator will request the issuance of a summons and effect formal service upon any defendant that fails to return a timely waiver, with such defendant bearing the associated expense as provided by Rule 4(d)(2).

WHEREFORE, Relator respectfully requests that the Court vacate the Order and permit Relator to complete service of process in accordance with Rule 4.


Respectfully submitted,

/s/ Bruce Ellis Fein

Bruce Ellis Fein
Bruce Ellis Fein PLLC
P.O. Box 506, Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator*