**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **THE TARBELL GROUP, LLC,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **Civ. No. MJM-25-915** |
| **v.** | * | |
| | * | |
| **AMERICAN ACADEMY OF** | * | |
| **ENVIRONMENTAL ENGINEERS AND** | * | |
| **SCIENTISTS INC., et al.,** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **THE TARBELL GROUP, LLC** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **Civ. No. MJM-25-916** |
| **v.** | * | |
| | * | |
| **BARRELVILLE OUTDOOR CLUB, et al.,** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

The Court ACCEPTS plaintiff The Tarbell Group, LLC's ("Plaintiff") responses to the Order to Show Cause entered on June 26, 2026. Plaintiff filed an Amended Complaint in each of the above-captioned actions and shall effect proper service of process (or secure waivers of service) within 90 days of that filing.

The Clerk SHALL SEND a copy of this Order to counsel for The Tarbell Group, LLC.

It is so ORDERED this 13th day of July, 2026.

_____/S/_____
Matthew J. Maddox
United States District Judge
