**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| THE TARBELL GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ACADEMY OF ENVIRONMENTAL ENGINEERS AND SCIENTISTS INC. *et al.,*<br><br>Defendants. | Civil Action No. 1:25-cv-00915-MJM |

**MOTION FOR ENTRY OF ORDER REGARDING SERVICE ON NUMEROUS DEFENDANTS**

Crisfield Area Chamber of Commerce, Inc., Defendant, through its attorneys, John K. Phoebus and Anthenelli, Phoebus & Hickman, LLC, moves this honorable Court to enter an order pursuant to Fed. R. Civ. P. 5(c) regarding the service of defendants' pleadings and replies to them and, as grounds therefor, states that:.

1. In this *qui tam* action, after several show orders of this court, the Relator has sought, at least from Defendant Crisfield Area Chamber of Commerce, Inc., a waiver of service, and, presumably, will soon be serving or obtaining waivers from the 67 defendants in this matter.

2. Rule 5(c) provides that, on a party's motion or its own accord, in a case with numerous defendants, the Court may enter an order that:

> (A) defendants' pleadings and replies to them need not be served on other defendants;
> (B) any crossclaim, counterclaim, avoidance, or affirmative defense in those pleadings and replies to them will be treated as denied or avoided by all other parties; and

> (C) filing any such pleading and serving it on the plaintiff constitutes notice of the pleading to all parties.

Fed. R. Civ. P. 5(c.

3. The Defendant will shortly be filing a dispositive motion to dismiss the Relator's First Amended Complaint under Fed. R. Civ. P. 12(b)6) and 9(b) along with an accompanying memorandum of law and request to take judicial notice under F.R.E. 201. The motion and accompanying memorandum will be approximately 15 pages in length. The request to take judicial notice will be dozens of pages long.

4. Through the ECF filing system and PACER, the dispositive motion and memorandum will be available to all registered ECF or PACER users for a nominal fee. Many court filings, including the filings in this case, are also available to the public for free via the nonprofit RECAP archive at https://www.courtlistener.com/docket/72379501/the-tarbell-group-llc-v-barrelville-outdoor-club/

5. The Crisfield Area Chamber of Commerce, Inc. is a small 501(c)(6) tax-exempt nonprofit business league, serving the small but vibrant business community in the Crisfield, Somerset County, Maryland area. Requiring this Defendant's dispositive motion to dismiss, accompanying memorandum, and request to take judicial notice to be mailed to all 66 other defendants in this matter would be costly, especially in a case brought by a professional relator with no connection to any of the unrelated defendants who has seemingly filed cookie cutter False Claims Act cases nationwide in at least eight federal districts as a result of data mining Federal reports of the Small Business Administration, the Internal Revenue Service, and the news media in an effort to extract settlements from unwitting nonprofits,

when any claim that the Relator might have is barred by the Public Disclosure Bar. *See* 31 U.S.C. § 3730(e)(4)(A).

6. By sharing in this motion information about the free, nonprofit RECAP website that will contain and publish this Defendant's filings in this motion, this Defendant seeks to provide to the other Defendants whom this order would excuse from future mailed service notice that filings herein will be on the public mirror site, so if this honorable Court were to enter an order pursuant to Fed. R. Civ. P. 5(c), there would still exist a means for other Defendants herein to be on notice that a dispositive motion to dismiss has been filed, which many may seek to join or incorporate the arguments thereof by reference.

WHEREFORE, Defendant Crisfield Area Chamber of Commerce, Inc. respectfully requests that this honorable Court enter an order, pursuant to Fed. R. Civ. P. 5(c) that:

(A) defendants' pleadings, motions, and replies to them need not be served on other defendants;

(B) any crossclaim, counterclaim, avoidance, or affirmative defense in those pleadings and replies to them will be treated as denied or avoided by all other parties; and

(C) filing any such pleading and serving it on the plaintiff constitutes notice of the pleading to all parties.

