**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| THE TARBELL GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ACADEMY OF ENVIRONMENTAL ENGINEERS AND SCIENTISTS INC. *et al.*,<br><br>Defendants. | Civ. No. 1:25-cv-00915-MJM |

**ORDER REGARDING SERVICE ON DEFENDANTS**

Upon consideration of the motion of Defendant Crisfield Area Chamber of Commerce, Inc., pursuant to Fed. R. Civ. P. 5(c), good cause appearing therefor, it is by the United States District Court for the District of Maryland,

**ORDERED** that Defendants' pleadings, motions, and replies to them need not be served on other Defendants;

**AND IT IS FURTHER ORDERED** that any crossclaim, counterclaim, avoidance, or affirmative defense in those pleadings and replies to them will be treated as denied or avoided by all other parties;

**AND IT IS FURTHER ORDERED** that filing any such pleading or motion and serving it on the Plaintiff constitutes notice of the pleading or motion to all parties.

____________________
Date

____________________________________
The Honorable Matthew J. Maddox
United States District Judge