**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

United States of America ex rel.
The Tarbell Group, LLC,

Plaintiff

v.

American Academy of Environmental
Engineers and Scientists, Inc., et al.,

Defendants

Civ. no. MJM-25-cv-915

**ORDER**

The Court, having considered the Consent Motion to Extend the Time of Defendant Greater Catonsville Chamber of Commerce Inc. to Respond to the First Amended Complaint, hereby orders that the motion is GRANTED. The deadline for Defendant Greater Catonsville Chamber of Commerce Inc. to respond to the First Amended Complaint is October 26, 2026.

IT IS SO ORDERED.

DATE: 8/21/26

_____/S/______________________
Matthew J. Maddox
United States District Judge