**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| United States of America ex rel. The Tarbell Group, LLC,<br><br>Plaintiff<br><br>v.<br><br>American Academy of Environmental Engineers and Scientists Inc., et al.,<br><br>Defendants | Civ. no. MJM-25-cv-915 |

**NOTICE OF FILING WAIVERS OF THE SERVICE OF SUMMONS**

Relator The Tarbell Group, LLC respectfully gives notice regarding nine defendants that have returned executed waivers of the service of summons under Rule 4(d) of the Federal Rules of Civil Procedure. The nine defendants are:

1. American Academy of Environmental Engineers and Scientists Inc.
2. The Bar Association of Frederick County Inc.
3. Crofton Swim & Tennis Club Inc.
4. EPS Industry Alliance Inc.
5. Howard County Iron Bridge Hounds Inc.
6. International Lyme and Associated Diseases Society Inc.
7. Marine Trades Association of Maryland
8. National Association of Credit Management Inc.
9. West River Sailing Club Inc.

Relator sent the requests for waiver to these defendants on July 27, 2026. Counsel for the nine defendants was retained afterward, and asked that the requests be treated as having been sent on August 24, 2026, so that the defendants would have sufficient time to review the First Amended Complaint (ECF Doc. 8), to consider the settlement proposals that accompanied the requests, and to prepare their responses. Relator agreed to that accommodation, and the parties agreed that the date on which each request was sent would be treated as August 24, 2026 for all nine defendants.

Each of the nine executed waivers reflects that agreement on its face. Each states that the defendant must file and serve an answer or a motion under Rule 12 within 60 days from August 24, 2026.

The response of each of the nine defendants to the First Amended Complaint is accordingly due on October 23, 2026.

The nine executed waivers are filed as attachments hereto.

Respectfully submitted,

/s/ Bruce Ellis Fein

Bruce Ellis Fein
Bruce Ellis Fein PLLC
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator The Tarbell Group, LLC*