**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA *ex rel.*
THE TARBELL GROUP, LLC,

Plaintiff,

v.

AMERICAN ACADEMY OF ENVIRONMENTAL ENGINEERS AND SCIENTISTS INC. *et al.*,

Defendants.

Civ. No. 1:25-cv-00915-MJM

**DEFENDANT CRISFIELD AREA CHAMBER OF COMMERCE, INC.'S MOTION TO DISMISS**

Crisfield Area Chamber of Commerce, Inc., Defendant, through its attorneys, John K. Phoebus and Anthenelli, Phoebus & Hickman, LLC, moves this Court to dismiss Relator The Tarbell Group, LLC's First Amended Complaint (ECF 8) pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b). This is based upon the First Amended Complaint, the Memorandum filed in support of this motion, and those federal reports, publications and news media sites that the Defendant has contemporaneously moved this Court to take judicial notice of pursuant to Fed. R. Evid. 201.

1. The Relator has failed to plead fraud and scienter with the particularity required by the Rules. *See* Fed. R. Civ. P. 9(b).

2. The Relator's claims are barred by the False Claims Act's public disclosure bar. *See* 31 U.S.C. § 3730(e)(4)(A). The allegations against Defendant Crisfield Area Chamber of

Commerce, Inc. are derived from publicly-disclosed information and Relator does not allege that it is the "original source" of these public disclosures.

WHEREFORE, Defendant Crisfield Area Chamber of Commerce, Inc. respectfully requests that this honorable Court dismiss the Relator's First Amended Complaint, with prejudice, and for such other and further relief as the nature of this action may require.

/s/ John K. Phoebus

John K. Phoebus, Bar Number 25169
ANTHENELLI, PHOEBUS & HICKMAN, LLC
110-B Baptist Street
P.O. Box 4366
Salisbury, Maryland 21803-4366
tel. (410) 749-3700
fax (410) 749-7550
john@phoebuslaw.com

Attorneys for Defendant Crisfield
Area Chamber of Commerce, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of September, 2026, a copy of Defendant Crisfield Area Chamber of Commerce, Inc.'s Motion to Dismiss was served electronically via the CM/ECF system to:

Bruce Ellis Fein, Esquire
Bruce Ellis Fein PLLC
P.O. Box 506
Great Falls, Virginia 22066
Attorney for Relator

/s/ John K. Phoebus

John K. Phoebus, Bar Number 25169