PPP Dashboard | Pandemic Oversig

https://www.pandemicoversight.gov/data-interactive-tools/dashboards-...

Not syncing

Chat

An official website of the United States government

REPORT FRAUD, WASTE & ABUSE

Pandemic Oversight

Making sense of federal spending and programs

About Us | Advanced Data Analytics | Reporting on Oversight | News & Resources

# PPP Dashboard

**Search our Paycheck Protection Program (PPP) Dashboard.** The Borrower & View Loan Details on page 2 shows how recipients reported using the money and whose loans were forgiven. You will also find a Franchise Details and Lender Details.

Borrower State: MD

Borrower County: SOMERSET

Borrower Name: CRISFIELD CHAMBER OF CO...

| Borrower | Loan amount | Amount forgiven | *Loan Status | Date approved | Date forgiven | Payroll | Rent | Utilities | Health Care | Mortgage Interest |
|---|---|---|---|---|---|---|---|---|---|---|
| CRISFIELD CHAMBER OF COMMERCE | $10,248.00 | $10,377.7 | Paid in Full | 2020-06-13 | 2021-09-27 | $10,248 | | | | |
| CRISFIELD CHAMBER OF COMMERCE | $9,855.00 | $9,956.8 | Paid in Full | 2021-02-19 | 2022-03-09 | $9,852 | | $1 | | |

Glossary

*Exemption 4 is a category in Freedom of Information reports indicating that information related to "trade secrets and commercial or financial information" will not be made public. The Small Business Administration (SBA) labels Paycheck Protection Program loans as "Exemption 4" when the loan is in an active, outstanding status. These are loans reported to the SBA by the lender as current, past due, delinquent, or in liquidation.

Download all the data from the Small Business Administration.