


| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | LoanNumber | DateApproved | SBAOfficeCc | Processin | BorrowerName | BorrowerAddress | BorrowerC | BorrowerS | BorrowerZ |
| 605486 | 1623238709 | 3/27/2021 | 0373 | PPP | LEVIN KATES | 16185 Cedar Ln | Newburg | MD | 20664-652 |
| 605487 | 8512877204 | 4/28/2020 | 0373 | PPP | SWEET BEGINNINGS BAKERY LLC | 209 MEADOWVALE R | Lutherville | MD | 21093 |
| 605488 | 3166937910 | 6/13/2020 | 0373 | PPP | CRISFIELD CHAMBER OF COMMERCE | 906 W. Main Street | Crisfield | MD | 21871 |
| 605489 | 1632168507 | 2/19/2021 | 0373 | PPP | MORUECE ELUM | 3948 7th St | North Bea | MD | 20714-4051 |
| 605490 | 5972398805 | 4/19/2021 | 0373 | PPP | EVA GRIFFITH-CHARLTON | 5831 Daybreak Ter | Baltimore | MD | 21206-224 |
| 605491 | 2417189010 | 5/16/2021 | 0353 | PPP | EGYPT WELLS | 5712 30th Ave | Hyattsville | MD | 20782-310 |
| 605492 | 5397628805 | 4/17/2021 | 0373 | PPP | NURUL MAZUMDER | 3416 Gwynns Falls P | Baltimore | MD | 21216-231 |
| 605493 | 1139948403 | 2/1/2021 | 0353 | PPP | IGEE LOGISTICS LLC | 15210 | BRANDYW | MD | 20613 |
| 605494 | 3614348704 | 3/31/2021 | 0373 | PPP | JAMIE FITZHUGH | 4318 Buttons Neck R | Woolford | MD | 21677-130 |
| 605495 | 3986359007 | 5/20/2021 | 0353 | PPP | TIERRA CHANNELLE SMITH | 12909 Bluet Ln | Silver Spri | MD | 20906-3304 |
| 605496 | 6255957704 | 5/1/2020 | 0373 | PPP | ACCOUNTING & BUSINESS ADVISORS I | 405 MAIN ST | REISTERST | MD | 21136-195 |
| 605497 | 7068578409 | 2/11/2021 | 0373 | PPS | LISBON PRE KINDERGARTEN INC | 915 E Watersville Rd | Mount Air | MD | 21771-331 |
| 605498 | 8044998602 | 3/24/2021 | 0353 | PPP | ELGON RESEARCH LLC | 10865 Deborah Dr | Potomac | MD | 20854-271 |
| 605499 | 9746548900 | 5/12/2021 | 0353 | PPP | QAIS ENTIZAM | 3809 64th Ave Apt 10 | Hyattsville | MD | 184 |
| 605500 | 4413578810 | 4/16/2021 | 0353 | PPS | DARIUS POWELL | 6111 Suitland Rd | Suitland | MD | -342 |
| 605501 | 9042018602 | 3/25/2021 | 0353 | PPP | DARIUS POWELL | 6111 Suitland Rd | Suitland | MD | 20746-342 |




| | J | K | L | M | N | O | P | Q | R | S | T | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LoanStatu | LoanStatus | Term | SBAGuara | InitialApp | CurrentAp | Undisburs | Franchise | ServicingL | ServicingLende | ServicingLenderAddress | Se |
| 605486 | ######## | Paid in Full | 60 | 100 | 10249 | 10249 | 0 | | 225134 | Truist Bank | 214 N Tryon St | C |
| 605487 | 1/20/2021 | Paid in Full | 24 | 100 | 10248.72 | 10248.72 | 0 | | 60701 | Fulton Bank, N | One Penn Sq | LA |
| 605488 | 3/19/2022 | Paid in Full | 60 | 100 | 10248 | 10248 | 0 | | 593324 | Fed ¿ Kabbage | 925B Peachtree Street NE | At |
| 605489 | 1 | Exemption 4 | 60 | 100 | 10247 | 10247 | 0 | | 456756 | Cross River Bar | 885 Teaneck Rd | TE |
| 605490 | ######## | Paid in Full | 60 | 100 | 10247 | 10247 | 0 | | 529192 | Benworth Capit | 7000 SW 97th Avenue Suite | M |
| 605491 | 1/18/2023 | Charged Off | 30 | 100 | 10246 | 10246 | 0 | | 529472 | Capital Plus Fir | 2247 Central Drive | Be |
| 605492 | ######## | Paid in Full | 60 | 100 | 10246 | 10246 | 0 | | 456756 | Cross River Bar | 885 Teaneck Rd | TE |
| 605493 | 8/13/2021 | Paid in Full | 60 | 100 | 10245 | 10245 | 0 | | 529471 | Itria Ventures L | One Penn Plaza, Suite 4530 | N |
| 605494 | 8/13/2021 | Paid in Full | 60 | 100 | 10245 | 10245 | 0 | | 73056 | Burke & Herber | 100 S Fairfax St | Al |
| 605495 | 4 | Exemption 4 | 60 | 100 | 10245 | 10245 | 0 | | 188361 | Prestamos CDF | 1024 East Buckeye Road Su | Pl |
| 605496 | 4/16/2021 | Paid in Full | 24 | 100 | 10245 | 10245 | 0 | | 9551 | Bank of Americ | 100 N Tryon St, Ste 170 | C |
| 605497 | 10/7/2021 | Paid in Full | 60 | 100 | 10245 | 10245 | 0 | | 44449 | PNC Bank, Nati | 222 Delaware Ave | W |
| 605498 | 11/6/2021 | Paid in Full | 60 | 100 | 10245 | 10245 | 0 | | 46391 | Manufacturers | One M & T Plaza, 15th Fl | Bl |
| 605499 | 3/15/2022 | Paid in Full | 60 | 100 | 10245 | 10245 | 0 | | 188374 | Enterprise Deve | 901 South Highlan | A |
| 605500 | ######## | Paid in Full | 60 | 100 | 10244 | 10244 | 0 | | 509316 | Harvest Small E | 24422 Avenida de l | La |
| 605501 | ######## | Paid in Full | 60 | 100 | 10244 | 10244 | 0 | | 509316 | Harvest Small E | 24422 Avenida de la Carlot | La |




