public_up_to_150k_6_240930.csv

E607659 | CRISFIELD CHAMBER OF COMMERCE

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | LoanNumber | DateApproved | SBAOfficeCc | Processin | BorrowerName | BorrowerAddress | BorrowerC | BorrowerS | BorrowerZ |
| 607654 | 6881918903 | 5/5/2021 | 0353 | PPP | M FINEST TRUCKING LLC | 7518 Wilhelm Dr | Lanham | MD | 20706-375 |
| 607655 | 9211379004 | 5/29/2021 | 0373 | PPP | DAIREE WASHINGTON | 1932 W Lexington St | Baltimore | MD | 21223-165 |
| 607656 | 3934357307 | 4/29/2020 | 0353 | PPP | AMG BRANDYWINE, LLC | 15814 CRAIN HWY | BRANDYW | MD | 20613-807 |
| 607657 | 1677778005 | 6/22/2020 | 0353 | PPP | ASHFAQ SHAH | 15843 Crabbs Branc | Derwood | MD | 20855-263 |
| 607658 | 8482729010 | 5/27/2021 | 0353 | PPS | THU VU XUAN LE | 10726 Saint Margare | Silver Spri | MD | 20902-475 |
| 607659 | 1616608508 | 2/19/2021 | 0373 | PPS | CRISFIELD CHAMBER OF COMMERCE | 906 W. Main Street | 906 W. Ma | MD | 21871 |
| 607660 | 1934698410 | 2/2/2021 | 0373 | PPS | SINGLETON LAW GROUP | 17010 York Rd Ste 10 | Parkton | MD | 21120-971 |
| 607661 | 2535008704 | 3/29/2021 | 0373 | PPS | JOHN REMONDINI | 5601 Drought Spring | Frederick | MD | 21702-362 |
| 607662 | 3802138403 | 2/5/2021 | 0353 | PPS | SOULEYMANE BAH | 4325 Forbes Blvd Ste | Lanham | MD | 20706-485 |
| 607663 | 4878357807 | 5/29/2020 | 0353 | PPP | TEAM BAH ENTERPRISE LTD | 4325 A Forbes Boule | LANHAM | MD | 20706-433 |
| 607664 | 8467108704 | 4/7/2021 | 0373 | PPS | CHANA CONSTRUCTION LLC | 3701 Cassen Rd | Randallst | MD | 21133-371 |
| 607665 | 8663867100 | 4/15/2020 | 0373 | PPP | FIRST CLASS, INCORPORATED | 6917 Golden Ring Rc | Rosedale | MD | 21237 |
| 607666 | 3168887901 | 6/13/2020 | 0373 | PPP | ICARE HART TO HEART, LLC | 3630 Dolfield ave | Baltimore | MD | 21215-613 |
| 607667 | 1901457405 | 5/5/2020 | 0373 | PPP | CHANA CONSTRUCTION LLC | 3701 CASSEN RD | RANDALLS | MD | [illegible]371 |
| 607668 | 2809638910 | 4/27/2021 | 0373 | PPS | JUAN FLORES FRANCO | 5021 Damselfish Ct | Waldorf | MD | [illegible]-422 |
| 607669 | 3772359001 | 5/20/2021 | 0373 | PPP | TALMADGE BENNETT | 1516 Leslie St | Baltimore | MD | 21217-230 |

