# Tax Exempt Organization Search

Select Database

Search All

Search By

Organization Name

Search Term

crisfield area chamber of commerce

City

Enter City

State

All States

Country

United States

RESET SEARCH Search Tips

Showing **1-1** results of **1**

| EIN | Organization Name | City | State | Country | Database |
|---|---|---|---|---|---|

| | | | | | Database |
|---|---|---|---|---|---|
| 52-1339935 | **CRISFIELD AREA CHAMBER OF COMMERCE INC [/app/eos/details/]** | | | United States | Copies of Returns |

## Additional information

- Frequently asked questions [https://www.irs.gov/charities-non-profits/tax-exempt-organization-search-frequently-asked-questions] - Exempt Organizations Select Check
- Revocations of 501(c)(3) Determinations [https://www.irs.gov/charities-non-profits/charitable-organizations/revocations-of-501c3-determinations]
- Suspensions Pursuant to Code Section 501(p) [https://www.irs.gov/charities-non-profits/charitable-organizations/suspensions-pursuant-to-code-section-501p]
- Exempt Organizations Business Master File Extract (EO BMF) [https://www.irs.gov/charities-non-profits/exempt-organizations-business-master-file-extract-eo-bmf] : a list of organizations recognized as exempt by the IRS
- Tax Exempt Organization Search: Bulk Data Downloads [https://www.irs.gov/charities-non-profits/tax-exempt-organization-search-bulk-data-downloads]