# CRISFIELD AREA CHAMBER OF COMMERCE INC

EIN: 52-1339935 | United States

## Copies of Returns (990, 990-EZ, 990-PF, 990-T)

Electronic copies (images) of Forms 990, 990-EZ, 990-PF or 990-T returns filed with the IRS by charities and non-profits.

### Tax Year 2024 Form 990O

**Organization Name:**
CRISFIELD AREA CHAMBER OF COMMERCE INC

**EIN:**
52-1339935

**Tax Period:**
202412

**Return ID:**
5946185

**Filing Type:**
E

**Return Type:**
990O

**Copy of Return:**
2024 Form 990O Filing
[/pub/epostcard/cor/521339935_202412_990O_202604012405 9230.pdf]

### Tax Year 2023 Form 990O

**Organization Name:**
CRISFIELD AREA CHAMBER OF COMMERCE INC

**EIN:**
52-1339935

**Tax Period:**
202312

**Return ID:**
5173910

**Filing Type:**
E

**Return Type:**
990O

**Copy of Return:**
2023 Form 990O Filing
[/pub/epostcard/cor/521339935_202312_990O_2025031923230757.pdf]

## Tax Year 2022 Form 990O

**Organization Name:**
CRISFIELD AREA CHAMBER OF COMMERCE INC

**EIN:**
52-1339935

**Tax Period:**
202212

**Return ID:**
4469702

**Filing Type:**
E

**Return Type:**
990O

**Copy of Return:**
2022 Form 990O Filing
[/pub/epostcard/cor/521339935_202212_990O_2023112422002898.pdf]

## Tax Year 2021 Form 990O

**Organization Name:**
CRISFIELD AREA CHAMBER OF COMMERCE INC

**EIN:**

52-1339935

**Tax Period:**
202112

**Return ID:**
3790811

**Filing Type:**
E

**Return Type:**
990O

**Copy of Return:**
2021 Form 990O Filing
[/pub/epostcard/cor/521339935_202112_990O_2023050821172136.pdf]

## Tax Year 2020 Form 990O

**Organization Name:**
CRISFIELD AREA CHAMBER OF COMMERCE INC

**EIN:**
52-1339935

**Tax Period:**
202012

**Return ID:**
3356350

**Filing Type:**
E

**Return Type:**
990O

**Copy of Return:**
2020 Form 990O Filing
[/pub/epostcard/cor/521339935_202012_990O_2022042920020947.pdf]

## Tax Year 2019 Form 990O

**Organization Name:**
CRISFIELD AREA CHAMBER OF COMMERCE INC

**EIN:**
52-1339935

**Tax Period:**
201912

**Return ID:**
2863191

**Filing Type:**
E

**Return Type:**
990O

**Copy of Return:**
2019 Form 990O Filing
[/pub/epostcard/cor/521339935_201912_990O_2021060818294138.pdf]

## Tax Year 2018 Form 990O

**Organization Name:**
CRISFIELD AREA CHAMBER OF COMMERCE INC

**EIN:**
52-1339935

**Tax Period:**
201812

**Return ID:**
1138648

**Filing Type:**
E

**Return Type:**
990O

**Copy of Return:**
2018 Form 990O Filing
[/pub/epostcard/cor/521339935_201812_990O_2020020417102772.pdf]

## Tax Year 2017 Form 990O

**Organization Name:**
CRISFIELD AREA CHAMBER OF COMMERCE INC

**EIN:**

52-1339935

**Tax Period:**
201712

**Return ID:**
1138647

**Filing Type:**
E

**Return Type:**
990O

**Copy of Return:**
[2017 Form 990O Filing [/pub/epostcard/cor/521339935_201712_990O_2018121816016123.pdf]]

## Tax Year 2016 Form 990O

**Organization Name:**
CRISFIELD AREA CHAMBER OF COMMERCE INC

**EIN:**
52-1339935

**Tax Period:**
201612

**Return ID:**
1138646

**Filing Type:**
E

**Return Type:**
990O

**Copy of Return:**
[2016 Form 990O Filing [/pub/epostcard/cor/521339935_201612_990O_2018010515089158.pdf]]

## Tax Year 2015 Form 990O

**Organization Name:**
CRISFIELD AREA CHAMBER OF COMMERCE INC

**EIN:**
52-1339935

**Tax Period:**
201512

**Return ID:**
1138645

**Filing Type:**
E

**Return Type:**
990O

**Copy of Return:**
2015 Form 990O Filing [/pub/epostcard/cor/521339935_201512_990O_2017011814090067.pdf]