PROPUBLICA TRACKING PPP Donate

*Tracking PPP*

# Search Every Company Approved for Federal Loans

**Search for PPP loan applications by organization, lender, zip code and business type.**

"crisfield chamber of commerce" Search

For example: trucking, hospice, television, Kasowitz Benson Torres, 90210, Sole Proprietorship

## 2 loans found

If you're looking for an exact term, try adding quotes, e.g., "farm market"

Recipient
CRISFIELD CHAMBER OF COMMERCE

Location
906 W. Main Street, MD

Loan Status
Forgiven as of March 9, 2022

Loan Amount
$9,855

Date Approved
Feb. 19, 2021

Recipient
CRISFIELD CHAMBER OF COMMERCE

Location
Crisfield, MD

Loan Status
Forgiven as of Sept. 27, 2021

Loan Amount
$10,248

Date Approved

June 13, 2020

**About this data**

This data comes from the Small Business Administration, and includes lender-approved loans under the Paycheck Protection Program as of June 1, 2021. Other loan programs, such as Economic Injury Disaster Loans, are not included in this database. The data includes the congressional district of each organization, but for Pennsylvania and North Carolina the districts do not reflect 2018 redistricting.

Journalists: Thank you for using this database. Please cite ProPublica by linking to this page. Questions? Contact us.

ProPublica
ProPublica Illinois
The Data Store
Topics
Series
News Apps
Get Involved
Impact
Corrections

About Us
Board and Advisors
Officers and Staff
Diversity
Jobs and Fellowships
Reports
Media Center
Advertising Policy
Code of Ethics
Privacy Policy

Subscribe by Email
Subscribe by RSS
Twitter
Facebook
iOS and Android

Podcast

---

Leak to Us

Steal Our Stories

Contact Us

Donate

PROPUBLICA

© Copyright 2017 Pro Publica Inc.