Donate to ProPublica

# Crisfield Chamber Of Commerce

Crisfield, MD • Tax exemption issued: July 1996 • EIN: 52-1339935

Subscribe

Receive an email when new data is available for this organization.

### Type of Nonprofit

**Designated as a 501(c)(6)**

**Donations to this organization are not tax deductible.**

### Details

**According to its Dec. 2024 tax filing, this nonprofit:**

Reported conflict of interest transactions

Organizations must report loans, grants or business transactions with interested parties, which may include key employees and officers, their family members and any businesses in which they hold a controlling interest. These transactions must be reported on Schedule L.

Revenue
**$215k** (2024)




Expenses
**$114k** (2024)




Total Assets
**$443k** (2024)




Total Liabilities
**$38.9k** (2024)




Source: Form 990 tax filings from 2010 to 2024

## Tax Filings by Year

**Form 990** is an information return that most organizations claiming federal tax-exempt status must file yearly with the IRS. Show more

**See an issue with the data?**

Contact Us

Fiscal Year Ending Dec.

## 2024

**Revenue** **$215,447**

| Expenses | Net Income | Net Assets |
|---|---|---|
| $113,611 | $101,836 | $404,506 |

+ View More Financial Data

**990**

Filed on Sept. 2, 2025

Primary tax return for a nonprofit's activities, finances, and governance

View Filing | Schedules ▼ | PDF | XML

**Compensation**

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Melissa Laird (1st Vice President) | $0 | $0 | $0 |
| Hitesh Patel (President) | $0 | $0 | $0 |
| Tina Thorne (Secretary) | $0 | $0 | $0 |

+ View more people

Fiscal Year Ending Dec.

## 2023

**Revenue** **$199,822**

| Expenses | Net Income | Net Assets |
|---|---|---|
| $119,547 | $80,275 | $315,228 |

+ View More Financial Data

**990**

Filed on Oct. 28, 2024

Primary tax return for a nonprofit's activities, finances, and governance

View Filing | Schedules ▼ | PDF | XML

**Compensation**

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Melissa Laird (1st Vice President) | $0 | $0 | $0 |
| Hitesh Patel (President) | $0 | $0 | $0 |
| Tina Thorne (Secretary) | $0 | $0 | $0 |

+ View more people

Fiscal Year Ending Dec.

## 2022

**Revenue** **$151,432**

| Expenses | Net Income | Net Assets |
|---|---|---|
| $127,359 | $24,073 | $300,481 |

**990**

Filed on Oct. 20, 2023

Primary tax return for a nonprofit's activities, finances, and governance

+ View More Financial Data

View Filing | Schedules ▼
PDF | XML

### Compensation

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Josh Norstrom (1st Vice President) | $0 | $0 | $0 |
| Buddy Ward (President) | $0 | $0 | $0 |
| Tina Butler (Secretary) | $0 | $0 | $0 |

+ View more people

Fiscal Year Ending Dec.

## 2021

**Revenue** **$201,192**

| Expenses | Net Income | Net Assets |
|---|---|---|
| **$106,888** | **$94,304** | **$276,408** |

+ View More Financial Data

**990**

Filed on Nov. 15, 2022

Primary tax return for a nonprofit's activities, finances, and governance

View Filing | Schedules ▼
PDF | XML

### Compensation

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Josh Norstrom (1st Vice President) | $0 | $0 | $0 |
| Buddy Ward (President) | $0 | $0 | $0 |
| Tina Butler (Secretary) | $0 | $0 | $0 |

+ View more people

Fiscal Year Ending Dec.

## 2020

**Revenue** **$34,202**

| Expenses | Net Income | Net Assets |
|---|---|---|
| **$101,298** | **-$67,096** | **$182,104** |

+ View More Financial Data

**990**

Filed on Nov. 11, 2021

Primary tax return for a nonprofit's activities, finances, and governance

View Filing | Schedules ▼
PDF | XML

### Compensation

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Josh Norstrom (1st Vice President) | $0 | $0 | $0 |
| Buddy Ward (President) | $0 | $0 | $0 |
| Tina Butler (Secretary) | $0 | $0 | $0 |

+ View more people

Fiscal Year Ending Dec.

## 2019

**Revenue** **$161,156**

| Expenses | Net Income | Net Assets |
|---|---|---|
| $139,664 | $21,492 | $249,200 |

+ View More Financial Data

### 990

Filed on Nov. 10, 2020

Primary tax return for a nonprofit's activities, finances, and governance

View Filing | Schedules ▼ | PDF | XML

### Compensation

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Josh Norstrom (1st Vice President) | $0 | $0 | $0 |
| Buddy Ward (President) | $0 | $0 | $0 |
| Tina Butler (Secretary) | $0 | $0 | $0 |

+ View more people

Fiscal Year Ending Dec.

## 2018

**Revenue** **$154,086**

| Expenses | Net Income | Net Assets |
|---|---|---|
| $105,605 | $48,481 | $227,708 |

+ View More Financial Data

### 990

Filed on Nov. 15, 2019

Primary tax return for a nonprofit's activities, finances, and governance

View Filing | Schedules ▼ | PDF | XML

### Compensation

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Josh Norstrom (1st Vice President) | $0 | $0 | $0 |

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Buddy Ward (President) | $0 | $0 | $0 |
| Tina Butler (Secretary) | $0 | $0 | $0 |

+ View more people

Fiscal Year Ending Dec.

