VIRGINIA - SCC

cis.scc.virginia.gov/EntitySearch/BusinessInformation?businessId=11698697&source=FromEntityResult&isSeries%20=%20false

Bookmarks | Odyssey File & Serve | MDEC Portal | Case Search | COMAR | DRUDGE REPORT 2... | Forms Index | Office Of The Regist... | CoCounsel | Court Records | Central Records Divi... | Facebook - https://... | MVA NICUSA | CoCounsel | All Bookmarks

**State Corporation Commission**
**Clerk's Information System**

A- A A+

## Entity Information

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | The Tarbell Group, LLC | Entity ID: | 11698697 |
| Entity Type: | Limited Liability Company | Entity Status: | **Active** |
| Series LLC: | No | Reason for Status: | Active |
| Formation Date: | 05/17/2024 | Status Date: | 05/17/2024 |
| VA Qualification Date: | 05/17/2024 | Period of Duration: | Perpetual |
| Industry Code: | 0 - General | Annual Report Due Date: | N/A |
| Jurisdiction: | VA | Charter Fee: | N/A |
| Registration Fee Due Date: | Not Required | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | Locality: | Henrico |
| RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA | | |
| Name: | Northwest Registered Agent LLC | Registered Office Address: | 8401 Mayland Dr Ste A, Henrico, VA, 23294 - 4648, USA |

### Principal Office Address

Address: 4445 Corporation Ln Ste 264, Virginia Beach, VA, 23462, USA

Filing History | RA History | Name History | Previous Registrations | Protected Series | Garnishment Designees | Image Request

Privacy Policy | Contact Us