**Commonwealth of Virginia**
**State Corporation Commission**
**Office of the Clerk**
**Entity ID: 11698697**
**Filing Number: 2405177230328**
**Filing Date/Time: 05/17/2024 09:25 AM**
**Effective Date/Time: 05/17/2024 09:25 AM**

# Limited Liability Company - Articles of Organization

## Entity Information

Entity Name: The Tarbell Group, LLC

Entity Type: Limited Liability Company

## Business Type

Industry Code: 0 - General

## Duration

Perpetual(forever)

## Registered Agent Information

RA Type: Entity

Locality: VIRGINIA BEACH CITY

RA Qualification: BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA

Name: Northwest Registered Agent LLC

Email Address: virginia@northwestregisteredagent.com

The company's registered office address, including the street and number, if any, which is identical to the business office of the registered agent, is:

Registered Office Address: 4445 Corporation Ln Ste 264, Virginia Beach, VA, 23462 - 3671, USA

Contact Number: N/A

## Principal Office Address

Address: 4445 Corporation Ln Ste 264, Virginia Beach, VA, 23462, USA

## Principal Information

Management Structure: Member-Managed

## Signature Information

Date Signed: 05/17/2024

Executed in the name of the limited liability company by:

| Printed Name | Signature | Title |
| --- | --- | --- |
| Nat Smith | Nat Smith | Organizer |

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, MAY 17, 2024

The State Corporation Commission has found the accompanying articles of organization submitted on behalf of

## The Tarbell Group, LLC

to comply with the requirements of law, and confirms payment of all required fees. Therefore, it is ORDERED that this

## CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the Commission, effective May 17, 2024.

The limited liability company is granted the authority conferred on it by law in accordance with the articles of organization, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Samuel T. Towell
Commissioner