**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| United States of America ex rel.<br>The Tarbell Group, LLC,<br><br>Plaintiff/Relator,<br><br>v.<br><br>Maryland Watermen's Association Inc.,<br>et al.,<br><br>Defendants. | Case No. 1:25-cv-00915-MJM |

**DEFENDANT MARYLAND WATERMEN'S ASSOCIATION INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6) and Local Rule 105, Defendant Maryland Watermen's Association Inc. (the "Association") moves to dismiss with prejudice, and without leave to amend, all claims asserted against it in Relator's First Amended Complaint (ECF No. 8), namely the First and Fourth Causes of Action. The grounds for this Motion are set forth in the accompanying Memorandum in Support. Also filed herewith are a Request for Judicial Notice with attached Exhibits A through N and a Proposed Order.

Dated: September 25, 2026.

Respectfully submitted,

*/s/ Kaitlyn A. Loughner*
Kaitlyn A. Loughner, Esq. (Bar No. 19284)
kaitlyn.loughner@askfrost.com
Zachary J.T. Lyda, Esq. (Bar No. 31399)
zachary.lyda@askfrost.com
Rebecca Sheppard, Esq. (Bar No. 20143)
rebecca.sheppard@askfrost.com
839 Bestgate Rd., Ste. 400
Annapolis, Maryland 21401

Tel: (410) 497-5947
Fax: (888) 235-8405
Counsel for Defendant Maryland Watermen's
Association Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25 day of September, 2026, a copy of Defendant Maryland Watermen's Association Inc.'s Motion to Dismiss First Amended Complaint was filed with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to all counsel of record, and copies were served on:

Bruce Ellis Fein, Esquire
Bruce Ellis Fein PLLC
P.O. Box 506
Great Falls, Virginia 22066
bruce@newdream.net
Attorney for Plaintiff/Relator

*/s/ Kaitlyn A. Loughner*
Kaitlyn A. Loughner, Esq. (Bar No. 19284)