**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| United States of America ex rel.<br>The Tarbell Group, LLC,<br><br>Plaintiff/Relator,<br><br>v.<br><br>Maryland Watermen's Association Inc.,<br>et al.,<br><br>Defendants. | Case No. 1:25-cv-00915-MJM |

**[PROPOSED] ORDER**

On this ________ day of __________, 2026, having considered Defendant Maryland Watermen's Association Inc.'s (the "Association") Motion to Dismiss the First Amended Complaint, and any responses thereto, it is HEREBY ORDERED that:

1. The Association's Motion to Dismiss the First Amended Complaint (ECF No. ____) is GRANTED; and

2. All claims asserted against the Association in Plaintiff/Relator's First Amended Complaint (ECF No. 8), including the First and Fourth Causes of Action, are DISMISSED WITH PREJUDICE and without leave to amend; and

3. The Association is TERMINATED as a Defendant in this matter.

___________________________________
Hon. Matthew J. Maddox
United States District Judge