# Exhibit B

## U.S. Small Business Administration — Paycheck Protection Program (PPP) FOIA Dataset

File: public_up_to_150k_6_240930.csv — Row 580852 (header row = row 1)
Dataset page: https://data.sba.gov/dataset/ppp-foia
Direct file link: https://data.sba.gov/sites/default/files/distribution/SBA-OCA-2022-07-001/public_up_to_150k_6_240930.csv
Record extracted September 22, 2026. Values reproduced verbatim and unmodified; presented in field/value format for legibility.

| Field | Value |
|---|---|
| LoanNumber | 9508187810 |
| DateApproved | 06/08/2020 |
| SBAOfficeCode | 0373 |
| ProcessingMethod | PPP |
| BorrowerName | MARYLAND WATERMANS ASSOCIATION, INC. |
| BorrowerAddress | 1805A Virginia St |
| BorrowerCity | Annapolis |
| BorrowerState | MD |
| BorrowerZip | 21401-4159 |
| LoanStatusDate | 03/31/2022 |
| LoanStatus | Paid in Full |
| Term | 60 |
| SBAGuarantyPercentage | 100 |
| InitialApprovalAmount | 16417 |
| CurrentApprovalAmount | 16417 |
| UndisbursedAmount | 0 |
| FranchiseName | |
| ServicingLenderLocationID | 98050 |
| ServicingLenderName | Cedar Point FCU |
| ServicingLenderAddress | 22745 Maple Rd |
| ServicingLenderCity | LEXINGTON PARK |
| ServicingLenderState | MD |
| ServicingLenderZip | 20653-6305 |
| RuralUrbanIndicator | U |
| HubzoneIndicator | N |
| LMIIndicator | N |
| BusinessAgeDescription | Existing or more than 2 years old |
| ProjectCity | Annapolis |
| ProjectCountyName | ANNE ARUNDEL |
| ProjectState | MD |
| ProjectZip | 21401-4159 |
| CD | MD-03 |
| JobsReported | 1 |
| NAICSCode | 114119 |
| Race | Unanswered |
| Ethnicity | Not Hispanic or Latino |
| UTILITIES_PROCEED | |
| PAYROLL_PROCEED | 16417 |
| MORTGAGE_INTEREST_PROCEED | |
| RENT_PROCEED | |
| REFINANCE_EIDL_PROCEED | |
| HEALTH_CARE_PROCEED | |
| DEBT_INTEREST_PROCEED | |
| BusinessType | Non-Profit Organization |
| OriginatingLenderLocationID | 98050 |
| OriginatingLender | Cedar Point FCU |
| OriginatingLenderCity | LEXINGTON PARK |
| OriginatingLenderState | MD |
| Gender | Female Owned |
| Veteran | Non-Veteran |

| Field | Value |
|---|---|
| NonProfit | Y |
| ForgivenessAmount | 16520 |
| ForgivenessDate | 01/28/2021 |