# Exhibit C

Case 1:25-cv-00915-MJM Document 70-6 Filed 09/25/26 Page 2 of 6
The Wayback Machine - https://web.archive.org/web/20250101213025/https://data.sba.gov/dataset/ppp-foia

**Log in (/web/20250101213025/https://data.sba.gov/user/login)**

(/web/20250101213025/https://data.sba.gov/)
/ Organizations (/web/20250101213025/https://data.sba.gov/organization/)
/ Office of Capital Access (/web/20250101213025/https://data.sba.gov/organization/office-of-capital-access)
/ **PPP FOIA (/web/20250101213025/https://data.sba.gov/dataset/ppp-foia)**

## PPP FOIA

Followers

**0**

**Organization**

U.S. Small Business Administration

(/web/20250101213025/https://data.sba.gov/organization/office-of-capital-access)

**Office of Capital Access**

*There is no description for this organization*

**Social**

Twitter (https://web.archive.org/web/20250101213025/https://twitter.com/share?url=https://data.sba.gov/dataset/ppp-foia)

Facebook (https://web.archive.org/web/20250101213025/https://www.facebook.com/sharer.php?u=https://data.sba.gov/dataset/ppp-foia)

**License**

Other (Public Domain) OPEN DATA (https://web.archive.org/web/20250101213025/http://opendefinition.org/okd/)

Dataset (/web/20250101213025/https://data.sba.gov/dataset/ppp-foia)

Groups (/web/20250101213025/https://data.sba.gov/dataset/groups/ppp-foia)

Activity Stream (/web/20250101213025/https://data.sba.gov/dataset/activity/ppp-foia)

# PPP FOIA

## Data and Resources

**PPP Data Dictionary.xlsx (/web/20250101213025/https://data.sba.gov/dataset/ppp-foia/resource/aab8e9f9-36d1-42e1-b3ba-e59c79f1d7f0)**

**public_150k_plus_240930.csv (/web/20250101213025/https://data.sba.gov/dataset/ppp-foia/resource/c1275a03-c25c-488a-bd95-403c4b2fa036)**

**public_up_to_150k_1_240930.csv (/web/20250101213025/https://data.sba.gov/dataset/ppp-foia/resource/cff06664-1f75-4969-ab3d-6fa7d6b4c41e)**

**public_up_to_150k_2_240930.csv (/web/20250101213025/https://data.sba.gov/dataset/ppp-foia/resource/1e6b6629-a5aa-46e6-a442-6e67366d2362)**

**public_up_to_150k_3_240930.csv (/web/20250101213025/https://data.sba.gov/dataset/ppp-foia/resource/644c304a-f5ad-4cfa-b128-fe2cbcb7b26e)**

**public_up_to_150k_4_240930.csv (/web/20250101213025/https://data.sba.gov/dataset/ppp-foia/resource/98af633d-eb1b-4d4b-995d-330962e6c38d)**

**public_up_to_150k_5_240930.csv (/web/20250101213025/https://data.sba.gov/dataset/ppp-foia/resource/3b407e04-f269-47a0-a5fe-661d1a08a76c)**

**public_up_to_150k_6_240930.csv (/web/20250101213025/https://data.sba.gov/dataset/ppp-foia/resource/7b7b5b58-9645-4b88-a675-a8a825e77076)**

**public_up_to_150k_7_240930.csv (/web/20250101213025/https://data.sba.gov/dataset/ppp-foia/resource/dabdddb5-1807-44f6-97c6-d624a5372525)**

**public_up_to_150k_8_240930.csv (/web/20250101213025/https://data.sba.gov/dataset/ppp-foia/resource/1fc6ddc4-ccb0-49d4-b632-0749e3292e57)**

**public_up_to_150k_9_240930.csv (/web/20250101213025/https://data.sba.gov/dataset/ppp-foia/resource/e9f2c718-b95e-47da-8f3e-17154aab1c86)**

**public_up_to_150k_10_240930.csv (/web/20250101213025/https://data.sba.gov/dataset/ppp-foia/resource/d9972f0d-c377-46ac-8637-a5c1265377c8)**

**public_up_to_150k_11_240930.csv (/web/20250101213025/https://data.sba.gov/dataset/ppp-foia/resource/8db19ddc-f036-40df-89f9-d0d309aa58b5)**

**public_up_to_150k_12_240930.csv (/web/20250101213025/https://data.sba.gov/dataset/ppp-foia/resource/7e4f672f-d163-4735-a5ec-f23afa2835db)**

## Additional Info

| Field | Value |
|---|---|
| **Last Updated** | October 21, 2024, 11:34 AM (UTC+00:00) |
| **Created** | March 2, 2021, 7:30 PM (UTC+00:00) |

OPEN DATA (https://web.archive.org/web/20250101213025/http://www.opendefinition.org/okd/)

**Powered by**

**Language:** English