# Exhibit D

PROPUBLICA TRACKING PPP Donate

# Tracking PPP

## Search Every Company Approved for Federal Loans

As part of the Paycheck Protection Program, the federal government has provided hundreds of billions in financial support to banks to make low-interest loans to companies and nonprofit organizations in response to the economic devastation caused by the coronavirus pandemic. Search more than 11 million loans approved by lenders and disclosed by the Small Business Administration. | Frequently Asked Questions →

by Moiz Syed and Derek Willis, July 7, 2020. Updated Oct. 27, 2024

**Search for PPP loan applications by organization, lender, zip code and business type.**

Search

For example: trucking, hospice, television, Kasowitz Benson Torres, 90210, Sole Proprietorship

**11.5M**
Loans Approved

**968,524**
Organizations approved for loans between $150,000 and $10 million

**$793B**
Amount Approved

**$763B**
Amount Forgiven
*Includes any accrued interest*

## Number of loans by state

| State | Total | $150k or less | $150k - $350k | $350k - $1m | $1m - 2m | $2m - 5m | $5m - 10m |
|---|---|---|---|---|---|---|---|
| Alabama | 169,554 | 158,642 | 6,558 | 3,199 | 794 | 308 | 42 |
| Alaska | 23,693 | 21,031 | 1,620 | 774 | 186 | 67 | 15 |
| American Samoa | 314 | 294 | 15 | 5 | 0 | 0 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Arizona | 169,242 | 153,451 | 9,408 | 4,728 | 1,128 | 468 | 45 |
| Arkansas | 102,039 | 96,182 | 3,608 | 1,709 | 392 | 130 | 17 |
| California | 1,270,587 | 1,139,976 | 75,581 | 40,201 | 10,110 | 4,064 | 566 |
| Colorado | 192,267 | 172,524 | 11,932 | 5,780 | 1,376 | 556 | 86 |
| Connecticut | 117,888 | 104,998 | 7,578 | 3,898 | 981 | 385 | 43 |
| Delaware | 27,734 | 24,739 | 1,802 | 894 | 196 | 88 | 14 |
| District of Columbia | 29,520 | 25,122 | 2,360 | 1,435 | 417 | 170 | 14 |
| Florida | 983,317 | 923,287 | 37,656 | 17,106 | 3,706 | 1,358 | 179 |
| Georgia | 553,311 | 527,477 | 15,828 | 7,314 | 1,851 | 715 | 112 |
| Guam | 3,584 | 3,141 | 269 | 139 | 28 | 7 | 0 |
| Hawaii | 44,564 | 39,584 | 2,954 | 1,466 | 386 | 154 | 18 |
| Idaho | 52,388 | 47,971 | 2,763 | 1,247 | 266 | 126 | 13 |
| Illinois | 620,021 | 579,207 | 22,877 | 12,647 | 3,579 | 1,442 | 229 |
| Indiana | 186,166 | 169,567 | 9,385 | 5,171 | 1,360 | 587 | 84 |
| Iowa | 171,716 | 163,421 | 4,763 | 2,498 | 664 | 319 | 48 |
| Kansas | 126,400 | 118,197 | 4,621 | 2,509 | 676 | 358 | 34 |
| Kentucky | 128,431 | 119,253 | 5,323 | 2,803 | 688 | 305 | 54 |
| Louisiana | 217,315 | 203,646 | 7,891 | 4,168 | 1,098 | 429 | 74 |
| Maine | 47,407 | 43,222 | 2,609 | 1,175 | 272 | 105 | 23 |
| Maryland | 190,721 | 171,743 | 10,895 | 5,885 | 1,514 | 602 | 77 |
| Massachusetts | 217,221 | 189,747 | 15,782 | 8,486 | 2,176 | 872 | 137 |
| Michigan | 291,528 | 261,726 | 17,217 | 8,988 | 2,405 | 1,006 | 165 |
| Minnesota | 225,357 | 205,629 | 11,081 | 6,127 | 1,641 | 736 | 119 |
| Mississippi | 138,394 | 132,890 | 3,412 | 1,545 | 389 | 140 | 17 |
