# Exhibit F

IRS

# Exempt Organizations Business Master File Extract (EO BMF)

The Exempt Organizations Business Master File Extract provides information about an organization from the Internal Revenue Service's Business Master File. This is a cumulative file, and the data are the most recent information the IRS has for these organizations.

The files are available in comma separated value (CSV) format. The Exempt Organization Business Master File Extract information sheet PDF explains the codes used in the data files.

They are divided by state and region:

- States and regions are determined from the filing address and represent the location of an organization's headquarters, which may or may not represent the state(s) in which an organization has operations.
- Records are sorted by Employer Identification Number (EIN).
- There is one file for each state, the District of Columbia, and Puerto Rico.
- One file for international (non-domestic) organizations.

If you have any questions about the tax-exempt organizations or the content of the files, please contact TE/GE Customer Account Services toll-free line at 877-829-5500.

## Exempt organizations by state and region

Updated data posting date: **9/8/2026**

Record count: **1,964,958**

## CSV files by state

| States A-K | States L-N | States O-W |
|---|---|---|
| Alabama | Louisiana | Ohio |
| Alaska | Maine | Oklahoma |
| Arizona | Maryland | Oregon |
| Arkansas | Massachusetts | Pennsylvania |
| California | Michigan | Rhode Island |
| Colorado | Minnesota | South Carolina |
| Connecticut | Mississippi | South Dakota |
| Delaware | Missouri | Tennessee |
| District of Columbia | Montana | Texas |
| Florida | Nebraska | Utah |
| Georgia | Nevada | Vermont |
| Hawaii | New Hampshire | Virginia |
| Idaho | New Jersey | Washington |
| Illinois | New Mexico | West Virginia |
| Indiana | New York | Wisconsin |
| Iowa | North Carolina | Wyoming |
| Kansas | North Dakota | |
| Kentucky | | |

## CSV files by region

Region 1: Northeast area (CSV): Includes Connecticut, Maine, Massachusetts, New Hampshire, New Jersey, New York, Rhode Island, Vermont.

Region 2: Mid-Atlantic and Great Lakes areas (CSV): Includes Delaware, District of Columbia, Illinois, Indiana, Iowa, Kentucky, Maryland, Michigan, Minnesota, Nebraska, North Carolina, North Dakota, Ohio, Pennsylvania, South Carolina, South Dakota, Virginia, West Virginia, Wisconsin.

Region 3: Gulf Coast and Pacific Coast areas (CSV): Includes Alabama, Alaska, Arkansas, Arizona, California, Colorado, Florida, Georgia, Hawaii, Idaho, Kansas, Louisiana, Mississippi, Missouri, Montana, Nevada, New Mexico, Oklahoma, Oregon, Texas, Tennessee, Utah, Washington, Wyoming

Region 4: All other areas (CSV): Includes International and all others.

- International (CSV) (excluding PR)
- Puerto Rico (CSV)

## Statistics

- Statistics of Income annual extracts of tax-exempt organization financial data: Get expanded financial data on Form 990, 990-EZ and 990-PF filings by active organizations in a given calendar year.
- SOI Tax Stats IRS Data Book: View IRS statistical and organizational information on a fiscal year basis
- Charitable & exempt organizations statistics: Find information on other Statistics of Income studies relating to the tax-exempt sector.
- Split Interest Trust Data collected from Forms 5227, Split-Interest Trust Information Returns for:
  - 2017 (CSV)
  - 2016 (CSV)

**Disclaimer of endorsement:** Reference above to any specific commercial products, process, or service by trade name, or otherwise, does not constitute or imply its endorsement, recommendation, or favoring by the Internal Revenue Service.

## Related

- Tax Exempt Organization Search bulk data downloads
- Tax Exempt Organization Search Tool

*Page Last Reviewed or Updated: 09-Sep-2026*