# Exhibit G

# Internal Revenue Service — Exempt Organizations Business Master File Extract (EO BMF), Maryland

File: eo_md.csv — Row 17407 (header row = row 1)
EO BMF page: https://www.irs.gov/charities-non-profits/exempt-organizations-business-master-file-extract-eo-bmf
Direct file link: https://www.irs.gov/pub/irs-soi/eo_md.csv
Record extracted September 22, 2026. Values reproduced verbatim and unmodified, except the Employer Identification Number, which is redacted to its last four digits pursuant to Fed. R. Civ. P. 5.2(a). Presented in field/value format for legibility.

| Field | Value |
|---|---|
| EIN | XX-XXX1860 [redacted pursuant to Fed. R. Civ. P. 5.2(a)] |
| NAME | MARYLAND WATERMEN ASSOCIATION INC |
| ICO | % ROBERT BROWN |
| STREET | 1805A VIRGINIA STREET |
| CITY | ANNAPOLIS |
| STATE | MD |
| ZIP | 21401-4159 |
| GROUP | 0000 |
| SUBSECTION | 05 |
| AFFILIATION | 3 |
| CLASSIFICATION | 1000 |
| RULING | 197310 |
| DEDUCTIBILITY | 2 |
| FOUNDATION | 00 |
| ACTIVITY | 232000000 |
| ORGANIZATION | 1 |
| STATUS | 01 |
| TAX_PERIOD | 202606 |
| ASSET_CD | 4 |
| INCOME_CD | 4 |
| FILING_REQ_CD | 01 |
| PF_FILING_REQ_CD | 0 |
| ACCT_PD | 06 |
| ASSET_AMT | 405426 |
| INCOME_AMT | 313169 |
| REVENUE_AMT | 313169 |
| NTEE_CD | |
| SORT_NAME | |