# Exhibit I

# Tax Exempt Organization Search

Select Database ?

Search All

Search By ?

Employer Identification Number (EIN)

Search Term ? XX-XXXXXXX or XXXXXXXXX

Enter EIN Number

City

Enter City

State

All States

Country

United States

RESET SEARCH Search Tips