# Exhibit M

Donate to ProPublica

# Nonprofit Explorer

By Andrea Suozzo, Alec Glassford, Ash Ngu and Brandon Roberts. Updated August 20, 2026

Browse millions of annual returns filed by tax-exempt organizations with ProPublica's Nonprofit Explorer. See details like executive compensation, revenue, expenses and more. Search for an organization or a person, or search the full text of filings.

Search for a nonprofit, keyword, city or EIN

| Nonprofits | Search for a nonprofit, keyword, city or EIN |
|---|---|

Examples: ProPublica, university, Minneapolis or 14-2007220 Advanced

Looking for filings for political nonprofits? **Try the 527 Explorer.**

| 2M | 18.1M | $4.6T |
|---|---|---|
| Active Nonprofits | Tax Filings | Total Revenue |

## Trending Nonprofits

Most-viewed nonprofits, measured by unique visitors to an organization's pages in the past seven days.

1 **John F Kennedy Center For The Performing Arts**
Washington, DC

2 **Turning Point Usa Inc**
Indianapolis, IN

3 **Dr Gertrude A Barber Center Inc**
Erie, PA

4 **Gates Foundation**
Seattle, WA

5 **San Francisco Opera Association**
San Francisco, CA

6 **Shriners Hospitals For Children**
Tampa, FL

7 **Dryad**
Davis, CA

8 **Howdy Doody Good Times Foundation Inc**
Carmel, IN

## Nonprofits by State

Total nonprofit revenue is based on the most recently reported earnings for organizations headquartered in the state. Highest salary is based on figures those organizations disclosed in their tax filings.

| State | # of Nonprofits | Highest Salary | Total Revenue |
|---|---|---|---|
| California | 219,139 | $18.8M | $560.9B |
| New York | 134,872 | $23.3M | $469.3B |
| Pennsylvania | 87,117 | $14.2M | $264.7B |
| Massachusetts | 48,109 | $24.1M | $233.5B |
| Texas | 162,892 | $14.6M | $217.8B |
| Ohio | 81,597 | $10.8M | $189.1B |
| Illinois | 80,205 | $28.9M | $189B |
| Florida | 122,494 | $18.3M | $179.6B |
| Washington | 45,318 | $11.2M | $133.3B |
| Minnesota | 42,556 | $11.7M | $127.5B |

+ View more states and territories

Manage Email Alerts

Receive an email when new data is available for specific organizations.

# Nonprofit Explorer

Browse millions of annual returns filed by tax-exempt organizations with ProPublica's Nonprofit Explorer. See details like executive compensation, revenue, expenses and more. Search for an organization or a person, or search the full text of filings.

By Andrea Suozzo, Alec Glassford, Ash Ngu and Brandon Roberts.

Design by Jeff Frankl. Additional development by Ken Schwencke, Mike Tigas, and Sisi Wei.

E-file viewer adapted from IRS e-File Viewer by Ben Getson. Code for scraping audit documents adapapted from Govwiki.

Updated August 20, 2026

## About This Data

What Is This Data?

Which Organizations Are Here?

Types of Nonprofits

Get the Data

API

See an issue with the data? Contact Us

INFO

COVERAGE

LOCAL

CONTACT

SUPPORT US

**INFO**

About
Impact
Leadership
Staff
Partners
Awards
Events
Jobs
Fellowships

**COVERAGE**

Abortion
Civil Rights
Courts
Criminal Justice
Debt
See All

**LOCAL**

Midwest
Northwest
South
Southwest
Texas
Local Reporting Network

**CONTACT**

General Inquiries
Send Us a Tip
Corrections
Freelance Pitches
Media Inquiries

**SUPPORT US**

Donate
More Ways To Give

Investigative Journalism in the Public Interest

PROPUBLICA

Code of Ethics Republishing Privacy Policy Advertising Policy Gift Acceptance