# Exhibit N

Case 1:25-cv-00915-MJM Document 70-17 Filed 09/25/26 Page 2 of 10

Donate to ProPublica

Nonprofit Explorer ■ Maryland

Nonprofits | Search for a nonprofit

# Maryland Watermen Association Inc

Annapolis, MD • Tax exemption issued: Oct. 1973 • EIN: [redacted]1860

Subscribe

Receive an email when new data is available for this organization.

## Type of Nonprofit

**Designated as a 501(c)(5)**

**Donations to this organization are not tax deductible.**

Revenue
**$313k** (2026)




Expenses
**$225k** (2026)




Total Assets
**$405k** (2026)




Total Liabilities
**$2.09k** (2026)




Source: Form 990 tax filings from 2011 to 2026

## Tax Filings by Year

Form 990 is an information return that most organizations claiming federal tax-exempt status must file yearly with the IRS. Show more

**See an issue with the data?**

Contact Us

Fiscal Year Ending June

## 2026

**Revenue** **$313,169**

| Expenses | Net Income | Net Assets |
|---|---|---|
| $225,110 | $88,059 | $403,341 |

+ View More Financial Data

### Compensation

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Robert Brown (President) | $0 | $0 | $0 |
| William Kilinski (Treasurer) | $0 | $0 | $0 |
| William Scerbo (Second Vice President) | $0 | $0 | $0 |

+ View more people

**990**

Filed on July 21, 2026

Primary tax return for a nonprofit's activities, finances, and governance

View Filing | Schedules ▼ | XML

---

Fiscal Year Ending June

## 2025

**Revenue** **$268,419**

| Expenses | Net Income | Net Assets |
|---|---|---|
| $250,367 | $18,052 | $315,282 |

+ View More Financial Data

### Compensation

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| William Kilinski (Treasurer) | $0 | $0 | $0 |
| William Scerbo (Second Vice President) | $0 | $0 | $0 |
| Russell Dize (First Vice President) | $0 | $0 | $0 |

+ View more people

**990**

Filed on Aug. 14, 2025

Primary tax return for a nonprofit's activities, finances, and governance

View Filing | Schedules ▼ | PDF | XML

---

Fiscal Year Ending June

## 2024

**Revenue** **$246,203**

Expenses | Net Income | Net Assets

**990**

Filed on May 8, 2025

Primary tax return for a nonprofit's activities, finances, and governance

| | | |
|---|---|---|
| $209,164 | $37,039 | $297,230 |

+ View More Financial Data

View Filing | Schedules ▼

PDF | XML

**Compensation**

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Robert Brown (President) | $30,000 | $0 | $0 |
| Russell Dize (First Vice President) | $0 | $0 | $0 |
| William Scerbo (Second Vice President) | $0 | $0 | $0 |

+ View more people

Fiscal Year Ending June

## 2023

**Revenue** **$220,096**

| Expenses | Net Income | Net Assets |
|---|---|---|
| $210,809 | $9,287 | $250,546 |

+ View More Financial Data

**990**

Filed on April 26, 2024

Primary tax return for a nonprofit's activities, finances, and governance

View Filing | Schedules ▼

PDF | XML

**Compensation**

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Robert T Brown Sr (President) | $30,000 | $0 | $0 |
| William Kilinski (Treasurer) | $0 | $0 | $0 |
| William Scerbo (Second Vice President) | $0 | $0 | $0 |

+ View more people

Fiscal Year Ending June

## 2022

**Revenue** **$94,952**

| Expenses | Net Income | Net Assets |
|---|---|---|
| $105,393 | -$10,441 | $0 |

+ View More Financial Data

**990**

Filed on Nov. 21, 2022

Primary tax return for a nonprofit's activities, finances, and governance

View Filing | Schedules ▼

PDF | XML

**Compensation**

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Robert T Brown Sr (President) | $32,500 | $0 | $0 |
| Russell Dize (First Vp) | $0 | $0 | $0 |
| Tim Mortus (Second Vp) | $0 | $0 | $0 |

+ View more people

Fiscal Year Ending June

## 2021

**Revenue** **$98,984**

| Expenses | Net Income | Net Assets |
|---|---|---|
| **$84,139** | **$14,845** | **$267,186** |

+ View More Financial Data

**990**

Filed on Feb. 14, 2022

Primary tax return for a nonprofit's activities, finances, and governance

View Filing Schedules ▼ XML

**Compensation**

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Robert T Brown Sr (President) | $20,000 | $0 | $0 |
| Russell Dize (First Vp) | $0 | $0 | $0 |
| Tim Mortus (Second Vp) | $0 | $0 | $0 |

+ View more people

Fiscal Year Ending June

## 2020

**Revenue** **$129,919**

| Expenses | Net Income | Net Assets |
|---|---|---|
| **$123,113** | **$6,806** | **$193,553** |

+ View More Financial Data

**990**

Primary tax return for a nonprofit's activities, finances, and governance

PDF

Fiscal Year Ending June
## 2019

**Revenue** **$225,796**

| Expenses | Net Income | Net Assets |
|---|---|---|
| $212,926 | $12,870 | $272,137 |

