**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)**

| | | |
|---|---|---|
| THE TARBELL GROUP, LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>AMERICAN ACADEMY OF ENVIRONMENTAL ENGINEERS AND SCIENTIST INC., *et al*.<br><br>*Defendants* | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No.: 1:25-cv-00915-MJM |

*****************************************************************************

**DEFENDANT THE GRAND LODGE OF ANCIENT FREE AND ACCEPTED MASONS OF MARYLAND'S MOTION TO DISMISS**

NOW COMES the Defendant, The Grand Lodge of Ancient Free and Accepted Masons of Maryland, by and through its attorneys, Stephen Z. Deinlein and the Law Offices of Anthony J. DiPaula, P.A., and moves this Court to dismiss Relator The Tarbell Group, LLC's First Amended Complaint, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6). The Defendant's request is based upon the First Amended Complaint, the Memorandum filed in support of this motion, and the information contained in the Defendant's Request for Judicial Notice pursuant to Federal Rules of Evidence 201.

1. The Relator has failed to plead fraud and scienter with the particularity that is required under Fed. R. Civ. P. 9(b).

2. The Relator's claims are barred by the False Claims Act's public disclosure bar. *See* 31 U.S.C. §3730(e)(4)(A). The allegations asserted against The Grand Lodge of Ancient Free and Accepted Masons of Maryland are derived from publicly disclosed information and Relator does not allege that it is the "original source" of these public disclosures.

WHEREFORE, the Defendant Grand Lodge of Ancient Free and Accepted Masons of Maryland respectfully requests that this Honorable Court dismiss the Relator's First Amended Complaint with prejudice, and for such other and further relief as the Court deems just and proper under the circumstances.

Dated: September 25, 2026

Respectfully submitted,

*/s/ Stephen Z. Deinlein*
Stephen Z. Deinlein, Esq. Bar #19927
Law Offices of Anthony J. DiPaula, P.A.
34 South Main Street
Bel Air, MD 21014
Phone | 410-893-4255
Fax | 410-893-4277
sdeinlein@dipaulalaw.com

*Counsel for Defendant The Grand Lodge of Ancient Free and Accepted Masons of Maryland*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of September, 2026, a copy of the foregoing was served on all counsel of record through the Court's electronic filing system.

*/s/ Stephen Z. Deinlein*
Stephen Z. Deinlein, Esq.