**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)**

| | | |
|---|---|---|
| THE TARBELL GROUP, LLC, | * | |
| | * | |
| *Plaintiff*, | * | |
| | * | |
| vs. | * | Civil Action No.: 1:25-cv-00915-MJM |
| | * | |
| AMERICAN ACADEMY OF ENVIRONMENTAL ENGINEERS AND SCIENTIST INC., *et al*. | * | |
| | * | |
| *Defendants* | * | |

*****************************************************************************

**DEFENDANT GRAND LODGE OF ANCIENT FREE AND ACCEPTED MASONS OF MARYLAND'S MOTION FOR JUDICIAL NOTICE**

Defendant Grand Lodge of Ancient Free and Accepted Masons of Maryland ("Grand Lodge"), through its attorneys, Stephen Z. Deinlein and the Law Offices of Anthony J. DiPaula, P.A., moves pursuant to Fed. R. Evid. 201 for the Court to take judicial notice of the attached exhibits.

**PandemicOversight.gov Exhibit**

**Exhibit A** is an excerpt from a Paycheck Protection Program ("PPP") borrower dashboard containing information pertaining to the PPP loan obtained by the Grand Lodge. This information was obtained by selecting "Maryland" and "Baltimore County" and searching for "Crisfield Chamber of Commerce" on the PandemicOversight.gov PPP borrower search tool, which is publicly available at: https://www.pandemicoversight.gov/data-interactive-tools/dashboards-datasets/ppp-dashboard (last visited September 24, 2026).

**Small Business Administration Exhibits**

**Exhibit B** is a Small Business Administration ("SBA") website page titled "First Draw PPP loan." This page of the SBA's website displays the SBA's guidance on First Draw PPP loans and is publicly available at https://www.sba.gov/loans/covid-era-programs/#ppp (last visited August 11, 2026).

**Exhibit C** is a webpage maintained by the SBA titled Paycheck Protection Program (PPP) FOIA) containing hyperlinks to 13 comma separated value ("csv") files comprising the "SBA open dataset providing loan-level data on all disbursed PPP loans" available for download. This webpage is publicly available at: https://data.sba.gov/dataset/ppp-foia (last visited September 24, 2026).

**Exhibit D** are screenshots showing the header and data contained in row number 439103 of the file "public_150k_plus_240930.csv" which contain the loan information for the Grand Lodge's First Draw PPP loan. This data file is publicly available on the SBA's website at https://data.sba.gov/sites/default/files/distribution/SBA-OCA-2022-07-001/public_150k_plus_240930.csv (last visited September 24, 2026).

**Exhibit E** is an SBA Form titled "Paycheck Protection Program Borrower Application Form", SBA Form 2482 (04/20). This form is publicly available on the SBA's website at https://home.treasury.gov/system/files/136/Paycheck-Protection-Program-Application-3-30-2020-v3.pdf (accessed on September 24, 2026).

**Exhibit F** is an SBA Form titled "Paycheck Protection Program Loan Forgiveness Application Revised June 16, 2020", SBA Form 3508 (06/20). This form is publicly available on the SBA's website at https://home.treasury.gov/system/files/136/3245-0407-SBA-Form-3508-PPP-Forgiveness-Application.pdf (accessed September 24, 2026).

**Exhibit G** is an SBA Form titled "Paycheck Protection Program PPP Loan Forgiveness Application Form 3508S Revised July 30, 2021", SBA Form 3508S (07/21). This form is publicly available on the SBA's website at https://home.treasury.gov/system/files/136/PPP--Forgiveness-Application-and-Instructions--3508S-7-30-2021-508.pdf (accessed on September 24, 2026).

**Internal Revenue Service Exhibits**

**Exhibit H** is the search result page returned from the Internal Revenue Service's Tax Exempt Organization Search website when "Grand Lodge of Ancient Free and Accepted Masons of Maryland" was entered as the search terms under the filter "Search by By Organization Name" on the IRS's website, which is publicly available at: https://apps.irs.gov/app/eos/ (last visited September 24, 2026).

