Pandemic Oversight
Making sense of federal spending and programs



# PPP Dashboard

**Search our Paycheck Protection Program (PPP) Dashboard.** The Borrower & View Loan Details on page 2 shows how recipients reported using the money and whose loans were forgiven. You will also find a Franchise Details and Lender Details.




Microsoft Power BI  1 of 4

Glossary

Page last modified: 12/18/2025

Was this page helpful? Yes No

## Sign up for email updates

Get news from the PRAC delivered right to your inbox.

98.1 The Bre | Personal Dashbo | Smokeball | CEV Building Sy | PPP Dashboard | PPP Dashboard | PPP Dashboard | PPP Dashboard | Ask Gemini

pandemicoversight.gov/data-interactive-tools/dashboards-datasets/ppp-dashboard

An official website of the United States government

REPORT FRAUD, WASTE & ABUSE

Pandemic Oversight
Making sense of federal spending and programs

About Us | Advanced Data Analytics | Reporting on Oversight | News & Resources

Home / Data & Interactive Tools / **PPP Dashboard**

# PPP Dashboard

**Search our Paycheck Protection Program (PPP) Dashboard.** The Borrower & View Loan Details on page 2 shows how recipients reported using the money and whose loans were forgiven. You will also find a Franchise Details and Lender Details.

**Borrower State**: MD
**Borrower County**: BALTIMORE
**Borrower Name**: GRAND LODGE OF A.F. & A....

| Borrower | Loan amount | Amount forgiven | *Loan Status | Date approved | Date forgiven | Payroll | Rent | Utilities | Health Care | Mortg |
|---|---|---|---|---|---|---|---|---|---|---|
| GRAND LODGE OF A.F. & A.M. OF MARYLAND INC. | $220,000.00 | $220,450.6 | Paid in Full | 2020-04-05 | 2021-02-19 | $218,600 | | | | |

Glossary

Search

10:50 AM
9/25/2026