An official website of the United States government Here's how you know

**Celebrating SBA's 73rd birthday with a brand-new SBA.gov**

We've redesigned the site in honor of America 250 and to help you find what you need faster. You can also visit the legacy site here.

U.S. Small Business Administration



# COVID-era programs

Access information on SBA's pandemic-era programs.

Help us improve

## COVID-19 Economic Injury Disaster Loan (COVID-19 EIDL)

The COVID-19 EIDL program provided loans and advances to help businesses recover from the economic impacts of the pandemic.

Learn about COVID-19 EIDL

## Paycheck Protection Program (PPP)

This SBA loan program helped businesses keep their workforce employed during the COVID-19 crisis.

Learn about PPP

# COVID-19 Economic Injury Disaster Loan (COVID-19 EIDL)

How to manage your COVID-19 EIDL +

Payment assistance +

Make a change to your COVID EIDL +

Contact us +

# Paycheck Protection Program (PPP)

## PPP loan forgiveness

Where to apply for loan forgiveness +

When to apply for forgiveness

### How to apply for forgiveness

## First Draw PPP loan

### Notice: PPP ended May 31, 2021

### Loan details

### How and when to apply

### Reapplying and loan increases

### Existing borrowers

## Second Draw PPP loan

### Notice: PPP ended May 31, 2021

### Loan details

### How and when to apply

Existing borrowers +

## Get help with your PPP loan

Speak with a counselor +

Check your loan status +

View loan balance and make payments +

## PPP lender information ›

Program updates +

Interim final rules +

Additional guidance for lenders +

## PPP data

Forgiveness reports +

Data on achieving equity

## Program reports
+

## All loan data
+

SBA lenders

Contracting officials

For partners

Veterans

Inspector General

National Ombudsman

No Fear Act

Report fraud or identity theft

Red Tape Hotline

About SBA

Contact SBA

Work for SBA

Leadership

Sitemap FOIA Disclaimer Privacy policy Accessibility Legacy website