An official website of the United States government Here's how you know

U.S. Small Business Administration

Home › Open data › Datasets › Paycheck Protection Program (PPP) FOIA

# Paycheck Protection Program (PPP) FOIA

SBA open dataset providing loan-level data on all disbursed PPP loans.

## Data and resources

- PPP Data Dictionary.xlsx (xlsx)
- public_150k_plus_240930.csv (csv)
- public_up_to_150k_1_240930.csv (csv)
- public_up_to_150k_2_240930.csv (csv)
- public_up_to_150k_3_240930.csv (csv)
- public_up_to_150k_4_240930.csv (csv)
- public_up_to_150k_5_240930.csv (csv)
- public_up_to_150k_6_240930.csv (csv)
- public_up_to_150k_7_240930.csv (csv)
- public_up_to_150k_8_240930.csv (csv)
- public_up_to_150k_9_240930.csv (csv)
- public_up_to_150k_10_240930.csv (csv)
- public_up_to_150k_11_240930.csv (csv)
- public_up_to_150k_12_240930.csv (csv)

## Additional information

| | |
|---|---|
| **Publisher** | U.S. Small Business Administration |
| **Program** | Program Management and Administration |
| **Issue date** | March 3, 2021 |
| **Last modified** | October 21, 2024 |
| **Contact** | SBA Chief Data Officer |
| **License** | U.S. Government Works |
| **Frequency** | Irregular |
| **Landing Page** | View Landing Page |
| **Topic** | Capital Access, Capital, FOIA |
| **Tags** | COVID-19, coronavirus, loan |
| **Identifier** | SBA-OCA-2022-07-001 |

Return to top

SBA

**U.S. Small Business Administration**

409 3rd St., SW

Washington, DC 20416

800-827-5722