

public_150k_plus_240930 (4)

A439103 | 5074587010

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 439094 | 5254647110 | 4/13/2020 | 353 | PPP | GUARDIANS OF HONOR, LLC | 4957 WEAI | OXON HIL | MD | 20745-421 | 5/6/2021 | Paid in Full | 24 | 100 | 218701 | 218701 | 0 | | 440839 | John Mars | 1943 Isaac F |
| 439095 | 1225487200 | 4/15/2020 | 373 | PPP | WJS RESTAURANT LLC | 203 Nanti | Essex | MD | 21221 | 3/19/2021 | Paid in Full | 24 | 100 | 218700 | 218700 | 0 | | 46391 | Manufact | One M & T E |
| 439096 | 1395017300 | 4/28/2020 | 353 | PPP | CROSSWAY COMMUNITY.INC. | 3015 Upto | Kensingto | MD | 20895 | 9/25/2021 | Paid in Full | 24 | 100 | 218700 | 218700 | 0 | | 28811 | Capital Or | 1680 Capit |
| 439097 | 2783887310 | 4/29/2020 | 373 | PPP | M S WILLETT INC. | 220 Cocke | COCKEYSV | MD | 21030-211 | 6/10/2021 | Paid in Full | 24 | 100 | 218700 | 218700 | 0 | | 44449 | PNC Bank | 222 Delaw |
| 439098 | 6951517204 | 4/28/2020 | 353 | PPP | POOLESVILLE CONCRETE COMPAN | 16800 Dar | Boyds | MD | 20841 | 2/6/2021 | Paid in Full | 24 | 100 | 218700 | 218700 | 0 | | 46391 | Manufact | One M & T E |
| 439099 | 7209167108 | 4/14/2020 | 353 | PPP | COLLEGE PARK DEN, INC. | 8424 Balti | COLLEGE F | MD | 20740 | ######## | Paid in Full | 24 | 100 | 218700 | 218700 | 0 | Den | 30872 | Sandy Spr | 17801 Geo |
| 439100 | 6182087701 | 5/1/2020 | 373 | PPP | PMS PARKING INC | 322 N HOV | BALTIMOR | MD | 21201-364 | 3/18/2021 | Paid in Full | 24 | 100 | 218651 | 218651 | 0 | | 9551 | Bank of Ar | 100 N Tryc |
| 439101 | 3346088004 | 6/24/2020 | 373 | PPP | PAUL OBRIEN, INC. | BROADFO | HAGERSTC | MD | 21740-110 | 9/17/2022 | Paid in Full | 60 | 100 | 288200 | 218600 | 0 | | 317954 | Newtek Sn | 1981 Marc L |
| 439102 | 4495517102 | 4/13/2020 | 373 | PPP | A & A BOLT AND SCREW CO | 1110 BATA | BALTIMOR | MD | 21237-281 | 9/15/2021 | Paid in Full | 24 | 100 | 218600 | 218600 | 0 | | 44449 | PNC Bank | 222 Delaw |
| 439103 | 5074587010 | 4/5/2020 | 373 | PPP | GRAND LODGE OF A.F. & A.M. OF I | 304 INTER | COCKEYSV | MD | 21030-130 | 3/19/2021 | Paid in Full | 24 | 100 | 220000 | 218600 | 0 | | 61196 | Orrstown | 77 E King S |
| 439104 | 3139677103 | 4/11/2020 | 373 | PPP | S&B | 8180 Mapl | Fulton | MD | 20759-252 | 3/19/2021 | Paid in Full | 24 | 100 | 218561 | 218561 | 0 | | 60701 | Fulton Bar | One Penn L |
| 439105 | 4279138903 | 4/28/2021 | 373 | PPP | CHAPS PIT BEEF INC | 5801 Pula: | Baltimore | MD | 21205-304 | 10/7/2021 | Paid in Full | 60 | 100 | 218544 | 218544 | 0 | | 46391 | Manufact | One M & T E |
| 439106 | 4075567208 | 4/27/2020 | 373 | PPP | RELIABLE PROPERTY MAINTENANC | 147 A SER\ | OAKLAND | MD | 21550-775 | 2/16/2021 | Paid in Full | 24 | 100 | 218522 | 218522 | 0 | | 30754 | Middletow | 24 W Main |
| 439107 | 1046627308 | 4/28/2020 | 373 | PPP | MY FREEDOM CHURCH INC | 1705 CON | BEL AIR | MD | 21014-281 | 5/18/2021 | Paid in Full | 24 | 100 | 218500 | 218500 | 0 | | 60275 | First Natic | 166 Main S |
| 439108 | 7751828308 | 1/28/2021 | 373 | PPS | DATALINK INTERACTIVE INC | 1120 Benfi | Millersvill | MD | 21108-259 | 5/18/2021 | Paid in Full | 60 | 100 | 218480 | 218480 | 0 | | 30872 | Sandy Spr | 17801 Geo |
| 439109 | 2136147206 | 4/15/2020 | 373 | PPP | SARUM FARM, INC. | 29948 Thr | CHARLOTT | MD | 20622-055 | 1/30/2021 | Paid in Full | 24 | 100 | 218403.1 | 218403.1 | 0 | | 30493 | Shore Uni | 18 E Dover E |
| 439110 | 8327187305 | 5/1/2020 | 353 | PPP | STONEPARK LOGISTICS LLC | 311 Ambe | Gaithersb | MD | 20878 | ######## | Paid in Full | 24 | 100 | 218400 | 218400 | 0 | | 122043 | WebBank | 215 S State |
| 439111 | 5542347108 | 4/13/2020 | 373 | PPP | FREEDOM WHEELS INC. | 745 MD Rc | Gambrills | MD | 21054 | 5/18/2021 | Paid in Full | 24 | 100 | 218395 | 218395 | 0 | | 60701 | Fulton Bar | One Penn L |
| 439112 | 7753987100 | 4/14/2020 | 373 | PPP | TRIANGLE MOTORS INC | 1790 N Ma | FREDERICI | MD | 21701 | 1/22/2021 | Paid in Full | 24 | 100 | 218320 | 218320 | 0 | | 46391 | Manufact | One M & T E |

Ready | Accessibility: Unavailable | Average: 317283338.9 | Count: 46 | Sum: 5076533422 | 100%

5:21 PM 9/24/2026