**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **THE TARBELL GROUP, LLC** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **Civ. No. MJM-25-915** |
| **v.** | * | |
| | * | |
| **AMERICAN ACADEMY OF ENVIRONMENTAL ENGINEERS AND SCIENTISTS INC., et al.,** | * | |
| | * | |
| | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

* * * * * * * * * *

## ORDER

This matter is before the court on The Tarbell Group, LLC's ("Relator") Motion for Consolidated Opposition Briefing and Extension of Time. ECF No. 60. Four defendants oppose the motion. ECF Nos. 86, 93, 96, 100. In due consideration of the parties' arguments, the Court finds that consolidated briefing of Relator's opposition to the large number of affected motions to dismiss would serve judicial economy. This finding is supported by the opposing defendants' briefs, which generally assert the same arguments in opposition to Relator's motion for consolidated briefing—noting the same set of defenses and arguments for dismissal they have asserted or intend to assert in their motions to dismiss. Having Relator address the moving defendants' overlapping arguments for dismissal in a consolidated brief serves the interest of efficiency.

The Court acknowledges that the numerous defendants are not entirely similarly situated and that Relator will need to address each moving defendant's arguments with reference to the allegations in the Complaint regarding that defendant. To minimize the risk of prejudice to the moving defendants, the Court will require Relator to state clearly in its consolidated opposition

which arguments apply to which specific defendant moving for dismissal. If Relator fails to comply with this directive, it risks conceding the issue. The Court notes that Relator proposes a page limitation for its consolidated opposition that would sufficiently mitigate any other prejudice that might arise from having to reply to a consolidated opposition.

Accordingly, it is this 8th day of October, 2026, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Relator's Motion for Consolidated Opposition Briefing and Extension of Time (ECF No. 60) is GRANTED;
2. Relator may file on or before **December 18, 2026**, a single consolidated opposition to every motion to dismiss filed or served on or before November 20, 2026, including ECF Nos. 40, 77, and 80;
3. The consolidated opposition shall identify each motion to which it responds, shall address any issue particular to each moving defendant, and shall clearly identify the arguments that apply to each moving defendant;
4. The consolidated opposition shall not exceed 30 pages in length;
5. Motions to dismiss filed after November 20, 2026, remain subject to the ordinary briefing schedule established by the Local Rules, unless otherwise ordered; and
6. Relator shall serve a copy of this Order upon every defendant that has appeared and upon any defendant that later appears.

/S/
Matthew J. Maddox
United States District Judge