/s/ John K. Phoebus

John K. Phoebus, Bar Number 25169
ANTHENELLI, PHOEBUS & HICKMAN, LLC
517 West Main Street
P.O. Box 70
Crisfield, Maryland 21817-0070
tel. (410) 968-9200
fax (410) 968-9292
john@phoebuslaw.com

Attorneys for Defendant Crisfield Area
Chamber of Commerce, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of August, 2026, a copy of the Defendant's Motion for Entry of Order Regarding Service on Numerous Defendants was served electronically via the CM/ECF system to:

Bruce Ellis Fein, Esquire
Bruce Ellis Fein PLLC
P.O. Box 506
Great Falls, Virginia 22066
Attorney for Relator

and mailed, by regular United States first class mail, postage prepaid, to:

Amvets Valley Memorial Home Inc.
P.O. Box 275
Middletown, MD 21769

The Great Frederick Fair Inc.
797 East Patrick Street
P.O. Box 604
Frederick, MD 21701

Maryland Watermen's Association Inc.
1805A Virginia Street
Annapolis, MD 21401

American Academy of Environmental
Engineers and Scientists Inc.
147 Old Solomons Island Road
Annapolis, MD 21401

American College of Medical Genetics and
Genomics
7101 Wisconsin Avenue, Suite 1101
Bethesda, MD 20814

American College of Nurse-Midwives
8403 Colesville Road, Suite 1550
Silver Spring, MD 20910

The Bar Association of Frederick County
Inc.
9949 Birchwood Lane
Frederick, MD 21701

CPA Management Systems Inc. dba
Inpact Americas
2412 Cobblestone Way
Frederick, MD 21702

EPS Industry Alliance Inc.
1298 Cronson Boulevard
Crofton, MD 21114

The Greater Catonsville Chamber of
Commerce Inc.
757 Frederick Road, Suite #102
Catonsville, MD 21228

Greater Ocean City Golf Association
9748 Stephen Decatur Highway, #105
Ocean City, MD 21842

Harford County Electrical Contractors Association
401 Thomas Run Road
Bel Air, MD 21015

Institute of Hazardous Materials Management
9210 Corporate Boulevard, [Suite] 470
Rockville, MD 20850

Inteleos
1401 Rockville Pike, Suite 600
Rockville, MD 20852

International College of Dentists—United States of America Chapter
610 Professional Drive, Suite 201
Gaithersburg, MD 20879

International Lyme and Associated Diseases Society Inc.
2 Wisconsin Circle, Suite 700
Chevy Chase, MD 20815

Internet Commerce Association
2 Research Place, Suite 310
Rockville, MD 20850

Intersocietal Accreditation Commission Inc.
6021 University Boulevard, Suite 500
Ellicott City, MD 21043

Marine Trades Association of Maryland
7076 Bembe Beach Road, #5
Annapolis, MD 21403

Defendant Maryland State Dental Association Inc.
8901 Herrmann Drive
Columbia, MD 21045

Medical and Chirurgical Faculty of Maryland
1211 Cathedral Street
Baltimore, MD 21201

National Association of Credit Management Inc.
8840 Columbia 100 Parkway
Columbia, MD 21045

National Association of Presort Mailers
2012 Quay Village Court, Apartment 102
Annapolis, MD. 21401

National Association of Real Estate Brokers Inc.
9831 Greenbelt Road, Suite 309
Lanham, MD 20706

National Steeplechase Association Inc.
400 Fair Hill Drive
Elkton, MD 21921

Pepsi-Cola Bottlers Association
1910 Towne Centre Boulevard, Suite 250
Annapolis, MD. 21401

Prince Georges Chamber of Commerce
4640 Forbes Boulevard
Lanham, MD 20706

Reisterstown-Owings Mills-Glyndon Chamber of Commerce
6 Bayshire Court
Owings Mills, MD 21117

Southern Maryland Dental Society Inc.
4920 Niagara Road
College Park, MD 20740

Visit Annapolis & Anne Arundel County Inc.
26 West Street
Annapolis, MD 21401

Wheaton-Kensington Chamber of Commerce Inc.
2401 Blueridge Avenue, Suite 101
Silver Spring, MD 20902