| | U | V | W | X | Y | Z | AA | AB | AC | AD | AE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ServicingL | ServicingL | ServicingL | RuralUrba | HubzoneI | LMIIndica | BusinessAgeDescription | ProjectCit | ProjectCour | ProjectSta | ProjectZip |
| 605486 | CHARLOTT | NC | 28202-107 | U | N | N | Existing or more than 2 years old | Newburg | CHARLES | MD | 20664-652 |
| 605487 | LANCASTE | PA | 17602-285 | U | N | N | Existing or more than 2 years old | Lutherville | BALTIMORE | MD | 21093-000 |
| 605488 | Atlanta | GA | 30309 | R | N | Y | Existing or more than 2 years old | Crisfield | SOMERSET | MD | 21871-000 |
| 605489 | TEANECK | NJ | 07666-454 | R | N | N | Existing or more than 2 years old | North Bea | CALVERT | MD | 20714-405 |
| 605490 | Miami | FL | 33173 | U | N | Y | Existing or more than 2 years old | Baltimore | BALTIMORE | MD | 21206-224 |
| 605491 | Bedford | TX | 76021 | U | Y | Y | Existing or more than 2 years old | Hyattsville | PRINCE GEO | MD | 20782-310 |
| 605492 | TEANECK | NJ | 07666-454 | U | Y | Y | Existing or more than 2 years old | Baltimore | BALTIMORE | MD | 21216-231 |
| 605493 | New York | NY | 10119 | U | N | N | Existing or more than 2 years old | BRANDYW | PRINCE GEO | MD | 206 |
| 605494 | ALEXANDF | VA | 22314-334 | R | Y | N | Existing or more than 2 years old | Woolford | DORCHESTE | MD | 21677-130 |
| 605495 | Phoenix | AZ | 85034 | U | N | Y | Existing or more than 2 years old | Silver Spri | MONTGOME | MD | 20906-330 |
| 605496 | CHARLOTT | NC | 28202-402 | U | N | N | New Business or 2 years or less | REISTERST | BALTIMORE | MD | 21136-195 |
| 605497 | WILMINGT | DE | 19801-162 | U | N | N | Existing or more than 2 years old | Mount Air | HOWARD | MD | 21771-331 |
| 605498 | BUFFALO | NY | 14203 | U | N | N | Existing or more than 2 years old | Potomac | MONTGOME | MD | 20854-271 |
| 605499 | Arlington | VA | 22204-240 | U | Y | Y | Existing or more than 2 years old | Hyattsville | PRINCE GEO | MD | -184 |
| 605500 | Laguna Hi | CA | 92653 | U | N | Y | Existing or more than 2 years old | Suitland | PRINCE GEO | MD | -342 |
| 605501 | Laguna Hi | CA | 92653 | U | N | Y | Existing or more than 2 years old | Suitland | PRINCE GEO | MD | 20746-342 |