public_up_to_150k_6_240930




| | J | K | L | M | N | O | P | Q | R | S | T | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LoanStatu | LoanStatus | Term | SBAGuara | InitialApp | CurrentAp | Undisburs | Franchise | ServicingL | ServicingLende | ServicingLenderAddress | Se |
| 607654 | 9/30/2021 | Paid in Full | 60 | 100 | 9857 | 9857 | 0 | | 30493 | Shore United Ba | 18 E Dover St | EA |
| 607655 | 2/8/2022 | Paid in Full | 60 | 100 | 9857 | 9857 | 0 | | 529472 | Capital Plus Fir | 2247 Central Drive | Be |
| 607656 | 9/29/2021 | Paid in Full | 24 | 100 | 9856 | 9856 | 0 | Wing Heav | 30493 | Shore United Ba | 18 E Dover St | EA |
| 607657 | 3/12/2021 | Paid in Full | 60 | 100 | 9855.51 | 9855.51 | 0 | | 529050 | Square Capital, | 1455 Market Street, Suite 60 | Sa |
| 607658 | 9/20/2022 | Paid in Full | 60 | 100 | 9855.2 | 9855.2 | 0 | | 530223 | American Lend | 1 World Trade Center, Suite | Lo |
| 607659 | 3/18/2022 | Paid in Full | 60 | 100 | 9855 | 9855 | 0 | | 121536 | Customers Ban | 40 General Warren Blvd | M |
| 607660 | 8/6/2021 | Paid in Full | 60 | 100 | 9855 | 9855 | 0 | | 46391 | Manufacturers | One M & T Plaza, 15th Fl | Bu |
| 607661 | ######## | Paid in Full | 60 | 100 | 9855 | 9855 | 0 | | 9551 | Bank of Americ | 100 N Tryon St, Ste 170 | Ch |
| 607662 | 1/7/2022 | Paid in Full | 60 | 100 | 9855 | 9855 | 0 | | 317699 | Community Firs | 201 W Sycamore St | Ko |
| 607663 | ######## | Paid in Full | 24 | 100 | 9855 | 9855 | 0 | | 317699 | Community Firs | 201 W Sycamore St | Ko |
| 607664 | ######## | Paid in Full | 60 | 100 | 9855 | 9855 | 0 | | 9551 | Bank of Americ | 100 N Tryon St, Ste 170 | Ch |
| 607665 | 2/6/2021 | Paid in Full | 24 | 100 | 9855 | 9855 | 0 | | 46391 | Manufacturers | One M & T Plaza, 15th Fl | Bu |
| 607666 | 3/23/2022 | Paid in Full | 60 | 100 | 9854 | 9854 | 0 | | 456756 | Cross River Bar | 885 Teaneck Rd | Te |
| 607667 | 5/19/2021 | Paid in Full | 24 | 100 | 9852 | 9852 | 0 | | 9551 | Bank of Americ | 100 N Tryon St, Ste | Ch |
| 607668 | 5/20/2022 | Paid in Full | 60 | 100 | 9852 | 9852 | 0 | | 509316 | Harvest Small B | 24422 Avenida de la ...ota | La |
| 607669 | 3/22/2022 | Paid in Full | 60 | 100 | 9852 | 9852 | 0 | | 188361 | Prestamos CDF | 1024 East Buckeye Road Su | Pl |