## 2017

**Revenue** **$158,197**

| Expenses | Net Income | Net Assets |
|---|---|---|
| **$101,802** | **$56,395** | **$179,227** |

+ View More Financial Data

**990**

Filed on Oct. 30, 2018

Primary tax return for a nonprofit's activities, finances, and governance

View Filing | Schedules ▼ | PDF | XML

**Compensation**

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Bill Buttrill (Past President) | $0 | $0 | $0 |
| Bruce Wooster (President) | $0 | $0 | $0 |
| Tina Butler (Secretary) | $0 | $0 | $0 |

+ View more people

Fiscal Year Ending Dec.

## 2016

**Revenue** **$149,559**

| Expenses | Net Income | Net Assets |
|---|---|---|
| **$107,084** | **$42,475** | **$142,402** |

+ View More Financial Data

**990**

Filed on Nov. 13, 2017

Primary tax return for a nonprofit's activities, finances, and governance

View Filing | Schedules ▼ | PDF | XML

**Compensation**

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Bill Buttrill (President) | $0 | $0 | $0 |
| Bruce Wooster (1st Vice President) | $0 | $0 | $0 |

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Sue Heath (Secretary) | $0 | $0 | $0 |

+ View more people

Fiscal Year Ending Dec.

**2015**

## Revenue $95,631

| Expenses | Net Income | Net Assets |
|---|---|---|
| $71,483 | $24,148 | $119,006 |

+ View More Financial Data

### 990

View Other Versions

Filed on Oct. 6, 2016

Primary tax return for a nonprofit's activities, finances, and governance

View Filing | Schedules ▼ | PDF | XML

### Compensation

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Valerie Howard (Office) | $30,953 | $0 | $0 |
| Bill Buttrill (President) | $0 | $0 | $0 |
| Bruce Wooster (1st Vice President) | $0 | $0 | $0 |

+ View more people

Fiscal Year Ending Dec.

**2014**

## Revenue $89,267

| Expenses | Net Income | Net Assets |
|---|---|---|
| $89,350 | -$83 | $94,858 |

+ View More Financial Data

### 990

Filed on Nov. 12, 2015

Primary tax return for a nonprofit's activities, finances, and governance

View Filing | Schedules ▼ | PDF | XML

### Compensation

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Valerie Howard (Office) | $27,197 | $0 | $0 |
| Billy Drewer (President) | $0 | $0 | $0 |
| Bill Buttrill (Vice | $0 | $0 | $0 |

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| President) | | | |

+ View more people

Fiscal Year Ending Dec.
## 2013

**Revenue** **$76,389**

| Expenses | Net Income | Net Assets |
|---|---|---|
| $98,014 | -$21,625 | $94,941 |

+ View More Financial Data

**990**
Primary tax return for a nonprofit's activities, finances, and governance
PDF

Fiscal Year Ending Dec.
## 2012

**Revenue** **$84,443**

| Expenses | Net Income | Net Assets |
|---|---|---|
| $104,521 | -$20,078 | $116,566 |

+ View More Financial Data

**990**
Primary tax return for a nonprofit's activities, finances, and governance
PDF

Fiscal Year Ending Dec.
## 2011

**Revenue** **$107,778**

| Expenses | Net Income | Net Assets |
|---|---|---|
| $134,986 | -$27,208 | $151,638 |

+ View More Financial Data

**990**
Primary tax return for a nonprofit's activities, finances, and governance
PDF

Fiscal Year Ending Dec.
## 2010

**Revenue** **$121,769**

| Expenses | Net Income | Net Assets |
|---|---|---|
| $147,078 | -$25,309 | $175,491 |

+ View More Financial Data

**990**
Primary tax return for a nonprofit's activities, finances, and governance
PDF

Fiscal Year Ending
Dec.
**2009**

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.

**990-EZ**
Short form tax return for a nonprofit's activities, finances, and governance
PDF

---

Fiscal Year Ending
Dec.
**2008**

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.

**990-EZ**
Short form tax return for a nonprofit's



---

Fiscal Year Ending
Dec.
**2007**

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.

**990**
Primary tax return for a nonprofit's activities, finances, and governance
PDF

---

Fiscal Year Ending
Dec.
**2006**

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.

**990**
Primary tax return for a nonprofit's activities, finances, and governance
PDF

---

Fiscal Year Ending
Dec.
**2005**

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.

**990**
Primary tax return for a nonprofit's activities, finances, and governance
PDF

---

Fiscal Year Ending
Dec.
**2004**

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.

**990**
Primary tax return for a nonprofit's activities, finances, and governance
PDF

# Nonprofit Explorer

Browse millions of annual returns filed by tax-exempt organizations with ProPublica's Nonprofit Explorer. See details like executive compensation, revenue, expenses and more. Search for an organization or a person, or search the full text of filings.

By Andrea Suozzo, Alec Glassford, Ash Ngu and Brandon Roberts.

Design by Jeff Frankl. Additional development by Ken Schwencke, Mike Tigas, and Sisi Wei.

E-file viewer adapted from IRS e-File Viewer by Ben Getson. Code for scraping audit documents adapapted from Govwiki.

Updated September 23, 2026

## About This Data

What Is This Data?

Which Organizations Are Here?

Types of Nonprofits

Get the Data

API

**See an issue with the data?** Contact Us

INFO

COVERAGE

LOCAL

CONTACT

SUPPORT US

**INFO**
About
Impact
Leadership
Staff
Partners
Awards
Events
Jobs
Fellowships

**COVERAGE**
Abortion
Civil Rights
Courts
Criminal Justice
Debt
See All

**LOCAL**
Midwest
Northwest
South
Southwest
Texas
Local Reporting
Network

**CONTACT**
General Inquiries
Send Us a Tip
Corrections
Freelance Pitches
Media Inquiries

**SUPPORT US**
Donate
More Ways To Give

Investigative Journalism in the Public Interest

PROPUBLICA

Code of Ethics Republishing Privacy Policy Advertising Policy Gift Acceptance