| Missouri | 233,136 | 216,787 | 9,488 | 5,026 | 1,198 | 536 | 93 |
| Montana | 47,066 | 43,922 | 2,032 | 839 | 192 | 71 | 9 |
| Nebraska | 114,183 | 108,379 | 3,420 | 1,757 | 416 | 173 | 33 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nevada | 118,222 | 109,962 | 4,972 | 2,417 | 626 | 219 | 24 |
| New Hampshire | 40,933 | 35,855 | 3,035 | 1,556 | 342 | 130 | 14 |
| New Jersey | 302,429 | 269,893 | 18,660 | 10,147 | 2,521 | 1,040 | 150 |
| New Mexico | 41,167 | 36,682 | 2,748 | 1,279 | 301 | 139 | 17 |
| New York | 734,797 | 660,690 | 42,060 | 22,766 | 6,130 | 2,627 | 415 |
| North Carolina | 258,992 | 236,165 | 14,259 | 6,418 | 1,459 | 599 | 81 |
| North Dakota | 51,521 | 48,299 | 1,901 | 915 | 268 | 122 | 15 |
| Northern Mariana Islands | 919 | 837 | 51 | 22 | 8 | 1 | 0 |
| Ohio | 351,984 | 319,339 | 18,489 | 10,011 | 2,757 | 1,169 | 183 |
| Oklahoma | 154,905 | 144,906 | 5,828 | 3,129 | 696 | 301 | 38 |
| Oregon | 115,871 | 102,415 | 8,121 | 3,987 | 889 | 404 | 48 |
| Pennsylvania | 342,420 | 303,884 | 21,937 | 11,875 | 3,147 | 1,357 | 191 |
| Puerto Rico | 70,201 | 67,249 | 1,798 | 872 | 193 | 78 | 6 |
| Rhode Island | 33,805 | 30,013 | 2,211 | 1,164 | 304 | 97 | 16 |
| South Carolina | 150,219 | 139,475 | 6,704 | 3,058 | 717 | 230 | 32 |
| South Dakota | 64,079 | 61,384 | 1,584 | 812 | 200 | 91 | 8 |
| Tennessee | 229,734 | 213,866 | 9,448 | 4,764 | 1,141 | 427 | 74 |
| Texas | 938,551 | 862,358 | 44,855 | 22,919 | 5,656 | 2,380 | 312 |
| Utah | 84,023 | 74,730 | 5,503 | 2,788 | 700 | 261 | 36 |
| Vermont | 21,697 | 19,430 | 1,345 | 683 | 155 | 76 | 8 |
| Virginia | 221,088 | 197,821 | 13,791 | 6,902 | 1,740 | 718 | 99 |
| Virgin Islands | 3,403 | 3,113 | 208 | 67 | 12 | 2 | 1 |
| Washington | 195,226 | 171,473 | 13,988 | 7,059 | 1,772 | 807 | 111 |
| West Virginia | 33,317 | 29,952 | 2,002 | 1,007 | 235 | 112 | 9 |
| Wisconsin | 187,821 | 170,468 | 9,902 | 5,325 | 1,408 | 611 | 94 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Wyoming | 25,651 | 23,514 | 1,321 | 639 | 131 | 36 | 9 |

**About this data**

This data comes from the Small Business Administration, and includes lender-approved loans under the Paycheck Protection Program as of June 1, 2021. Other loan programs, such as Economic Injury Disaster Loans, are not included in this database. The data includes the congressional district of each organization, but for Pennsylvania and North Carolina the districts do not reflect 2018 redistricting.

Journalists: Thank you for using this database. Please cite ProPublica by linking to this page. Questions? Contact us.

ProPublica
ProPublica Illinois
The Data Store
Topics
Series
News Apps
Get Involved
Impact
Corrections

About Us
Board and Advisors
Officers and Staff
Diversity
Jobs and Fellowships
Reports
Media Center
Advertising Policy
Code of Ethics
Privacy Policy

Subscribe by Email
Subscribe by RSS
Twitter
Facebook
iOS and Android
Podcast

Leak to Us

Steal Our Stories

Contact Us

Donate

PROPUBLICA

© Copyright 2017 Pro Publica Inc.