+ View More Financial Data

**990** View Other Versions
Primary tax return for a nonprofit's activities, finances, and governance
PDF

Fiscal Year Ending June
## 2018

**Revenue** **$145,718**

| Expenses | Net Income | Net Assets |
|---|---|---|
| $122,047 | $23,671 | $300,248 |

+ View More Financial Data

**990**
Primary tax return for a nonprofit's activities, finances, and governance
PDF

Fiscal Year Ending June
## 2017

**Revenue** **$175,640**

| Expenses | Net Income | Net Assets |
|---|---|---|
| $132,955 | $42,685 | $276,577 |

+ View More Financial Data

**990**
Primary tax return for a nonprofit's activities, finances, and governance
PDF

Fiscal Year Ending June
## 2016

**Revenue** **$227,940**

| Expenses | Net Income | Net Assets |
|---|---|---|
| $210,848 | $17,092 | $251,426 |

+ View More Financial Data

**990** View Other Versions
Primary tax return for a nonprofit's activities, finances, and governance
PDF

Fiscal Year Ending June
**2015**

| **Revenue** | **$239,203** | |
|---|---|---|
| Expenses | Net Income | Net Assets |
| **$251,332** | **-$12,129** | **$235,942** |

+ View More Financial Data

**990**
Primary tax return for a nonprofit's activities, finances, and governance
PDF

Fiscal Year Ending June
**2014**

| **Revenue** | **$236,530** | |
|---|---|---|
| Expenses | Net Income | Net Assets |
| **$258,425** | **-$21,895** | **$252,694** |

+ View More Financial Data

**990**
Primary tax return for a nonprofit's activities, finances, and governance
PDF

Fiscal Year Ending June
**2013**

| **Revenue** | **$307,270** | |
|---|---|---|
| Expenses | Net Income | Net Assets |
| **$385,137** | **-$77,867** | **$275,994** |

+ View More Financial Data

**990**
Primary tax return for a nonprofit's activities, finances, and governance
PDF

Fiscal Year Ending June
**2012**

| **Revenue** | **$377,852** | |
|---|---|---|
| Expenses | Net Income | Net Assets |
| **$441,793** | **-$63,941** | **$353,861** |

+ View More Financial Data

**990**
Primary tax return for a nonprofit's activities, finances, and governance
PDF

Fiscal Year Ending June
**2011**

| **Revenue** | **$858,221** | |
|---|---|---|
| Expenses | Net Income | Net Assets |
| **$399,648** | **$458,573** | **$438,747** |

+ View More Financial Data

**990** View Other Versions
Primary tax return for a nonprofit's activities, finances, and governance
PDF

Fiscal Year Ending June
**2010**

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.

**990** View Other Versions
Primary tax return for a nonprofit's activities, finances, and governance
PDF

Fiscal Year Ending June
**2009**

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.

**990**
Primary tax return for a nonprofit's activities, finances, and governance
PDF

Fiscal Year Ending June
**2008**

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.

**990**
Primary tax return for a nonprofit's activities, finances, and governance
PDF

Fiscal Year Ending June
**2007**

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.

**990** View Other Versions
Primary tax return for a nonprofit's activities, finances, and governance
PDF

Fiscal Year Ending June
**2006**

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.

**990**
Primary tax return for a nonprofit's activities, finances, and governance
PDF

Fiscal Year Ending June

**2005**

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.

**990**

Primary tax return for a nonprofit's activities, finances, and governance

PDF

# Nonprofit Explorer

Browse millions of annual returns filed by tax-exempt organizations with ProPublica's Nonprofit Explorer. See details like executive compensation, revenue, expenses and more. Search for an organization or a person, or search the full text of filings.

By Andrea Suozzo, Alec Glassford, Ash Ngu and Brandon Roberts.

Design by Jeff Frankl. Additional development by Ken Schwencke, Mike Tigas, and Sisi Wei.

E-file viewer adapted from IRS e-File Viewer by Ben Getson. Code for scraping audit documents adapapted from Govwiki.

Updated August 20, 2026

## About This Data

What Is This Data?

Which Organizations Are Here?

Types of Nonprofits

Get the Data

API

**See an issue with the data?** Contact Us

INFO

COVERAGE

LOCAL

CONTACT

SUPPORT US

| INFO | COVERAGE | LOCAL | CONTACT | SUPPORT US |
|---|---|---|---|---|
| About | Abortion | Midwest | General Inquiries | Donate |
| Impact | Civil Rights | Northwest | Send Us a Tip | More Ways To Give |
| Leadership | Courts | South | Corrections | |
| Staff | Criminal Justice | Southwest | Freelance Pitches | |
| Partners | Debt | Texas | Media Inquiries | |

Awards

Events

Jobs

Fellowships

See All

Local Reporting

Network

Investigative Journalism in the Public Interest

PROPUBLICA

Code of Ethics Republishing Privacy Policy Advertising Policy Gift Acceptance