**Exhibit I** is the details page for the Grand Lodge of Ancient Free and Accepted Masons of Maryland on the same IRS website, which is publicly available at https://apps.irs.gov/app/eos/details/ (last visited September 24, 2026).

**Exhibit J** is the Form 990O Tax Return for the Grand Lodge of Ancient Free and Accepted Masons of Maryland, for tax year 2017 downloaded from the same IRS website, which is publicly available at: https://apps.irs.gov/pub/epostcard/cor/520226260_201712_990O_2019030716157008.pdf (last visited September 25, 2026).

**Exhibit K** is the Form 990O Tax Return for the Grand Lodge of Ancient Free and Accepted Masons of Maryland, for tax year 2018 downloaded from the same IRS website, which is publicly available at: https://apps.irs.gov/pub/epostcard/cor/520226260_201812_990O_2020021717152639.pdf (last visited September 25, 2026).

**Exhibit L** is the Form 990O Tax Return for the Grand Lodge of Ancient Free and Accepted Masons of Maryland, for tax year 2019 downloaded from the same IRS website, which is publicly available at: https://apps.irs.gov/pub/epostcard/cor/520226260_201912_990O_2021122019356729.pdf (last visited September 25, 2026).

**Exhibit M** is the Form 990O Tax Return for the Grand Lodge of Ancient Free and Accepted Masons of Maryland, for tax year 2020 downloaded from the same IRS website, which is publicly available at: https://apps.irs.gov/pub/epostcard/cor/520226260_202012_990O_2022042920022232.pdf (last visited September 25, 2026).

**ProPublica.org Exhibits**

**Exhibit N** is a printout of the search results from ProPublica.org's "Tracking PPP" webpage, which contains information relating to the Grand Lodge's PPP loan. These search results were obtained by searching for "Grand Lodge of A.F. & A.M. of Maryland, Inc." on that website's search tool, which is publicly available at: https://projects.propublica.org/coronavirus/bailouts/search?q=%22Grand+Lodge+of+A.F.+%26+A.M.+of+Maryland%2C+Inc.%22&v=1 (last visited September 25, 2026).

**Exhibit O** is a printout of the details of the Grand Lodge's PPP from the same ProPublica.org website, which is publicly available at: https://projects.propublica.org/coronavirus/bailouts/loans/grand-lodge-of-a-f-a-m-of-maryland-inc-5074587010 (last visited September 25, 2026).

**Virginia State Corporation Commission Exhibits**

**Exhibit P** is an excerpt from a webpage called "Clerk's Information System" contained on the Virginia State Corporation Commission's website. It was obtained by searching for "The Tarbell Group" on the webpage's Business Entity Search in the search bar for "Entity Name." This webpage is publicly available at: https://cis.scc.virginia.gov/EntitySearch/BusinessInformation?businessId=11698697&source=FromEntityResult&isSeries%20=%20false (last visited September 25, 2026).

**Exhibit Q** are the Articles of Organization and Certificate of Organization for The Tarbell Group, LLC retrieved from the Virginia State Corporation Commission's website by clicking on the "Filing History Details" for "The Tarbell Group, LLC". This document is publicly available at: https://cis.scc.virginia.gov/CommonHelper/DocumentStorageLocalFileget?DocumentId=16549526&sourceType=1 (last visited September 25, 2026).

**Federal Register Exhibits**

**Exhibit R** is an interim final rule of the SBA published in the Federal Register titled *Business Loan Program Temporary Changes; Paycheck Protection Program*, 85 Fed. Reg. 20,811 (Apr. 15, 2020), which is also published on the Federal Register webpage with the same title that is publicly available at https://www.federalregister.gov/documents/2020/04/15/2020-07672/business-loan-program-temporary-changes-paycheck-protection-program (last visited September 25, 2026).