Calverton Swimming Club Inc.
P.O. Box 171
Beltsville, MD 20704

Cattail Creek Country Club
3600 Cattail Creek Drive
Glenwood, MD 21738

Country Club Estates Recreational Association
1 Paul Marr Drive
Glen Burnie, MD 21060

Crofton Swim & Tennis Club Inc.
12516 Naves Crossroads
Cumberland, MD 21502

Darnestown Swim & Racquet Club Inc.
15004 P.O. Box 3574
Gaithersburg, MD 20878

Deep Creek Lake Sailing Association
317 East Oak Street, Suite 1
Oakland, MD. 21550

Evitts Creek Land & Improvement Company
10200 Country Club Road
Cumberland, MD 21502

Franklin Knolls Swimming Pool Association Inc.
820 East Franklin Avenue
Silver Spring, MD 20901

Howard County Iron Bridge Hounds Inc.
18821 Windsor Forest Road
Mount Airy, MD 21771

Iota Phi Theta Fraternity Inc.
1600 North Calvert Street
Baltimore, MD 21202

Naval Academy Golf Association
64 Greenbury Point Road
Annapolis, MD 21402

Perry Hall Swimming Club Inc.
16505 Poole Lane
Bowie, MD 20716

Prospect Plantation West Homeowners' Association dba Prospect Bay Country Club
311A Prospect Bay Drive West
Grasonville, MD 21638

Robin Hood Swim Club
1301 Atwood Road
Silver Spring, MD 20903

Shadows Private Social Club Inc.
7272 Mandan Road
Greenbelt, MD 20770

West Arundel Swim Club Inc.
259 Old Line Avenue
Laurel, MD 20724

West Laurel Swim Club Inc.
7203 Brooklyn Bridge Road
Laurel, MD 20707

West River Sailing Club Inc.
4800 Riverside Drive
Galesville, MD 20765

Wicomico Yacht Club Inc.
3346 Yacht Club Road
Eden, MD 21822

Wing Chun Way
714 Pershing Drive

Silver Spring, MD 20910

Woodholme Country Club Inc.
300 Woodholme Avenue
Pikesville, MD 21208

Bowie Lodge No. 2309 Benevolent & Protective Order of Elks
1506 Defense Highway
Gambrills, MD 21054

Camp Springs Lodge No. 2332 Benevolent & Protective Order of Elks
7350 Temple Hill Road
Temple Hills, MD 20748

Elkton Lodge No. 851 Loyal Order of Moose
71 Cherry Hill Road
Elkton, MD 21921

Essex Lodge No. 1866 Benevolent & Protective Order of Elks
1007 East Homberg Avenue
Baltimore, MD 21221

Grand Lodge of Ancient Free & Accepted Masons of Maryland
304 International Circle
Cockeysville, MD 21030

Defendant Mechanicsville Lodge No. 495 Loyal Order of Moose
27636 Mechanicsville Road
Mechanicsville, MD 20659

Salisbury Lodge No. 817 Benevolent & Protective Order of Elks
401 Church Hill Avenue
Salisbury, MD 21804

Defendant Thomas Pangborn Lodge No. 88 Fraternal Order of Police
P.O. Box 647
Hagerstown, MD 21741

Defendant Towson Lodge No. 469 Benevolent & Protective Order of Elks
4 West Pennsylvania Avenue
Towson, MD 21204

Defendant Washington-Rockville Lodge No. 15 Benevolent & Protective Order of Elks
5 Taft Court,
Rockville, MD 20850

Westminster Lodge No. 1381 Loyal Order of Moose
309 Buena Vista Drive
Westminster, MD 21157

The Owls Club Inc. 4002
316 South Jefferson Street
Frederick, MD 21701

Defendant Rose Hill Cemetery of Hagerstown
600 South Potomac Street
Hagerstown, MD 21740

Trinity Memorial Gardens Inc.
3221 Mattawoman Beantown Road
Waldorf, MD 20601

/s/ John K. Phoebus
John K. Phoebus, Bar Number 25169