public_up_to_150k_6_240930.csv

E605488 | CRISFIELD CHAMBER OF COMMERCE

| | AF | AG | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CD | JobsRepoı | NAICSCod | Race | Ethnicity | UTILITIES_ | PAYROLL_I | MORTGAG | RENT_PRC | REFINANC | HEALTH_C. | DEBT_INTI | Busin |
| 605486 | MD-05 | 1 | 238390 | Unanswered | Unknown/NotS | 1 | 10246 | | | | | | Sole P |
| 605487 | MD-02 | 1 | 311821 | Unanswered | Not Hispanic o | 854.06 | 7686.54 | | 854.06 | | 854.06 | | Limite |
| 605488 | MD-01 | 3 | 813910 | Unanswered | Unknown/NotStated | | 10248 | | | | | | Non-F |
| 605489 | MD-05 | 1 | 812990 | Black or Africa | Unknown/NotStated | | 10245 | | | | | | Sole P |
| 605490 | MD-02 | 1 | 722330 | Unanswered | Unknown/NotStated | | 10247 | | | | | | Single |
| 605491 | MD-04 | 1 | 812112 | Unanswered | Unknown/NotStated | | 10246 | | | | | | Self-E |
| 605492 | MD-07 | 1 | 484110 | Asian | Not Hispanic o | 1 | 10244 | | | | | | Indep |
| 605493 | MD-05 | 1 | 484121 | Black or Africa | Not Hispanic o | 1 | 10242 | | | | | | Sole P |
| 605494 | MD-01 | 1 | 238140 | Unanswered | Unknown/NotStated | | 10245 | | | | | | Sole P |
| 605495 | MD-08 | 1 | 492210 | Black or Africa | Not Hispanic o | 1 | 10243 | | | | | | Indep |
| 605496 | MD-02 | 3 | 541219 | Unanswered | Unknown/NotStated | | 10245 | | | | | | Corpo |
| 605497 | MD-03 | 2 | 624410 | Unanswered | Unknown/NotStated | | 10244 | | | | | | Non-F |
| 605498 | MD-08 | 1 | 541611 | Unanswered | Unknown/NotStated | | 10245 | | | | | | Sole P |
| 605499 | MD-04 | 1 | 485310 | Asian | Not Hispanic or Latino | | 10245 | | | | | | ndep |
| 605500 | MD-04 | 1 | 485310 | Unanswered | Unknown/NotStated | | 10244 | | | | | | ndep |
| 605501 | MD-04 | 1 | 485310 | Unanswered | Unknown/NotStated | | 10244 | | | | | | Indep |

public_up_to_150k_6_240930

Ready · Accessibility: Unavailable · 100%




| | AR | AS | AT | AU | AV | AW | AX | AY | AZ | BA | BB |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BusinessType | Originatin | Originatin | Originatin | Originatin | Gender | Veteran | NonProfit | Forgivene: | ForgivenessDate | |
| 605486 | Sole Proprietorship | 225134 | Truist Ban | CHARLOTT | NC | Unanswered | Unanswered | | 10308.79 | ######## | |
| 605487 | Limited Liability Compan | 60701 | Fulton Bai | LANCASTE | PA | Female Owne | Non-Veteran | | 10311.35 | 12/8/2020 | |
| 605488 | Non-Profit Organization | 529113 | Kabbage, | Atlanta | GA | Unanswered | Unanswered | Y | 10377.71 | 9/27/2021 | |
| 605489 | Sole Proprietorship | 456756 | Cross Rive | TEANECK | NJ | Male Owned | Non-Veteran | | | | |
| 605490 | Single Member LLC | 529192 | Benworth | Miami | FL | Unanswered | Unanswered | | 10304.27 | ######## | |
| 605491 | Self-Employed Individuals | 529472 | Capital Pl | Bedford | TX | Unanswered | Unanswered | | | | |
| 605492 | Independent Contractors | 456756 | Cross Rive | TEANECK | NJ | Female Owne | Non-Veteran | | 10295.41 | ######## | |
| 605493 | Sole Proprietorship | 529471 | Itria Ventu | New York | NY | Male Owned | Non-Veteran | | 10288.83 | 7/12/2021 | |
| 605494 | Sole Proprietorship | 30809 | Burke and | Preston | MD | Male Owned | Non-Veteran | | 10276.87 | 7/23/2021 | |
| 605495 | Independent Contractors | 188361 | Prestamo: | Phoenix | AZ | Female Owne | Non-Veteran | | | | |
| 605496 | Corporation | 9551 | Bank of Ar | CHARLOTT | NC | Unanswered | Unanswered | | 10332.01 | 3/10/2021 | |
| 605497 | Non-Profit Organization | 44449 | PNC Bank | WILMINGT | DE | Unanswered | Unanswered | Y | 10308.46 | 9/28/2021 | |
| 605498 | Sole Proprietorship | 46391 | Manufactu | BUFFALO | NY | Unanswered | Unanswered | | 10303.66 | ######## | |
| 605499 | Independent Contractors | 188374 | Enterprise | Arlington | VA | Male Owned | Non-Veteran | | 10263.78 | 7/23/2021 | |
| 605500 | Independent Contractors | 509316 | Harvest Sr | Laguna Hi | CA | Unanswered | Unanswered | | 10298.73 | 11/3/2021 | |
| 605501 | Independent Contractors | 509316 | Harvest Sr | Laguna Hi | CA | Unanswered | Unanswered | | 10302.38 | 11/3/2021 | |