| | U | V | W | X | Y | Z | AA | AB | AC | AD | AE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ServicingL | ServicingL | ServicingL | RuralUrba | HubzoneIı | LMIIndica | BusinessAgeDescription | ProjectCity | ProjectCour | ProjectSta | ProjectZip |
| 607654 | EASTON | MD | 21601-301 | U | N | N | Existing or more than 2 years old | Lanham | PRINCE GEO | MD | 20706-375 |
| 607655 | Bedford | TX | 76021 | U | Y | Y | Existing or more than 2 years old | Baltimore | BALTIMORE | MD | 21223-165 |
| 607656 | EASTON | MD | 21601-301 | U | N | N | Unanswered | BRANDYW | PRINCE GEO | MD | 20613-807 |
| 607657 | San Franc | CA | 94103 | U | N | N | Existing or more than 2 years old | Derwood | MONTGOME | MD | 20855-263 |
| 607658 | Long Beac | CA | 90831 | U | N | Y | Existing or more than 2 years old | Silver Spri | MONTGOME | MD | 20902-475 |
| 607659 | Malvern | PA | 19355 | R | N | N | Existing or more than 2 years old | 906 W. Ma | SOMERSET | MD | 218 |
| 607660 | BUFFALO | NY | 14203 | U | N | N | Existing or more than 2 years old | Parkton | BALTIMORE | MD | 21120-971 |
| 607661 | CHARLOTT | NC | 28202-402 | U | N | N | Existing or more than 2 years old | Frederick | FREDERICK | MD | 21702-362 |
| 607662 | KOKOMO | IN | 46901-463 | U | N | N | Existing or more than 2 years old | Lanham | PRINCE GEO | MD | 20706-485 |
| 607663 | KOKOMO | IN | 46901-463 | U | N | N | New Business or 2 years or less | LANHAM | PRINCE GEO | MD | 20706-433 |
| 607664 | CHARLOTT | NC | 28202-402 | U | N | N | Existing or more than 2 years old | Randallst | BALTIMORE | MD | 21133-371 |
| 607665 | BUFFALO | NY | 14203 | U | N | Y | Existing or more than 2 years old | Rosedale | BALTIMORE | MD | 21237-021 |
| 607666 | TEANECK | NJ | 07666-454 | U | Y | Y | Existing or more than 2 years old | Baltimore | BALTIMORE | MD | 21215-613 |
| 607667 | CHARLOTT | NC | 28202-402 | U | N | N | Existing or more than 2 years old | RANDALLS | BALTIMORE | MD | -371 |
| 607668 | Laguna Hi | CA | 92653 | U | N | N | Existing or more than 2 years old | Waldorf | CHARLES | MD | -422 |
| 607669 | Phoenix | AZ | 85034 | U | Y | Y | Existing or more than 2 years old | Baltimore | BALTIMORE | MD | 21217-230 |




| | AF | AG | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CD | JobsRepo | NAICSCod | Race | Ethnicity | UTILITIES_ | PAYROLL_I | MORTGAG | RENT_PRC | REFINANC | HEALTH_C | DEBT_INTI | Busin |
| 607654 | MD-04 | 1 | 484121 | Unanswered | Unknown/NotS | 1 | 9854 | | | | | | Limite |
| 607655 | MD-07 | 1 | 451120 | Black or Africa | Not Hispanic or Latino | | 9855 | | | | | | Sole P |
| 607656 | MD-05 | 6 | 722511 | Black or Africa | Not Hispanic or Latino | | 9856 | | | | | | Limite |
| 607657 | MD-08 | 1 | 485320 | Unanswered | Unknown/NotS | 1231.94 | 7391.63 | 1231.94 | | | | | Self-E |
| 607658 | MD-08 | 1 | 812111 | Unanswered | Unknown/NotS | 1 | 9853.2 | | | | | | Sole P |
| 607659 | MD-01 | 3 | 813910 | Unanswered | Unknown/NotS | 1 | 9852 | | | | | | Non-P |
| 607660 | MD-02 | 2 | 922130 | Unanswered | Hispanic or Lat | 1 | 9853 | | | | | | Subch |
| 607661 | MD-06 | 2 | 711320 | White | Not Hispanic or Latino | | 9853 | | | | | | Limite |
| 607662 | MD-04 | 2 | 524210 | Unanswered | Unknown/NotS | 1 | 9851 | | | | | | Sole P |
| 607663 | MD-04 | 1 | 524210 | Unanswered | Unknown/NotStated | | 9855 | | | | | | Sole P |
| 607664 | MD-02 | 1 | 236118 | Unanswered | Unknown/NotStated | | 9855 | | | | | | Limite |
| 607665 | MD-07 | 3 | 442210 | White | Not Hispanic o | 0 | 7500 | 0 | 2355 | 0 | 0 | 0 | Subch |
| 607666 | MD-07 | 1 | 621610 | Unanswered | Unknown/NotStated | | 9854 | | | | | | Self-E |
| 607667 | MD-02 | 2 | 236118 | Unanswered | Unknown/NotStated | | 9852 | | | | | | imite |
| 607668 | MD-05 | 1 | 423860 | Unanswered | Unknown/NotStated | | 9852 | | | | | | ndep |
| 607669 | MD-07 | 1 | 611710 | Black or Africa | Not Hispanic or Latino | | 9851 | | | | | | Sole P |