**Exhibit S** is an interim final rule of the SBA published in the Federal Register titled *Business Loan Program Temporary Changes; Paycheck Protection Program as Amended by American Rescue Plan Act*, 86 Fed. Reg. 15,083 (Mar. 22, 2021), which is also published on the

Federal Register webpage with the same title that is publicly available at https://www.federalregister.gov/documents/2021/03/22/2021-05930/business-loan-program-temporary-changes-paycheck-protection-program-as-amended-by-american-rescue (last visited September 25, 2026).

**ARGUMENT**

Pursuant to Federal Rule of Evidence 201, "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). The court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

**A. Information from government websites**

This court has recognized that "Public records and government documents are generally considered not to be subject to reasonable dispute, and this includes public records and government documents available from reliable sources on the Internet." *Williams v. Long*, 585 F. Supp. 2d 679, 691 (D. Md. 2008) (cleaned up); *Bowman v. Select Portfolio Servicing, Inc.*, 704 F. Supp. 3d 633, 342 (D. Md. 2023) ("[T]he court may take judicial notice of publicly available information on state and federal government websites without converting the motion to one for summary judgment."); *see also United States v. Garcia*, 855 F.3d 615, 621 (4th Cir. 2017) ("This court and numerous others routinely take judicial notice of information on state and federal government websites."). Seventeen of the nineteen exhibits are from government websites.

Exhibit A is the data regarding the Defendant's PPP loan from www.PandemicOversight.gov. The PandemicOversight.gov website is maintained by the

Pandemic Response Accountability Committee ("PRAC"). The PRAC was established in March 2020 by Section 15010(b) of the Coronavirus Aid, Relief, and Economic Security (CARES) Act as a committee of the Council of the Inspectors General on Integrity and Efficiency ("CIGIE"), which was established in the Executive Branch by Section 11 of the Inspector General Act of 1978. *See* Pub. Law 116-136, 134 Stat. 281, 534-40 (2020). This act specifically required the PRAC to "establish and maintain a user-friendly, public-facing website to foster greater accountability and transparency in the use of covered funds and the Coronavirus response." *Id.* § 15010(g)(1)(A). Thus, the PandemicOversight.gov website is a public record of a federal government agency.

Other district courts have taken judicial notice of PandemicOversight.gov as a public record. *See United States ex rel. Relator LLC v. Cardinalli*, 833 F. Supp. 3d 1072, 1079-80 (C.D. Cal. 2026), *United States ex rel. Relator LLC v. Nations Direct Mortgage, LLC*, No. 2:22-cv-04784-SPG-MAA, 2026 WL 453464, at *3 (C.D. Cal. Jan. 5, 2026), *United States ex rel. Relator LLC v. Kasam*, No. 2:22-cv-05198-HDV-JCx, 2025 WL 3724905, at *3 (C.D. Cal. Dec. 11, 2025), *United States ex rel. Relator LLC v. Hodges*, No. 2:22-cv-05200-FWS-GJS, 2025 WL 3724906, at *3 (C.D. Cal. Nov. 7, 2025), *United States ex rel. Relator LLC v. Sunshine*, No. 8:23-cv-00134-JVS-ADS, 2025 WL 2428470, at *4 (C.D. Cal. June 30, 2025), *United States ex rel. Relator, LLC v. Kootstra*, No. 1:22-cv-00924-TLN-CDB, 2024 WL 3666470 at *3-*4 (E.D. Cal. Aug. 6, 2024), *United States ex rel. Relator, LLC v. Kellog*, No. 23-cv-118-CAB-BLM, 2025 WL 897439, at *3 (S.D. Cal. Mar. 24, 2025), *United States ex rel. Relator LLC v. Erskine*, No. 22cv1158-LL-AHG, 2025 WL 796621, at *4 (S.D. Cal. Feb. 25, 2025), *rev'd and remanded on other grounds*, 182 F.4th 785 (9th Cir. 2026).