AutoSave Off public_up_to_150k_6_240930.csv

File Home Insert Draw Page Layout Formulas Data Review View Automate Help Foxit PDF Acrobat

Default | Normal | Page Break Preview | Switch Modes | Show | Zoom | 100% | Zoom to Selection | New Window | Arrange All | Freeze Panes | Switch Windows | Macros

Sheet View | Workbook Views | Dark Mode | Zoom | Window | Macros

E607659 | fx | CRISFIELD CHAMBER OF COMMERCE

| | AR | AS | AT | AU | AV | AW | AX | AY | AZ | BA | BB |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BusinessType | Originatin | Originatin | Originatin | Originatin | Gender | Veteran | NonProfit | Forgivene: | ForgivenessDate | |
| 607654 | Limited Liability Compan | 121705 | Shore Unit | Waldorf | MD | Unanswered | Unanswered | | 9883.2 | 8/20/2021 | |
| 607655 | Sole Proprietorship | 529472 | Capital Pl | Bedford | TX | Male Owned | Non-Veteran | | 9909.84 | 12/9/2021 | |
| 607656 | Limited Liability Compan | 121705 | Shore Unit | Waldorf | MD | Female Owne | Non-Veteran | | 9976.16 | 8/2/2021 | |
| 607657 | Self-Employed Individuals | 223542 | Celtic Ban | SALT LAKE | UT | Unanswered | Unanswered | | 9923.28 | 3/2/2021 | |
| 607658 | Sole Proprietorship | 433060 | The Enterp | Philadelpl | PA | Unanswered | Unanswered | | 9978.94 | 9/7/2022 | |
| 607659 | Non-Profit Organization | 121536 | Customer: | Malvern | PA | Unanswered | Unanswered | Y | 9956.79 | 3/9/2022 | |
| 607660 | Subchapter S Corporation | 46391 | Manufactu | BUFFALO | NY | Male Owned | Non-Veteran | | 9901.98 | 7/29/2021 | |
| 607661 | Limited Liability Compan | 9551 | Bank of Ar | CHARLOTT | NC | Male Owned | Non-Veteran | | 9915.21 | ######## | |
| 607662 | Sole Proprietorship | 317699 | Communi | KOKOMO | IN | Unanswered | Unanswered | | 9940.05 | ######## | |
| 607663 | Sole Proprietorship | 317699 | Communi | KOKOMO | IN | Unanswered | Unanswered | | 9892.78 | ######## | |
| 607664 | Limited Liability Compan | 9551 | Bank of Ar | CHARLOTT | NC | Unanswered | Unanswered | | 9906.84 | ######## | |
| 607665 | Subchapter S Corporation | 46391 | Manufactu | BUFFALO | NY | Male Owned | Non-Veteran | | 9925.74 | 1/7/2021 | |
| 607666 | Self-Employed Individuals | 529113 | Kabbage, | Atlanta | GA | Unanswered | Unanswered | | 9909.34 | 1/8/2021 | |
| 607667 | Limited Liability Compan | 9551 | Bank of Ar | CHARLOTT | NC | Unanswered | Unanswered | | 9945.93 | 4/22/2021 | |
| 607668 | Independent Contractors | 509316 | Harvest Sr | Laguna Hi | CA | Unanswered | Unanswered | | 9941.61 | 4/4/2022 | |
| 607669 | Sole Proprietorship | 188361 | Prestamo: | Phoenix | AZ | Male Owned | Non-Veteran | | 9917.41 | 2/3/2022 | |

public_up_to_150k_6_240930

Ready | Accessibility: Unavailable | 100%