Exhibits B through D come from the SBA's PPP data set that was ordered to be disclosed pursuant to a FOIA lawsuit filed by the Washington Post and other news organizations. *See WP*

*Co. LLC v. U.S. Small Bus. Admin*., 502 F. Supp. 3d 1 (D.D.C. 2020). This information was originally housed at PandemicOversight.gov, but has moved to the SBA website maintained for the purpose of housing this PPP data. Other federal courts have taken judicial notice of the SBA's PPP database. *See United States ex rel. Relator LLC v. Pape*, No. 24-cv-01001-RFL, 2025 WL 3707557, at *1 (N.D. Cal. Dec. 22, 2025), *United States ex rel. Relator LLC v. Jones*, No. 22-cv-03954-LB, 2025 WL 3240804 (N.D. Cal. Nov. 20, 2025), *American Small Bus. League v. U.S. Small Bus. Admin*., No. 20-cv-04619-MMC, 2020 WL 6270943, at *3 n.4 (N.D. Cal. Oct. 26 2020).

Exhibits E through G are SBA forms published on the SBA website. Courts have taken notice of SBA forms published on the SBA.gov website. *See Lopez v. Bank of America, N.A.*, 505 F. Supp. 3d 961, 969 (N.D. Cal. 2020), *Feduccia v. I.C.E. Services, Inc.*, No. 3:24-cv-00276-SLG, 2025 WL 3251221, at *1 (D. Alaska Nov. 21, 2025).

Exhibits H through M are the search results and the Form 990 tax return for the Defendant published by the Internal Revenue Service on the IRS.gov website. By statute, certain filings by organizations exempt from taxation under Section 501(c) of the Internal Revenue Code, are open for public inspection. *See* 26 U.S.C. § 6104(A). The IRS makes annual returns of all 501(c)(6) and other tax-exempt organizations available on its IRS.gov website. Federal courts have taken judicial notice of Form 990s published on the IRS.gov website. *See In re California Bail Bond Antitrust Litig*, 511 F. Supp. 3d 1031, 1039 (N.D. Cal. 2021), *Africare, Inc. v. Xerox Complete Document Solutions Maryland, LLC*, 436 F. Supp. 3d 17, 44 n.21 (D.D.C. 2020), *Oliver v. Blue Cross of Cal*., No. CV 24-7317-DMG (RAOx), 2025 WL 2630221, at *2 (C.D. Cal. Aug. 5, 2025), *Limcaco v. Wynn*, No. 2:20-cv-11372-RSWL-MAAx, 2021 WL 5040368, at *7 (C.D. Cal. Oct. 29, 2021), *Flaa v. Hollywood Foreign Press Ass'n*, No. 2:20-cv-06974-SB (Ex), 2020 WL 8256191, at *2

(C.D. Cal. Nov. 20, 2020), *Hindu Am. Found., Inc. v. Kish*, No. 2:22-cv-01656-DAD-JDP, 2023 WL 5629296, at *2 (E.D. Cal. Aug. 31, 2023).

Exhibits P and Q are the corporate filing records of the Plaintiff. This includes its Articles of Organization which were published on the Virginia State Corporation Commission website. This is the state agency for the Commonwealth of Virginia that maintains records of corporate entities. Virginia's State Corporation Commission is established by Article IX, Section 1 of the Constitution of Virginia, *see* VA. CONST. Art. IX, § 1, and is required to maintain records of the corporate entities it charters and make those records available to the public. *See* VA. CODE § 12.1-12(B)(3). This court routinely takes judicial notice of corporate records published by the Maryland State Department of Assessment and Taxation on its website. *See, e.g., Afolabi v. Bank of America, N.A.*, No. SAG-25-02670, 2026 WL 2434897, at *3 n.2 (D. Md. Aug. 20, 2026), *Kitzman v. NETworks Presentations*, No. EA-25-574, 2025 WL 3288210 at*2 (D. Md. Nov. 25, 2025), *Johnson v. Pleasant Gardens Assisted Living*, No. EA-23-1830, 2025 WL 1650394, at *4 (D. Md. June 11, 2025), *Marsh v. Bottoms Up Gentlemen's Club, LLC*, EA-23-1157, 2024 WL 2212910, at *3 n.2 (D. Md. May 15, 2024), Auto *USA, Inc. v. DHL Express (USA), Inc.*, No. ELH-16-3580, 2017 WL 839525, at *4 (D. Md. Mar. 3, 2017), *Stewart v. Jayco, Inc.*, No. ELH-16-3494, 2017 WL 193296, at *1 n.4 (D. Md. Jan. 18, 2017), *White v. Lexington Ct. Apartments, LLC*, No. DKC 16-0427, 2016 WL 1558340, at *3 n.4 (D. Md. Apr. 18, 2016), *Hart v. Pacific Rehab of Md., P.A.*, No. ELH-12-2608, 2013 WL 5212309, at *7-*8 (D. Md. Sept. 13, 2013). Likewise, sister district courts in neighboring Virginia, routinely take judicial notice of the corporate records published online by the Virginia State Corporation Commission. *See, e.g., Dinkins v. Region Ten CSB*, 289 F. Supp. 3d 756, 759 n.4 (W.D. Va. 2018), *Hanks v. Wavy Broad., LLC*, No. 2:11CV439, 2012 WL 405065, at *4 (E.D. Va. Feb. 8, 2012) ("information that is readily accessible through the State

Corporation Commission's website is a matter of public record, of which the Court may take judicial notice.").

**B. Information from news media**

The purpose for which the Defendant asks this Court to take judicial notice of publications on ProPublica.org's news website is not for the truth of the matter asserted in those publications, but to establish the fact that information concerning the Defendant's receipt and forgiveness of PPP loans and the Defendant's status as a 501(c)(8) tax-exempt organization were publicly known prior to the filing of the complaint herein. Judicial notice of these publications is sought because the Public Disclosure Bar of the False Claims Act which requires dismissal of FCA claims when the subject of the complaint has previously been reported by the news media. *See* 31. U.S.C. § 3730(e)(4)(A)(iii).

Courts considering the application of the Public Disclosure Bar to False Claim Act suits brought about COVID-era PPP loans have routinely taken judicial notice of PPP loan data published by ProPublica.org. Other federal district courts have held that ProPublica is "news media" for purposes of the FCA's public disclosure bar. *See United States ex rel. Relator LLC v. Nations Direct Mortgage, LLC*, No. 2:22-cv-04784-SPG-MAA, 2026 WL 453464, at *2 n.1 (C.D. Cal. Jan. 5, 2026) (granting request for "judicial notice of information from … ProPublica.org insofar as the documents are submitted to show that the information was publicly available"), *United States ex rel. Relator LLC v. Uhler*, No. 2:23-cv-00499-CAS-MBKx, 2025 WL 4350115, at *4 (C.D. Cal. Oct. 6, 2025) (taking judicial notice "for the limited purpose of indicating what information is in the public realm" without accepting them for the truth of the matters asserted therein), *United States ex rel. Relator LLC v. Sunshine*, No. 8:23-cv-00134-JVS-ADS, 2025 WL

2428470, at *3 (C.D. Cal. June 30, 2025) (finding that PPP borrower information obtained from ProPublica.org website a matter of public record not subject to reasonable dispute).

WHEREFORE, Defendant Grand Lodge of Ancient Free and Accepted Masons of Maryland requests that this Court take judicial notice of the attached exhibits.

Dated: September 25, 2026

*/s/ Stephen Z. Deinlein*

Stephen Z. Deinlein, Esq., Bar No. 19927
Law Offices of Anthony J. DiPaula, P.A.
34 South Main Street
Bel Air, MD 21014
Phone | 410-893-4255
Fax | 410-893-4277
sdeinlein@dipaulalaw.com

*Attorneys for Defendant Grand Lodge of Ancient Free and Accepted Masons of Maryland*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of September, 2026, a copy of Defendant Grand Lodge of Ancient Free and Accepted Masons of Maryland's Motion for Judicial Notice was served electronically via the CM/ECF system to:

Bruce Ellis Fein, Esquire
Bruce Ellis Fein PLLC
P.O. Box 506
Great Falls, Virginia 22066
Attorney for Relator

*/s/ Stephen Z. Deinlein*
Stephen Z. Deinlein, Esq., Bar No. 19927